# Exhibit A

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, William McGreevy, make this declaration pursuant to § 27(a)(2) of the
Securities Act of 1933 (the "Securities Act") and/or § 21D(a)(2) of the Securities Exchange Act
of 1934 (the "Exchange Act") as amended by the Private Securities Reform Act of 1995.

2.      I have reviewed a Complaint against Digital Currency Group, Inc. ("DCG") and
Barry Silbert ("Silbert") and authorize the filing of a comparable complaint.

3.      I did not purchase or acquire the digital asset securities that are the subject of the
Complaint at the direction of plaintiffs' counsel or in order to participate in any private action
arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors
who purchased securities from Genesis Global Capital during the class period, including
providing testimony at deposition and trial, if necessary.

5.      I understand that the Court has the authority to select the most adequate lead
plaintiff in this action.

6.      To the best of my current knowledge, the attached sheet (Schedule A) lists all of
digital assets purchased that are the subject of this action during the Class Period.

7.      During the three-year period preceding the date on which this Certification is
signed, I have not served or sought to serve as a representative party on behalf of a class under
the federal securities laws.

8.      I agree not to accept any payment for serving as a representative party on behalf
of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such
reasonable costs and expenses directly relating to the representation of the class as ordered or
approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this

day of ___01-22-2023_____.

*William McGreevy*

William McGreevy

**SCHEDULE A**

**WILLIAM MCGREEVY**
**GENESIS GLOBAL CAPITAL DIGITAL ASSET HOLDINGS**
**AS OF NOVEMBER 30, 2022**

| Asset | Asset Quantity | Asset Price | Asset FMV |
|---|---|---|---|
| 1inch (1INCH) | 0 | $0.00 | $0.00 |
| Bitcoin (BTC) | 4.42993291 | $20,653.95 | $91,495.61 |
| Bitcoin Cash (BCH) | 0 | $115.65 | $0.00 |
| Chainlink (LINK) | 99.6448565 | $7.91369 | $788.55 |
| Ether (ETH) | 4.13324061 | $1,583.95 | $6,546.85 |
| Fantom (FTM) | 457.06703354 | $0.24 | $109.69 |
| Fetch.ai (FET) | 11,112.0570456 | $0.08 | $888.96 |
| Gemini dollar (GUSD) | 168,719.02 | $1.00 | $168,719.02 |
| Litecoin (LTC) | 0 | $54.71 | $0.00 |
| Polygon (MATIC) | 0 | $0.91 | $0.00 |
| Solana (SOL) | 18.023 | $33.20 | $598.36 |
| Zcash (ZEC) | 0 | $53.07 | $0.00 |
| Total | | | **$269,147.04** |