# Exhibit C

## CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1.      I, Justin Schmidt, as General Partner and Manager of Translunar Crypto LP, make this declaration pursuant to § 27(a)(2) of the Securities Act of 1933 (the "Securities Act") and/or § 21D(a)(2) of the Securities Exchange Act of 1934 (the "Exchange Act") as amended by the Private Securities Reform Act of 1995.

2.      I have reviewed a Complaint against Digital Currency Group, Inc. ("DCG) and Barry Silbert ("Silbert") and authorize the filing of a comparable complaint.

3.      I did not purchase or acquire the digital asset securities that are the subject of the Complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4.      I am willing to serve as a representative party on behalf of a Class of investors who purchased securities from Genesis Global Capital during the class period, including providing testimony at deposition and trial, if necessary.

5.      I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

6.      To the best of my current knowledge, the attached sheet (Schedule A) lists all of digital asset securities during the Class Period.

7.      During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

8.      I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such

reasonable costs and expenses directly relating to the representation of the class as ordered or

approved by the Court.

     I declare under penalty of perjury that the foregoing is true and correct. Executed on this

day of ____1/22/2023_____.

DocuSigned by:

*Justin Schmidt*

21F1D07F93CB423...

Mr. Justin Schmidt
General Partner and Manager of
Translunar Crypto LP

## <u>SCHEDULE A</u>

**TRANSLUNAR CRYPTO LP**
**GENESIS GLOBAL CAPITAL SECURITIES TRANSACTIONS**

| Date | Type | Digital Asset | Amount | Interest Rate |
|------|------|---------------|--------|---------------|
| 09/02/2022 | Loan | BTC | 180 | 4.00% |
| 09/02/2022 | Loan | ETH | 1,400 | 4.00% |