# Exhibit E

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I, Alex Sopinka, make this declaration pursuant to § 27(a)(2) of the Securities Act of 1933 (the "Securities Act") and/or § 21D(a)(2) of the Securities Exchange Act of 1934 (the "Exchange Act") as amended by the Private Securities Reform Act of 1995.

2. I have reviewed a Complaint against Digital Currency Group, Inc. ("DCG") and Barry Silbert ("Silbert") and authorize the filing of a comparable complaint.

3. I did not purchase or acquire the digital asset securities that are the subject of the Complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased securities from Genesis Global Capital during the class period, including providing testimony at deposition and trial, if necessary.

5. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

6. To the best of my current knowledge, the attached sheet (Schedule A) lists all of digital asset transactions that are the subject of this action during the Class Period.

7. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

8. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day of 1/23/2023 _____.

DocuSigned by:

_____
E1E30A65AFF348D...

Alex Sopinka

## SCHEDULE A

## TO ALEX SOPINKA CERTIFICATION

| Date | Time (UTC) | Type | Symbol | Borrower | Amount |
|---|---|---|---|---|---|
| 2021-02-23 | 06:06:48.960 | Deposit | AMP | Genesis | 2,129.698129 AMP |
| 2021-05-18 | 03:52:28.242 | Redeem | AMP | Genesis | (2,138.89698741719 AMP) |
| 2021-09-03 | 04:59:32.757 | Deposit | GUSD | Genesis | 5,000.0 GUSD |
| 2021-09-04 | 08:30:03.326 | Deposit | GUSD | Genesis | 5,000.0 GUSD |
| 2021-09-08 | 10:14:46.790 | Deposit | GUSD | Genesis | 5,000.0 GUSD |
| 2021-09-09 | 04:25:33.199 | Deposit | GUSD | Genesis | 5,000.0 GUSD |
| 2021-09-14 | 09:19:37.121 | Deposit | AMP | Genesis | 19,395.550305 AMP |
| 2021-09-19 | 05:49:33.191 | Deposit | GUSD | Genesis | 5,000.0 GUSD |
| 2021-10-15 | 20:54:12.214 | Deposit | DOGE | Genesis | 995.0 DOGE |
| 2021-10-15 | 21:49:00.424 | Deposit | DOGE | Genesis | 78,473.76156875 DOGE |
| 2022-01-15 | 08:04:15.455 | Deposit | GUSD | Genesis | 5,000.0 GUSD |
| 2022-01-18 | 15:51:33.789 | Deposit | GUSD | Genesis | 25,000.0 GUSD |
| 2022-01-26 | 11:20:51.449 | Deposit | GUSD | Genesis | 25,000.0 GUSD |
| 2022-03-04 | 15:47:17.084 | Deposit | GUSD | Genesis | 25,000.0 GUSD |
| 2022-03-08 | 15:47:09.435 | Deposit | GUSD | Genesis | 25,000.0 GUSD |
| 2022-03-09 | 06:21:50.550 | Deposit | SOL | Genesis | 11.2768 SOL |
| 2022-03-25 | 04:42:59.375 | Deposit | LUNA | Genesis | 52.343251 LUNA |
| 2022-05-13 | 22:35:58.325 | Redeem | LUNA | Genesis | (52.7159950406285 LUNA) |
| 2022-07-21 | 04:08:53.719 | Deposit | ETH | Genesis | 0.02333 ETH |
| 2022-07-21 | 04:10:04.334 | Deposit | BTC | Genesis | 0.04960558 BTC |
| 2022-07-21 | 04:11:51.086 | Deposit | SKL | Genesis | 2,235.459641 SKL |
| 2022-08-26 | 00:01:02.200 | Redeem | GUSD | Genesis | (25,000.0 GUSD) |