## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00082<br><br><br>February 9, 2023 |

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Thomas D. Goldberg, in the above-captioned matter as counsel for Defendants Digital Currency Group, Inc. and Barry Silbert.

> DEFENDANTS DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT
>
> By: /s/ *Thomas D. Goldberg*
>   Thomas D. Goldberg (ct04386)
>   Day Pitney LLP
>   One Stamford Plaza
>   263 Tresser Boulevard
>   Stamford, CT 06901
>   Telephone: (203) 977-7300
>   Fax: (203) 977-7301
>   hharris@daypitney.com
>
> *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of February, 2023, a copy of the foregoing was filed electronically and served by regular first-class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

By:  /s/ *Thomas D. Goldberg*
Thomas D. Goldberg (ct04386)