# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00082<br><br><br>February 9, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Jennifer M. Palmer, in the above-captioned matter as counsel for Defendants Digital Currency Group, Inc. and Barry Silbert.

DEFENDANTS DIGITAL CURRENCY GROUP, INC. and BARRY SILBERT

By: /s/ *Jennifer M. Palmer*
Jennifer M. Palmer (ct31099)
Day Pitney LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 977-7300
Fax: (203) 977-7301
hharris@daypitney.com

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

    I hereby certify that on this 9th day of February, 2023, a copy of the foregoing was filed electronically and served by regular first-class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to anyone unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

        By:  /s/ *Jennifer M. Palmer*
        Jennifer M. Palmer (ct31099)