IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00082<br><br><br>February 9, 2023 |

### MOTION FOR ADMISSION OF NICOLE E. PRUNETTI, ESQ. AS A VISITING ATTORNEY

Pursuant to Rule 83.1(d) of the Local Rules of this Court, the undersigned member of the bar of this Court respectfully submits this motion for the admission of Nicole E. Prunetti as a visiting attorney in this action on behalf of Defendants Digital Currency Group, Inc. and Barry Silbert. In support of this motion, undersigned counsel represents:

1. Attorney Prunetti is counsel at the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153-0119. Her telephone number is (212) 310-8683, her fax number is (212) 310-8007, and her e-mail address is nicole.prunetti@weil.com.

2. Attorney Prunetti is a member in good standing of the bars of New York State and New Jersey State. As set forth in the accompanying affidavit, Attorney Prunetti has represented that she has no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing. In addition, she has represented that she has never been denied admission to, been disciplined by, resigned from, surrendered a license to practice before,

or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

3.  Attorney Prunetti has further represented in her affidavit that she has fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

4.  Attorney Prunetti has designated the undersigned to serve as her agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of her admission.

5.  Payment to the Clerk of the fee of $200.00 for Attorney Prunetti, as a visiting attorney, as required by Local Rule 83.1(d)(3), accompanies this motion.

6.  Granting this motion will not require modification of any case deadlines.

7.  Upon admission as a visiting attorney, Attorney Prunetti will promptly file with the Clerk of the Court within 60 days a certificate of good standing from the Bar of the State of New York, where Attorney Prunetti has her primary office, and such certificate shall be dated no more than 60 days before the date of Attorney Prunetti's admission.

WHEREFORE, the undersigned respectfully requests that Nicole E. Prunetti be admitted to practice before this Court as a visiting attorney in this proceeding.

By: /s/ *Thomas D. Goldberg*
Thomas D. Goldberg (ct04386)
DAY PITNEY LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 977-7300
Fax: (203) 977-7301
tgoldberg@daypitney.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of February, 2023, a copy of the foregoing Motion for Admission was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

                                            By:  /s/ *Thomas D. Goldberg*
                                            Thomas D. Goldberg (ct04386)