IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants.* | Civil Action No. 3:23-cv-00082<br><br><br>February 8, 2023 |

## AFFIDAVIT OF DYLAN L. RUFFI, ESQ. IN SUPPORT OF MOTION FOR ADMISSION AS A VISITING ATTORNEY

STATE OF NEW YORK        :
                         :  ss:
NEW YORK COUNTY          :

I, Dylan L. Ruffi, being duly sworn, depose and say that:

1. I am over the age of 21 and otherwise competent to make this affidavit. All statements in this affidavit are based upon my personal knowledge.

2. I make this affidavit in support of an application for my admission as a visiting attorney on behalf of defendants Digital Currency Group, Inc. and Barry Silbert in the above-captioned matter.

3. I am an associate at the law firm of Weil, Gotshal & Manges LLP, located at 767 Fifth Avenue, New York, New York 10153-0119. My telephone number is (212) 310-8811, my fax number is (212) 310-8007, and my e-mail address is dylan.ruffi@weil.com.

4. My bar memberships and corresponding bar identification numbers are as follows:

| Court | Bar ID No. |
|---|---|
| New York State | 5485693 |
| U.S. Court of Appeals for the Fourth Circuit | No Bar # |
| Southern District of New York | DR5246 |
| Eastern District of New York | DR5246 |
| District of Maryland | 21858 |

5. In accordance with Rule 83.1(d) of the Local Civil Rules of the District of Connecticut, I state the following:

    i. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

    ii. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

    iii. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

    iv. I designate Thomas D. Goldberg of Day Pitney LLP, One Stamford Plaza, 263 Tresser Boulevard, Stamford, CT 06901, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission as a visiting lawyer in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
       February 8, 2023

_____
Dylan L. Ruffi

Sworn to and subscribed before me this 9 day of February, 2023.

_____
Notary Public

MARY PAUL
Notary Public, State of New York
No. 24-4895779
Qualified in Kings County
Commission Expires June 22, 2023

3

99000872v.2

## **CERTIFICATE OF SERVICE**

     I hereby certify that on this 9th day of February, 2023, a copy of the foregoing Motion for Admission was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

                                      By:  /s/  *Thomas D. Goldberg*
                                      Thomas D. Goldberg (ct04386)