# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00082<br><br>February 9, 2023 |

## **DIGITAL CURRENCY GROUP, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Digital Currency Group, Inc. ("DCG") states that this party is a non-governmental corporate party and that:

1. DCG has no parent corporation; and

2. no publicly held corporations own 10% or more of DCG's stock.

Date: February 9, 2023							Respectfully submitted,


							/s/ Thomas D. Goldberg
							Thomas D. Goldberg (ct04386)
							DAY PITNEY LLP
							One Stamford Plaza, 7th Floor
							263 Tresser Boulevard
							Stamford, CT 06901
							Telephone: (203) 977-7383
							Facsimile: (203) 399-5882
							tgoldberg@daypitney.com

							WEIL, GOTSHAL & MANGES LLP
							Jonathan D. Polkes (*pro hac vice pending*)
							Caroline H. Zalka (*pro hac vice pending*)
							Nicole E. Prunetti (*pro hac vice pending*)
							Dylan L. Ruffi (*pro hac vice pending*)
							767 Fifth Avenue
							New York, NY 10153-0119
							Telephone: (212) 310-8000
							Facsimile: (212) 310-8007
							jonathan.polkes@weil.com
							caroline.zalka@weil.com
							nicole.prunetti@weil.com
							dylan.ruffi@weil.com

							*Attorneys for Defendants Digital Currency Group, Inc. and Barry Silbert*

## CERTIFICATE OF ELECTRONIC FILING

   I hereby certify that on February 9, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                   _____/s/ Thomas D. Goldberg_____
                   Thomas D. Goldberg (ct04386)