UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00082<br><br>February 9, 2023 |

**JOINT MOTION FOR DEFERRAL OF RESPONSE TO COMPLAINT UNTIL AFTER LEAD PLAINTIFF APPOINTMENT**

Pursuant to Local Rule of Civil Procedure 7(b), plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Alex Sopinka (collectively, "Plaintiffs") and defendants Digital Currency Group, Inc. and Barry Silbert (collectively, "Defendants") respectfully move for an extension of time for Defendants to answer or otherwise respond to the complaint in this action and for Plaintiffs and Defendants to confer pursuant to Local Rule of Civil Procedure 26(f). In support of this motion, the parties state as follows:

Defendants recently agreed to waive service of the summons, complaint, Notice re: Disclosure Statement (ECF No. 2), Order on Pretrial Deadlines (ECF No. 3), Electronic Filing Order (ECF No. 4), and the Protective Order (ECF No. 5).[1] As such, Defendants' deadline to answer

---

[1] Provided, however, that Defendants expressly preserve all rights, claims, and defenses including, but not limited to, all defenses relating to jurisdiction and venue, except a defense as to the sufficiency of service of the summons and complaint and the form or sufficiency of the summons.

or otherwise respond to the complaint is April 3, 2023. This action, however, is a putative securities class action subject to the Private Securities Litigation Reform Act ("PSLRA"). Under the PSLRA, a plaintiff is required to publish notice to the purported class of the pendency of the complaint within 20 days of its filing, after which any member of the purported class may file a motion to serve as lead plaintiff within 60 days of the notice. 15 U.S.C. § 78u-4(a)(3)(A); 15 U.S.C. § 77z-1(a)(3)(A). The PSLRA provides that, following the expiration of the 60-day notice period, the Court will address consolidation of all related actions (if any), the appointment of a lead plaintiff, and the lead plaintiff's retention of lead counsel. 15 U.S.C. § 78u-4(a)(3); 15 U.S.C. § 77z-1(a)(3). In such cases, once appointed, the lead plaintiff will typically file an amended complaint.

Under these circumstances, and in light of the lead plaintiff process presently underway, the parties submit that it would not serve the interests of efficiency for Defendants to respond to the current complaint before a lead plaintiff is identified and lead counsel is selected and an operative complaint is designated or filed by the appointed lead plaintiff. Relatedly, under the PSLRA, all discovery and other proceedings are automatically stayed while any motion to dismiss is pending. 15 U.S.C. § 78u-4(b)(3)(B); 15 U.S.C. § 77z-1(b)(1). Accordingly, it is neither practical nor efficient for the parties to confer or submit a joint report pursuant to Local Rule 26(f) prior to the selection of a lead plaintiff and lead counsel and resolution of Defendants' motion to dismiss. For these reasons, all parties have agreed and respectfully request that the Court enter an order as follows:

1. Defendants' time to answer, move, or otherwise respond to the complaint is stayed pending the Court's appointment of a lead plaintiff and lead counsel for lead plaintiff.
2. Within ten (10) business days of the Court's appointment of a lead plaintiff and lead counsel for lead plaintiff, counsel for Defendants and appointed lead counsel shall confer regarding a proposed schedule for (i) the lead plaintiff's time to file a consolidated and/or amended complaint, or otherwise designate an operative complaint and (ii) Defendants' time to answer or otherwise respond to the operative complaint in this action.

3. Within ten (10) business days thereafter, the parties shall jointly submit their proposed schedule for this action (through resolution of Defendants' motion to dismiss) to the Court for approval. If the parties cannot agree, the parties shall each submit proposed schedules to the Court for approval.

4. Within (30) days of the Court's entry of an order ruling upon Defendants' motion to dismiss, the parties shall confer as required by Local Rule 26(f) and thereafter submit a Local Rule 26(f) report consistent with the procedures and deadlines imposed by that Local Rule, as applicable.

This is the first motion for any extension of time in this action.

Dated: February 9, 2023

*/s/ Thomas D. Goldberg*
DAY PITNEY LLP
Thomas D. Goldberg (ct04386)
One Stamford Plaza, 7th Floor
263 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 977-7383
Facsimile: (203) 399-5882
tgoldberg@daypitney.com

*/s/ Caroline Hickey Zalka*
WEIL, GOTSHAL & MANGES LLP
Jonathan D. Polkes (*pro hac vice pending*)
Caroline H. Zalka (*pro hac vice pending*)
Nicole E. Prunetti (*pro hac vice pending*)
Dylan L. Ruffi (*pro hac vice pending*)
767 Fifth Avenue
New York, NY 10153-0119
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
nicole.prunetti@weil.com
dylan.ruffi@weil.com

*Attorneys for Defendants Digital Currency Group, Inc. and Barry Silbert*

*/s/ Ian W. Sloss*
SILVER GOLUB & TEITELL LLP
Ian W. Sloss (ct31244)
Steven L. Bloch (ct31246)
Zachary A. Rynar (ct31372)
One Landmark Square
Floor 15
Stamford, CT 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
isloss@sgtlaw.com
sbloch@sgtlaw.com
zrynar@sgtlaw.com

*Attorneys for Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Alex Sopinka*

**CERTIFICATE OF ELECTRONIC FILING**

      I hereby certify that on February 9, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                              */s/ Thomas D. Goldberg*
                                                Thomas D. Goldberg (ct04386)