UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00082<br><br>February 10, 2023 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Dylan L. Ruffi of the law firm Weil, Gotshal & Manges, LLP, hereby enters his appearance as counsel for Defendants Digital Currency Group, Inc. and Barry Silbert in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  February 13, 2023                                    Respectfully submitted,

*/s/ Dylan L. Ruffi*
Dylan L. Ruffi
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: dylan.ruffi@weil.com

*Attorney for Defendants Digital Currency Group, Inc. and Barry Silbert*

## CERTIFICATE OF ELECTRONIC FILING

      I hereby certify that on February 13, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                          */s/ Dylan L. Ruffi*
                                                                    Dylan L. Ruffi