UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similar situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT, <br><br> *Defendants*. | No. 3:23-cv-00082-SRU |

## <u>NOTICE OF COMPLIANCE WITH 15 U.S.C. § 78u-4(a)(3)(A)</u>

Pursuant to the Court's Order dated February 13, 2023 (ECF No. 31), Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Alex Sopinka (collectively, "Plaintiffs") hereby provide notice of Plaintiffs' compliance with their obligations arising under 15 U.S.C. § 78u-4(a)(3)(A).

Specifically, on January 23, 2023, Plaintiffs caused a notice (the "PSLRA Notice") to be published via PR Newswire advising members of the purported class of the pendency of Plaintiffs' action, the claims asserted therein, the purported class period, and that not later than 60 days from the publication any member of the purported class may move the Court to serve as lead plaintiff of the purported class.[1] A copy of Plaintiffs' PSLRA Notice is annexed hereto as Exhibit A.

---

[1] *See INVESTOR ALERT: Silver Golub & Teitell LLP files Securities Class Action Lawsuit Against Digital Currency Group, Inc. and Barry Silbert on behalf of individuals and entities who entered into digital asset lending agreements with Genesis Global Capital, LLC.*, PR NEWSWIRE (Jan. 23, 2023), available at

Dated:  February 13, 2023                    Respectfully submitted,

                                             SILVER GOLUB & TEITELL LLP

                                             */s/ Ian W. Sloss*
                                             Ian W. Sloss ct31244
                                             Steven L. Bloch ct31246
                                             Zachary A. Rynar ct31372
                                             One Landmark Square
                                             Floor 15
                                             Stamford, Connecticut 06901
                                             Telephone: (203) 325-4491
                                             Facsimile: (203) 325-3769
                                             isloss@sgtlaw.com
                                             sbloch@sgtlaw.com
                                             zrynar@sgtlaw.com

                                             *Attorneys for Plaintiffs*

---

https://www.prnewswire.com/news-releases/investor-alert-silver-golub--teitell-llp-files-securities-class-action-lawsuit-against-digital-currency-group-inc-and-barry-silbert-on-behalf-of-individuals-and-entities-who-entered-into-digital-asset-lending-agreements-with-g-301728642.html (accessed Feb. 13, 2023).