## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated, | : | Case No.: 3:23-cv-00082-SRU |
| Plaintiffs | : | |
| | : | |
| v. | : | |
| | : | |
| DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT, | : | |
| | : | March 24, 2023 |
| Defendants. | | |

### NOTICE OF APPEARANCE

Please enter the Appearance of Andrew R. Crumbie, Fed. Bar No. ct27741, on behalf of the movant Remo Maria Morone

                         REMO MARIA MORONE

By:   /s/ Andrew R. Crumbie, Esq.
        Andrew R. Crumbie, Esq.
        Federal Bar ct27741
        Crumbie Law Group, LLC
        100 Pearl St., 12th Floor
        Hartford, CT 06103
        Tel. 860-725-0025
        Fax: 860-760-0308
        Email: andrew@crumbielaw.com

**CERTIFICATION**

       This is to certify that on this March 24, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                               /s/Andrew R. Crumbie, Esq
                                               Andrew R. Crumbie, Esq.