UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>      v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>      Defendants. | Case No.: 3:23-cv-00082-SRU<br><br><br><br><br><br><br><br><br>MARCH 24, 2023 |

**MOTION OF REMO MARIA MORONE FOR:
(1) APPOINTMENT AS LEAD PLAINTIFF; AND (2) APPROVAL
OF LEAD PLAINTIFF'S CHOICE OF LEAD COUNSEL**

Movant Remo Maria Morone ("Morone"), upon the Declaration of Andrew R. Crumbie in Support of the Motion of Morone for: (1) Appointment as Lead Plaintiff; and (2) Approval of Lead Plaintiff's Choice of Lead Counsel, dated March 24, 2023, the exhibits annexed thereto, the accompanying Memorandum of Law, and such other evidence as the Court may consider at any hearing on this motion, hereby moves this Court pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. § 78u-4(a)(3) and 15 U.S.C. § 77z-1(a)(3), for the entry of an Order:

  (i)  appointing Morone as Lead Plaintiff for the Classes of digital asset lenders who engaged in digital asset lending transactions with Defendant-controlled subsidiary company Genesis Global Capital, Inc. ("Genesis Global Capital") from February 2, 2021 through November 16, 2022 (the "Class Period");

(ii)  approving Morone's selection of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") as Lead Counsel; and

(iii)  granting such further relief as the Court may deem just and proper (the "Motion").

This Motion is made on the grounds that Morone is the "most adequate plaintiff" under the PSLRA, and therefore should be appointed Lead Plaintiff. Specifically, Morone believes he has the "largest financial interest" in the relief sought by the Classes. Morone also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims, and because he will fairly and adequately represent the Classes. Further, Morone has selected and retained counsel experienced in securities class actions as his counsel.

Morone respectfully requests that the Court: (i) appoint Morone as Lead Plaintiff; (ii) approve his selection of Kaplan Fox as Lead Counsel for the Class; and (iii) grant such further relief as the Court may deem just and proper.

Respectfully submitted,

By:    */s/ Andrew R. Crumbie*
       Andrew R. Crumbie

Andrew R. Crumbie (Fed. Bar No. ct27741)
CRUMBIE LAW GROUP LLC
100 Pearl Street, 12th Floor
Hartford, CT 06103
Telephone: (860) 725-0025
Facsimile: (860) 760-0308
Email: andrew@crumbielaw.com

*Liaison Counsel for Remo Maria Morone and Proposed Liaison Counsel for the Classes*

        Donald R. Hall  (*pro hac vice* to be filed)
        Jeffrey P. Campisi (*pro hac vice* to be filed)
        Jason A. Uris (*pro hac vice* to be filed)
        KAPLAN FOX & KILSHEIMER LLP
        800 Third Avenue, 38th Floor
        New York, NY 10022
        Telephone: (212) 687-1980
        Facsimile: (212) 687-7714
        Email: dhall@kaplanfox.com
             jcampisi@kaplanfox.com
             juris@kaplanfox.com

*Counsel for Remo Maria Morone and Proposed Lead Counsel for the Classes*

## CERTIFICATE OF SERVICE

     I hereby certify that on March 24, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                /s/ *Andrew R. Crumbie*
                    Andrew R. Crumbie