UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU |

**[PROPOSED] ORDER GRANTING REMO MARIA MORONE'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

Having considered Remo Maria Morone's ("Morone") Motion for Appointment as Lead Plaintiff, and Approval of His Selection of Lead Counsel, and the Memorandum of Law and Declaration of Andrew R. Crumbie in Support of Remo Maria Morone's Motion for Appointment of Lead Plaintiff, and Approval of his Selection of Lead Counsel, dated March 24, 2023, and good cause appearing therefor,

IT IS HEREBY ORDERED THAT:

    1.    Morone's Motion is GRANTED, and all other pending motions are DENIED.

    2.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B), Morone is appointed to serve as Lead Plaintiff in the above-captioned matter and any subsequently filed or transferred actions that relate to the above-captioned action.

    3.    Morone's choice of Lead Counsel is approved.

    4.    Kaplan Fox & Kilsheimer LLP is approved as Lead Counsel for the class.

IT IS SO ORDERED.

DATED: _____   _____
                                                    THE HONORABLE STEFAN R. UNDERHILL
                                                    UNITED STATES DISTRICT JUDGE