UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

NOTICE OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS AND APPROVAL OF SELECTION OF LEAD COUNSEL

PLEASE TAKE NOTICE that William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Alex Sopinka ("Movants") respectfully move this Court (i) to appoint them Lead Plaintiffs in the above-captioned action and (ii) to approve their selection of Silver Golub & Teitell LLP as lead counsel pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(3)(B)(i), 78u-4(a)(3)(B)(i). A proposed order will be submitted concurrently with the motion. In support of the motion, Movants rely upon (i) the accompanying memorandum of law, (ii) the accompanying Declaration of Ian W. Sloss and attached exhibits, and (iii) and any other written or oral argument as may be requested or permitted by the Court.

DATED:   March 24, 2023
         Stamford, Connecticut

Respectfully submitted,

SILVER GOLUB & TEITELL LLP

*/s/ Ian W. Sloss*
Ian W. Sloss

Steven L. Bloch
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Tel: (203) 325-4491
isloss@sgtlaw.com
sbloch@sgtlaw.com

*Counsel for William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, Alex Sopinka, and Proposed Lead Counsel for the Class*