UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

[PROPOSED] ORDER APPOINTING LEAD PLAINTIFFS AND
APPROVING SELECTION OF LEAD COUNSEL

Having considered (i) William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Alex Sopinka's (the "*McGreevy* Plaintiff Group") Motion (the "Motion") for Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel in the above-captioned action pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1(a)(3)(B), 78u-4(a)(3)(B); (ii) the accompanying memorandum of law in support of the Motion; and (iii) the Declaration of Ian W. Sloss and attached exhibits in support of the Motion, it is hereby ORDERED that:

1. The Motion is GRANTED.

2. William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Alex Sopinka are appointed Lead Plaintiffs in the above-captioned action.

3. The Court designates the law firm Silver Golub & Teitell LLP as Lead Counsel in this action.

4. Lead Counsel shall be generally responsible for efficiently coordinating activities during pretrial proceedings and shall:

   a. Determine and present (in briefs, oral argument, or other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Lead Plaintiffs and the proposed class on all matters arising during pretrial proceedings;

   b. Coordinate the conduct of discovery on behalf of Lead Plaintiffs and the proposed class consistent with the requirements of Rule 26 of the Federal Rule of Civil Procedure, including preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

   c. Conduct settlement negotiations on behalf of Lead Plaintiffs and the proposed class;

   d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

   e. Prepare the case for and conduct trial; and

   f. Perform such other duties as may be incidental to the proper coordination of pretrial and trial activities or authorized by future order of the Court.

5. All class actions raising similar claims subsequently filed in or transferred to the United States District Court for the District of Connecticut shall be consolidated into this action, and this Order shall apply to every such action, absent further order from the Court.

Dated: _____, 2023

_____
Honorable Stefan R. Underhill
United States District Judge.