UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated, | No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |
| *Plaintiffs*, | |
| v. | |
| DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT, | |
| *Defendants*. | |

DECLARATION OF IAN W. SLOSS IN SUPPORT OF THE *MCGREEVY* PLAINTIFF
GROUP'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFFS
<u>AND APPROVAL OF SELECTION OF LEAD COUNSEL</u>

I, Ian W. Sloss, declare as follows:

1.     I am a partner in the law firm Silver Golub & Teitell LLP, counsel for William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Alex Sopinka (collectively, the "*McGreevy* Plaintiff Group" or "Movant") and proposed Lead Counsel for the class. I submit this Declaration in support of the *McGreevy* Plaintiff Group's Motion for Appointment as Lead Plaintiffs and Approval of Selection of Lead Counsel.

2.     Attached hereto as Exhibit A is a true and correct copy of the press release Silver Golub & Teitell LLP caused to be published through PR Newswire on January 23, 2023.

3.     Attached hereto as Exhibit B is a true and correct copy of the Certification of Proposed Lead Plaintiff William McGreevy setting forth his investments during the relevant period.

4.    Attached hereto as Exhibit C is a true and correct copy of the Certification of Proposed Lead Plaintiff Ashwin Gowda setting forth his investments during the relevant period.

5.    Attached hereto as Exhibit D is a true and correct copy of the Certification of Proposed Lead Plaintiff Translunar Crypto, LP setting forth its investments during the relevant period.

6.    Attached hereto as Exhibit E is a true and correct copy of the Certification of Proposed Lead Plaintiff Christopher Buttenham setting forth his investments during the relevant period.

7.    Attached hereto as Exhibit F is a true and correct copy of the Certification of Proposed Lead Plaintiff Alex Sopinka setting forth his investments during the relevant period.

8.    Attached hereto as Exhibit G is a set of charts analyzing the *McGreevy* Plaintiff Group's losses from its investments during the relevant period.

9.    Attached hereto as Exhibit H is a true and correct copy of the firm resume of Silver Golub & Teitell LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 24th day of March, 2023, at Stamford, Connecticut.

*/s/ Ian W. Sloss*
Ian W. Sloss