# Exhibit F

CERTIFICATION PURSUANT TO FEDERAL SECURITIES LAWS

1. I, Alex Sopinka, make this declaration pursuant to § 27(a)(2) of the Securities Act of 1933 (the "Securities Act") and/or § 21D(a)(2) of the Securities Exchange Act of 1934 (the "Exchange Act") as amended by the Private Securities Litigation Reform Act of 1995.

2. I have reviewed the Complaint against Digital Currency Group, Inc. ("DCG") and Barry Silbert ("Silbert") and authorize the filing of a lead plaintiff motion on my behalf.

3. I did not purchase or acquire the securities that are the subject of the Complaint at the direction of plaintiffs' counsel or in order to participate in any private action arising under the Securities Act or Exchange Act.

4. I am willing to serve as a representative party on behalf of a Class of investors who purchased securities from Genesis Global Capital during the Class Period, including providing testimony at deposition and trial, if necessary.

5. I understand that the Court has the authority to select the most adequate lead plaintiff in this action.

6. To the best of my current knowledge, the attached schedule (Schedule A) lists all of my digital asset securities transactions with Genesis Global Capital, LLC during the Class Period.

7. During the three-year period preceding the date on which this Certification is signed, I have not served or sought to serve as a representative party on behalf of a class under the federal securities laws.

8. I've agreed to jointly file as a member of the *McGreevy* Plaintiff Group because I am confident the group can work well together. The *McGreevy* Plaintiff Group has participated alongside counsel in significant pre-suit investigation and the filing of the initial complaint.

9. My principal goal in jointly filing with other individuals for lead plaintiff is to achieve the best possible recovery for the class from all culpable parties. I agree to engage in the use of collective resources and to engage in joint decision-making to materially benefit and advance the interests of the Class in this case.

10. The *McGreevy* Plaintiff Group has agreed to implement a protocol for resolving any disagreements, including through a simple majority vote. This process will allow us to act efficiently on matters relating to the well-being of the class while remaining in keeping with the self-organized and democratic origins of our suit.

11. I agree not to accept any payment for serving as a representative party on behalf of the class as set forth in the Complaint, beyond my pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the class as ordered or approved by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this day of 3/21/2023 .

DocuSigned by:

_____
E1E30A65AFF348D...

Alex Sopinka

# SOPINKA CERTIFICATION SCHEDULE A

## Sopinka Deposits and Redemptions of AMP

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 2/23/2021 | Deposit | AMP | 2,129.698 | | 2,129.698 | $ 46.90 |
| 5/18/2021 | Redeem | AMP | (2,138.897) | 9.199 | (0.000) | $ (127.88) |
| 9/14/2021 | Deposit | AMP | 19,395.550 | - | 19,395.550 | $ 972.51 |
| 11/16/2022 | Balance | AMP | - | 185.803 | 19,581.354 | $ - |
| 11/22/2022 | Redeem | AMP | (19,581.386) | 0.032 | 0.000 | $ (66.71) |
| 1/10/2023 | Administrative Debit | AMP | (0.000) | - | 0.000 | $ - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of AMP on 11/16/2022 - valued using price on 3/20/2023 | 19,581.354 | $ 77.52 |
| AMP deposited during Class Period | 21,525.248 | $ 1,019.41 |
| AMP deposited during the Class Period less redemptions during Class Period | 19,386.351 | $ 891.53 |

## Sopinka Deposits and Redemptions of BTC

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 7/21/2022 | Deposit | BTC | 0.0496056 | | 0.0496056 | $ 1,149.09 |
| 11/16/2022 | Balance | BTC | 0.0000000 | 0.0004285 | 0.0500340 | $ - |
| 11/17/2022 | Redeem | BTC | -0.0500341 | 0.0000000 | 0.0000000 | $ (834.94) |
| 1/10/2023 | Administrative Debit | BTC | 0.0000000 | | 0.0000000 | $ - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of BTC on 11/16/2022 - valued using price on 3/20/2023 | 0.05003404 | $ 1,389.31 |
| BTC deposited during Class Period | 0.04960558 | $ 1,149.09 |
| BTC deposited during the Class Period less redemptions during Class Period | 0.04960558 | $ 1,149.09 |

## Sopinka Deposits and Redemptions of DOGE

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---:|---:|---:|---:|
| 10/15/2021 | Deposit | DOGE | 995.000 | | 995.000 | $ 232.61 |
| 10/15/2021 | Deposit | DOGE | 78,473.762 | - | 79,468.762 | $ 18,345.75 |
| 11/16/2022 | Balance | DOGE | - | 1,505.363 | 80,974.124 | $ - |
| 11/17/2022 | Redeem | DOGE | (80,974.146) | 0.022 | 0.000 | $ (6,863.77) |
| 1/10/2023 | Administrative Debit | DOGE | (0.000) | - | (0.000) | $ - |

| | Digital Assest Units | USD Value |
|---|---:|---:|
| Balance of DOGE on 11/16/2022 - valued using price on 3/20/2023 | 80,974.124 | $ 5,788.60 |
| DOGE deposited during Class Period | 79,468.762 | $ 18,578.37 |
| DOGE deposited during the Class Period less redemptions during Class Period | 79,468.762 | $ 18,578.37 |

3

## Sopinka Deposits and Redemptions of ETH

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---:|---:|---:|---:|
| 7/21/2022 | Deposit | ETH | 0.02333 | | 0.02333 | $ 36.79 |
| 11/16/2022 | Balance | ETH | - | 0.00021 | 0.02354 | $ - |
| 11/22/2022 | Redeem | ETH | (0.02354) | 0.00000 | 0.00000 | $ (26.72) |
| 1/10/2023 | Administrative Debit | ETH | (0.00000) | | (0.00000) | $ - |

| | Digital Assets Units | USD Value |
|---|---:|---:|
| Balance of ETH on 11/16/2022 - valued using price on 3/20/2023 | 0.02354 | $ 40.85 |
| ETH deposited during Class Period | 0.02333 | $ 36.79 |
| ETH deposited during the Class Period less redemptions during Class Period | 0.02333 | $ 36.79 |

4

## Sopinka Deposits and Redemptions of GUSD

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---:|---:|---:|---:|
| 9/3/2021 | Deposit | GUSD | 5,000.00 | | 5,000.00 | $ 4,972.90 |
| 9/4/2021 | Deposit | GUSD | 5,000.00 | - | 10,000.00 | $ 4,977.78 |
| 9/8/2021 | Deposit | GUSD | 5,000.00 | 5.30 | 15,005.30 | $ 4,951.50 |
| 9/9/2021 | Deposit | GUSD | 5,000.00 | 2.12 | 20,007.42 | $ 4,977.95 |
| 9/19/2021 | Deposit | GUSD | 5,000.00 | 41.40 | 25,048.83 | $ 4,960.99 |
| 1/15/2022 | Deposit | GUSD | 5,000.00 | 632.45 | 30,681.28 | $ 4,988.08 |
| 1/18/2022 | Deposit | GUSD | 25,000.00 | 16.34 | 55,697.62 | $ 24,937.48 |
| 1/26/2022 | Deposit | GUSD | 25,000.00 | 89.25 | 80,786.87 | $ 24,900.13 |
| 3/4/2022 | Deposit | GUSD | 25,000.00 | 630.94 | 106,417.81 | $ 24,922.45 |
| 3/8/2022 | Deposit | GUSD | 25,000.00 | 84.99 | 131,502.80 | $ 24,926.83 |
| 8/26/2022 | Redeem | GUSD | (25,000.00) | 4,298.57 | 110,801.37 | $ (24,646.60) |
| 11/16/2022 | Balance | GUSD | - | 1,571.69 | 112,373.05 | $ - |
| 11/16/2022 | Redeem | GUSD | (112,373.05) | - | 0.00 | $ (113,084.03) |
| 1/10/2023 | Administrative Debit | GUSD | (0.00) | - | 0.00 | $ - |

| | Digital Assest Units | USD Value |
|---|---:|---:|
| Balance of GUSD on 11/16/2022 - valued using price on 3/20/2023 | 112,373.05 | $ 112,422.16 |
| GUSD deposited during Class Period | 130,000.00 | $ 129,516.05 |
| GUSD deposited during the Class Period less redemptions during Class Period | 105,000.00 | $ 104,869.45 |

## Sopinka Deposits and Redemptions of LUNC (formerly LUNA)

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 3/25/2022 | Deposit | LUNC | 52.343251 | | 52.343251 | $ 4,732.82 |
| 5/13/2022 | Redeem | LUNC | (52.715995) | 0.372744 | - | $ (0.01) |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of LUNC on 11/16/2022 - valued using price on 3/20/2023 | - | $ - |
| LUNC deposited during Class Period | 52.343251 | $ 4,732.82 |
| LUNC deposited during the Class Period less redemptions during Class Period | (0.372744) | $ 4,732.81 |

6

## Sopinka Deposits and Redemptions of SKL

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---:|---:|---:|---:|
| 7/21/2022 | Deposit | SKL | 2,235.460 | | 2,235.460 | $ 124.39 |
| 11/16/2022 | Balance | SKL | - | 10.630 | 2,246.090 | $ - |
| 11/22/2022 | Redeem | SKL | (2,246.094) | 0.004 | 0.000 | $ (56.59) |
| 1/10/2023 | Administrative Debit | SKL | (0.000) | | (0.000) | $ (0.00) |

| | Digital Assest Units | USD Value |
|---|---:|---:|
| Balance of SKL on 11/16/2022 - valued using price on 3/20/2023 | 2,246.090 | $ 88.42 |
| SKL deposited during Class Period | 2,235.460 | $ 124.39 |
| SKL deposited during the Class Period less redemptions during Class Period | 2,235.460 | $ 124.39 |

## Sopinka Deposits and Redemptions of SOL

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 3/9/2022 | Deposit | SOL | 11.2768 | | 11.2768 | $ 994.64 |
| 11/16/2022 | Balance | SOL | - | 0.3675 | 11.6443 | $ - |
| 11/17/2022 | Redeem | SOL | (11.6443) | 0.0000 | 0.0000 | $ (158.81) |
| 1/10/2023 | Administrative Debit | SOL | (0.0000) | | (0.0000) | $ (0.00) |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of SOL on 11/16/2022 - valued using price on 3/20/2023 | 11.6443 | $ 258.23 |
| SOL deposited during Class Period | 11.2768 | $ 994.64 |
| SOL deposited during the Class Period less redemptions during Class Period | 11.2768 | $ 994.64 |

8


## Sopinka Summary of All Digital Assets

|  | Digital Assest Units | USD Value |
|---|---|---|
| Balance of Digital Assets on 11/16/2022 - valued using price on 3/20/2023 | 215,186.34 | $ 120,065.09 |
| Digital assets deposited during Class Period | 233,293.16 | $ 156,151.55 |
| Digital assets deposited during the Class Period *less* redemptions during Class Period | 206,101.55 | $ 131,377.07 |