# Exhibit G

## Buttenham Deposits and Redemptions of BTC

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 1/21/2022 | Deposit | BTC | 0.12880323 | | 0.12880323 | $ 4,695.82 |
| 2/2/2022 | Deposit | BTC | 0.01270826 | 0.00005577 | 0.14156726 | $ 469.61 |
| 2/24/2022 | Deposit | BTC | 0.06923539 | 0.00008500 | 0.21088765 | $ 2,653.97 |
| 3/2/2022 | Deposit | BTC | 0.01101256 | 0.00003277 | 0.22193298 | $ 483.72 |
| 3/5/2022 | Deposit | BTC | 0.06298272 | 0.00001794 | 0.28493364 | $ 2,481.56 |
| 4/2/2022 | Deposit | BTC | 0.01052201 | 0.00021521 | 0.29567086 | $ 482.63 |
| 5/2/2022 | Deposit | BTC | 0.01266232 | 0.00024225 | 0.30857543 | $ 487.87 |
| 5/8/2022 | Redeem | BTC | (0.30861735) | 0.00005038 | 0.00000846 | $ (10,511.28) |
| 6/2/2022 | Deposit | BTC | 0.01649384 | 0.00000001 | 0.01650230 | $ 502.53 |
| 6/13/2022 | Redeem | BTC | (0.01650682) | 0.00000452 | 0.00000001 | $ (371.20) |
| 7/2/2022 | Deposit | BTC | 0.02557313 | 0.00000000 | 0.02557314 | $ 492.08 |
| 7/26/2022 | Redeem | BTC | (0.02559744) | 0.00002431 | 0.00000001 | $ (543.68) |
| 1/10/2023 | Administrative Debit | BTC | (0.00000001) | 0.00000000 | 0.00000000 | $ - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of BTC on 11/16/2022 - valued using price on 3/20/2023 | 0.00000000 | $ 0.00 |
| BTC deposited during Class Period | 0.34999346 | $ 12,749.79 |
| BTC deposited during the Class Period less redemptions during Class Period | (0.00072815) | $ 1,323.63 |

## Buttenham Deposits and Redemptions of GUSD

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|---|---|---|---|---|---|---|---|
| 11/2/2021 | Deposit | GUSD | 5,000.00 | | 5,000.00 | $ | 4,980.45 |
| 11/5/2021 | Deposit | GUSD | 5,000.00 | 3.18 | 10,003.18 | $ | 4,983.46 |
| 11/10/2021 | Deposit | GUSD | 5,000.00 | 7.43 | 15,010.61 | $ | 4,982.11 |
| 11/14/2021 | Deposit | GUSD | 5,000.00 | 8.49 | 20,019.10 | $ | 4,972.83 |
| 11/16/2021 | Deposit | GUSD | 5,000.00 | 6.37 | 25,025.47 | $ | 4,969.18 |
| 11/18/2021 | Deposit | GUSD | 5,000.00 | 9.55 | 30,035.02 | $ | 4,968.44 |
| 11/23/2021 | Deposit | GUSD | 25,000.00 | 37.17 | 55,072.20 | $ | 24,894.15 |
| 12/6/2021 | Deposit | GUSD | 20,000.00 | 134.99 | 75,207.19 | $ | 19,915.14 |
| 1/6/2022 | Deposit | GUSD | 25,000.00 | 491.70 | 100,698.88 | $ | 24,981.53 |
| 1/13/2022 | Deposit | GUSD | 25,000.00 | 144.26 | 125,843.15 | $ | 24,971.05 |
| 1/18/2022 | Deposit | GUSD | 25,000.00 | 128.18 | 150,971.33 | $ | 24,937.48 |
| 2/25/2022 | Deposit | GUSD | 25,000.00 | 1,215.98 | 177,187.31 | $ | 24,934.33 |
| 3/4/2022 | Deposit | GUSD | 25,000.00 | 257.87 | 202,445.18 | $ | 24,922.45 |
| 4/12/2022 | Deposit | GUSD | 15,000.00 | 1,609.87 | 219,055.05 | $ | 14,947.44 |
| 5/7/2022 | Deposit | GUSD | 25,000.00 | 1,000.20 | 245,055.25 | $ | 24,993.18 |
| 11/16/2022 | Balance | GUSD | - | 8,628.59 | 253,683.84 | $ | - |
| 11/16/2022 | Redeem | GUSD | (25,000.00) | - | 228,683.84 | $ | (25,158.18) |
| 11/16/2022 | Redeem | GUSD | (228,683.83) | - | 0.01 | $ | (230,130.71) |
| 1/10/2023 | Administrative Debit | GUSD | (0.01) | - | 0.00 | $ | (0.01) |

| | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of GUSD on 11/16/2022 - valued using price on 3/20/2023 | 253,683.84 | $ | 253,794.70 |
| GUSD deposited during Class Period | 240,000.00 | $ | 239,353.19 |
| GUSD deposited during the Class Period less redemptions during Class Period | 240,000.00 | $ | 239,353.19 |

## Buttenham Summary of All Digital Assets

| | Digital Assets Units | USD Value |
|---|---|---|
| Balance of Digital Assets on 11/16/2022 - valued using price on 3/20/2023 | 253,683.84 | $ 253,794.70 |
| Digital assets deposited during Class Period | 240,000.35 | $ 252,102.97 |
| Digital assets deposited during the Class Period *less* redemptions during Class Period | 240,000.00 | $ 240,676.82 |

## Gowda Deposits and Redemptions of BTC

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|------|------|--------|---------------------|-----------------|---------|------------------------------|
| 11/20/2021 | Deposit | BTC | 0.04951826 | | 0.04951826 | $ 2,956.10 |
| 11/16/2022 | Balance | BTC | - | 0.00081430 | 0.05033256 | $ - |
| 1/10/2023 | Redeem | BTC | (0.05033332) | 0.00000076 | 0.00000000 | $ (878.13) |
| 1/10/2023 | Administrative Debit | BTC | (0.00000000) | - | 0.00000000 | $ - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of BTC on 11/16/2022 - valued using price on 3/20/2023 | 0.05033256 | $ 1,397.60 |
| BTC deposited during Class Period | 0.04951826 | $ 2,956.10 |
| BTC deposited during the Class Period less redemptions during Class Period | 0.04951826 | $ 2,956.10 |

## Gowda Deposits and Redemptions of GUSD

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|---|---|---|---|---|---|---|---|
| 11/12/2021 | Deposit | GUSD | 1,000.00 | | 1,000.00 | $ | 997.77 |
| 11/19/2021 | Deposit | GUSD | 40,000.00 | 1.27 | 41,001.27 | $ | 39,815.36 |
| 12/7/2021 | Deposit | GUSD | 50,000.00 | 148.27 | 91,149.54 | $ | 49,724.15 |
| 12/13/2021 | Deposit | GUSD | 60,000.00 | 124.77 | 151,274.31 | $ | 59,834.16 |
| 1/23/2022 | Deposit | GUSD | 30,000.00 | 1,275.63 | 182,549.94 | $ | 29,940.51 |
| 6/17/2022 | Deposit | GUSD | 350,000.00 | 5,296.48 | 537,846.42 | $ | 348,399.80 |
| 6/24/2022 | Deposit | GUSD | 50,000.00 | 525.97 | 588,372.39 | $ | 49,807.90 |
| 8/19/2022 | Deposit | GUSD | 10,000.00 | 6,167.25 | 604,539.64 | $ | 9,928.33 |
| 8/19/2022 | Redeem | GUSD | (1,000.00) | - | 603,539.64 | $ | (992.83) |
| 8/27/2022 | Deposit | GUSD | 16,000.00 | 912.78 | 620,452.43 | $ | 15,777.89 |
| 11/16/2022 | Balance | GUSD | - | 8,672.64 | 629,125.07 | $ | - |
| 11/16/2022 | Redeem | GUSD | (200.00) | - | 628,925.07 | $ | (201.27) |
| 11/25/2022 | Redeem | GUSD | (628,926.61) | 1.55 | 0.01 | $ | (633,619.66) |
| 1/10/2023 | Administrative Debit | GUSD | (0.01) | - | 0.00 | $ | - |

| | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of GUSD on 11/16/2022 - valued using price on 3/20/2023 | 629,125.07 | $ | 629,399.99 |
| GUSD deposited during Class Period | 607,000.00 | $ | 604,225.87 |
| GUSD deposited during the Class Period less redemptions during Class Period | 606,000.00 | $ | 603,233.04 |

## Gowda Deposits and Redemptions of LINK

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|----------------------|-----------------|---------|-----------------------------|---|
| 11/20/2021 | Deposit | LINK | 69.456636 | | 69.456636 | $ | 1,967.99 |
| 11/16/2022 | Balance | LINK | - | 0.437900 | 69.894536 | $ | - |
| 1/10/2023 | Redeem | LINK | (69.895589) | 0.001053 | 0.000000 | $ | (430.12) |
| 1/10/2023 | Administrative Debit | LINK | (0.000000) | - | 0.000000 | $ | - |

| | Digital Assest Units | | USD Value |
|---|----------------------|---|-----------|
| Balance of LINK on 11/16/2022 - valued using price on 3/20/2023 | 69.894536 | $ | 493.30 |
| LINK deposited during Class Period | 69.456636 | $ | 1,967.99 |
| LINK deposited during the Class Period less redemptions during Class Period | 69.456636 | $ | 1,967.99 |

## Gowda Summary of All Digital Assets

| | Digital Assets Units | | USD Value |
|---|---|---|---|
| Balance of Digital Assets on 11/16/2022 - valued using price on 3/20/2023 | 629,195.01 | $ | 631,290.89 |
| Digital assets deposited during Class Period | 607,069.51 | $ | 609,149.96 |
| Digital assets deposited during the Class Period *less* redemptions during Class Period | 606,069.51 | $ | 608,157.13 |

## McGreevy Deposits and Redemptions of 1INCH

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | | Deposit (Redemption) in USD |
|------|------|--------|---------------------|-----------------|---------|---|----------------------------|
| 11/6/2022 | Deposit | 1INCH | 1,345.66262 | | 1,345.66262 | $ | 854.96 |
| 11/16/2022 | Balance | 1INCH | - | 2.28453 | 1,347.94715 | $ | - |
| 11/16/2022 | Redeem | 1INCH | (1,347.94715) | - | - | $ | (705.15) |
| 1/10/2023 | Administrative Debit | 1INCH | (0.00000) | - | (0.00000) | $ | - |

| | Digital Assest Units | | USD Value |
|---|---------------------|---|-----------|
| Balance of 1INCH on 11/16/2022 - valued using price on 3/20/2023 | 1,347.94715 | $ | 705.12 |
| 1INCH deposited during Class Period | 1,345.66262 | $ | 854.96 |
| 1INCH deposited during the Class Period less redemptions during Class Period | 1,345.66262 | $ | 854.96 |

## McGreevy Deposits and Redemptions of BCH

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|---------------------|-----------------|---------|------|------|
| 2/27/2021 | Deposit | BCH | 0.149084 | | 0.149084 | $ | 72.12 |
| 9/25/2021 | Redeem | BCH | (0.152740) | 0.003656 | 0.000000 | $ | (79.10) |
| 1/10/2023 | Administrative Debit | BCH | (0.000000) | - | (0.000000) | $ | - |

| | Digital Assest Units | USD Value | |
|---|---|---|---|
| Balance of BCH on 11/16/2022 - valued using price on 3/20/2023 | - | $ | - |
| BCH deposited during Class Period | 0.149 | $ | 72.12 |
| BCH deposited during the Class Period less redemptions during Class Period | (0.004) | $ | (6.98) |

## McGreevy Deposits and Redemptions of BTC

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 2/27/2021 | Deposit | BTC | 0.07116183 | | 0.07116183 | $ 3,286.85 |
| 4/5/2021 | Deposit | BTC | 0.02163432 | 0.00019137 | 0.09298752 | $ 1,277.68 |
| 5/2/2021 | Deposit | BTC | 0.01066418 | 0.00013838 | 0.10379008 | $ 603.92 |
| 5/10/2021 | Deposit | BTC | 0.00677793 | 0.00004496 | 0.11061297 | $ 378.61 |
| 5/23/2021 | Deposit | BTC | 0.00425238 | 0.00007957 | 0.11494492 | $ 147.86 |
| 5/24/2021 | Deposit | BTC | 0.00549154 | 0.00000615 | 0.12044261 | $ 212.56 |
| 5/31/2021 | Deposit | BTC | 0.00546741 | 0.00005302 | 0.12596304 | $ 204.11 |
| 6/13/2021 | Deposit | BTC | 0.00821795 | 0.00009071 | 0.13427170 | $ 321.30 |
| 6/15/2021 | Deposit | BTC | 0.00503607 | 0.00000701 | 0.13931478 | $ 203.49 |
| 6/28/2021 | Deposit | BTC | 0.01652425 | 0.00010042 | 0.15593945 | $ 569.00 |
| 6/30/2021 | Deposit | BTC | 0.00277132 | 0.00001642 | 0.15872719 | $ 97.11 |
| 7/7/2021 | Deposit | BTC | 0.00560504 | 0.00006165 | 0.16439388 | $ 189.76 |
| 7/26/2021 | Deposit | BTC | 0.02069971 | 0.00017349 | 0.18526708 | $ 772.88 |
| 7/29/2021 | Deposit | BTC | 0.00786712 | 0.00002976 | 0.19316397 | $ 314.75 |
| 8/2/2021 | Deposit | BTC | 0.00489560 | 0.00004047 | 0.19810004 | $ 191.92 |
| 8/7/2021 | Deposit | BTC | 0.00253399 | 0.00004429 | 0.20067832 | $ 112.90 |
| 8/9/2021 | Deposit | BTC | 0.00450676 | 0.00001781 | 0.20520288 | $ 208.96 |
| 8/11/2021 | Deposit | BTC | 0.00209386 | 0.00001812 | 0.20731487 | $ 95.47 |
| 8/16/2021 | Deposit | BTC | 0.00418145 | 0.00004648 | 0.21154280 | $ 192.37 |
| 8/20/2021 | Deposit | BTC | 0.00213359 | 0.00003783 | 0.21371423 | $ 105.27 |
| 8/23/2021 | Deposit | BTC | 0.00396726 | 0.00002871 | 0.21771020 | $ 196.56 |
| 8/25/2021 | Deposit | BTC | 0.00203225 | 0.00002917 | 0.21977162 | $ 99.50 |
| 9/5/2021 | Deposit | BTC | 0.00605563 | 0.00009482 | 0.22592207 | $ 313.40 |
| 9/6/2021 | Deposit | BTC | 0.00380012 | 0.00000892 | 0.22973111 | $ 200.01 |
| 9/8/2021 | Deposit | BTC | 0.00207033 | 0.00001823 | 0.23181967 | $ 95.42 |
| 9/15/2021 | Deposit | BTC | 0.00628091 | 0.00006572 | 0.23816630 | $ 302.59 |
| 9/22/2021 | Deposit | BTC | 0.00645716 | 0.00007701 | 0.24470047 | $ 281.37 |
| 9/25/2021 | Redeem | BTC | (0.24472005) | 0.00001958 | 0.00000000 | $ (10,453.61) |
| 11/6/2021 | Deposit | BTC | 0.03240544 | - | 0.03240544 | $ 1,993.83 |
| 11/13/2021 | Deposit | BTC | 0.00452443 | 0.00000526 | 0.03693513 | $ 291.69 |
| 11/16/2021 | Deposit | BTC | 0.00296429 | 0.00000394 | 0.03990336 | $ 178.34 |
| 11/25/2021 | Deposit | BTC | 0.00667167 | 0.00001444 | 0.04658948 | $ 382.12 |
| 11/30/2021 | Deposit | BTC | 0.00341100 | 0.00000918 | 0.05000965 | $ 194.45 |
| 12/6/2021 | Deposit | BTC | 0.00572666 | 0.00001203 | 0.05574834 | $ 289.67 |
| 12/15/2021 | Deposit | BTC | 0.00586555 | 0.00002012 | 0.06163401 | $ 286.81 |
| 12/16/2021 | Deposit | BTC | 0.00199698 | 0.00000226 | 0.06363325 | $ 95.19 |
| 12/20/2021 | Deposit | BTC | 0.00419434 | 0.00001024 | 0.06783783 | $ 196.63 |
| 12/27/2021 | Deposit | BTC | 0.00581003 | 0.00001909 | 0.07366695 | $ 294.22 |
| 1/15/2022 | Deposit | BTC | 0.01517044 | 0.00005953 | 0.08889692 | $ 655.02 |
| 1/19/2022 | Deposit | BTC | 0.00684858 | 0.00000958 | 0.09575508 | $ 285.89 |
| 1/24/2022 | Deposit | BTC | 0.00546418 | 0.00001914 | 0.10123840 | $ 200.29 |
| 2/3/2022 | Deposit | BTC | 0.01025511 | 0.00003817 | 0.11153168 | $ 381.02 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/7/2022 | Deposit | BTC | 0.00464050 | 0.00001194 | 0.11618412 | $ | 203.44 |
| 2/12/2022 | Deposit | BTC | 0.00221924 | 0.00001579 | 0.11841915 | $ | 93.75 |
| 2/19/2022 | Deposit | BTC | 0.00683652 | 0.00002253 | 0.12527820 | $ | 274.30 |
| 2/21/2022 | Deposit | BTC | 0.00511128 | 0.00000649 | 0.13039597 | $ | 189.50 |
| 3/3/2022 | Deposit | BTC | 0.00987875 | 0.00003559 | 0.14031031 | $ | 419.37 |
| 3/7/2022 | Deposit | BTC | 0.00510989 | 0.00001511 | 0.14543531 | $ | 194.49 |
| 3/12/2022 | Deposit | BTC | 0.00228556 | 0.00001978 | 0.14774065 | $ | 88.92 |
| 3/20/2022 | Deposit | BTC | 0.00757381 | 0.00003213 | 0.15534659 | $ | 312.40 |
| 3/21/2022 | Deposit | BTC | 0.00473271 | 0.00000405 | 0.16008335 | $ | 194.41 |
| 3/26/2022 | Deposit | BTC | 0.00229245 | 0.00002598 | 0.16240178 | $ | 102.02 |
| 3/28/2022 | Deposit | BTC | 0.00419035 | 0.00000439 | 0.16659652 | $ | 197.48 |
| 3/31/2022 | Deposit | BTC | 0.00203535 | 0.00001358 | 0.16864544 | $ | 92.69 |
| 3/31/2022 | Deposit | BTC | 0.04467257 | - | 0.21331801 | $ | 2,034.33 |
| 4/4/2022 | Deposit | BTC | 0.00422816 | 0.00002210 | 0.21756827 | $ | 197.13 |
| 4/6/2022 | Deposit | BTC | 0.00215776 | 0.00001181 | 0.21973784 | $ | 93.23 |
| 4/11/2022 | Deposit | BTC | 0.00468429 | 0.00003004 | 0.22445217 | $ | 185.13 |
| 4/14/2022 | Deposit | BTC | 0.00241596 | 0.00001832 | 0.22688645 | $ | 96.48 |
| 4/19/2022 | Deposit | BTC | 0.00492968 | 0.00003102 | 0.23184715 | $ | 204.60 |
| 4/22/2022 | Deposit | BTC | 0.00230676 | 0.00001892 | 0.23417283 | $ | 91.67 |
| 4/26/2022 | Deposit | BTC | 0.00502753 | 0.00002560 | 0.23922596 | $ | 191.64 |
| 4/27/2022 | Deposit | BTC | 0.00248035 | 0.00000642 | 0.24171273 | $ | 97.33 |
| 5/3/2022 | Deposit | BTC | 0.00508276 | 0.00003967 | 0.24683516 | $ | 191.88 |
| 5/4/2022 | Deposit | BTC | 0.00247787 | 0.00001339 | 0.24932641 | $ | 98.37 |
| 5/9/2022 | Deposit | BTC | 0.00574838 | 0.00002726 | 0.25510205 | $ | 174.16 |
| 5/11/2022 | Deposit | BTC | 0.00303858 | 0.00001382 | 0.25815445 | $ | 87.93 |
| 5/23/2022 | Deposit | BTC | 0.01602883 | 0.00008480 | 0.27426808 | $ | 466.42 |
| 5/25/2022 | Deposit | BTC | 0.00325848 | 0.00001459 | 0.27754115 | $ | 96.33 |
| 6/4/2022 | Deposit | BTC | 0.00974690 | 0.00007596 | 0.28736401 | $ | 290.78 |
| 6/6/2022 | Deposit | BTC | 0.00654510 | 0.00001521 | 0.29392432 | $ | 205.32 |
| 6/9/2022 | Deposit | BTC | 0.00316942 | 0.00002371 | 0.29711745 | $ | 95.44 |
| 6/13/2022 | Deposit | BTC | 0.00737757 | 0.00003248 | 0.30452750 | $ | 165.90 |
| 6/18/2022 | Deposit | BTC | 0.00457055 | 0.00004152 | 0.30913957 | $ | 86.92 |
| 6/20/2022 | Deposit | BTC | 0.00963166 | 0.00001669 | 0.31878791 | $ | 198.41 |
| 6/22/2022 | Deposit | BTC | 0.00471383 | 0.00001720 | 0.32351895 | $ | 94.22 |
| 6/27/2022 | Deposit | BTC | 0.00932716 | 0.00004419 | 0.33289030 | $ | 193.40 |
| 7/2/2022 | Deposit | BTC | 0.00482188 | 0.00004535 | 0.33775753 | $ | 92.78 |
| 7/4/2022 | Deposit | BTC | 0.01019551 | 0.00001824 | 0.34797128 | $ | 206.27 |
| 7/10/2022 | Deposit | BTC | 0.00481301 | 0.00005679 | 0.35284108 | $ | 100.40 |
| 7/11/2022 | Deposit | BTC | 0.00946985 | 0.00000954 | 0.36232047 | $ | 189.12 |
| 7/13/2022 | Deposit | BTC | 0.00487614 | 0.00001946 | 0.36721607 | $ | 98.56 |
| 7/18/2022 | Deposit | BTC | 0.00938555 | 0.00005017 | 0.37665179 | $ | 211.04 |
| 7/19/2022 | Deposit | BTC | 1.46700000 | 0.00005524 | 1.84370703 | $ | 34,312.30 |
| 7/26/2022 | Deposit | BTC | 0.00866946 | 0.00071253 | 1.85308902 | $ | 184.14 |
| 7/28/2022 | Deposit | BTC | 0.00453824 | 0.00027454 | 1.85790179 | $ | 108.21 |
| 8/6/2022 | Deposit | BTC | 0.01252329 | 0.00137955 | 1.87180464 | $ | 287.55 |
| 8/8/2022 | Deposit | BTC | 0.00845273 | 0.00013805 | 1.88039541 | $ | 201.26 |
| 8/10/2022 | Deposit | BTC | 0.00416156 | 0.00027768 | 1.88483465 | $ | 99.66 |

| Date | Type | Asset | Units | | | | Value |
|---|---|---|---|---|---|---|---|
| 8/16/2022 | Redeem | BTC | (0.88000000) | 0.00083950 | 1.00567415 | $ | (21,017.30) |
| 8/19/2022 | Deposit | BTC | 0.00406103 | 0.00022402 | 1.00995920 | $ | 84.78 |
| 8/22/2022 | Deposit | BTC | 0.00911923 | 0.00022467 | 1.01930310 | $ | 195.14 |
| 8/24/2022 | Deposit | BTC | 0.00452088 | 0.00015069 | 1.02397467 | $ | 96.72 |
| 8/30/2022 | Deposit | BTC | 0.02585246 | 0.00053197 | 1.05035910 | $ | 511.80 |
| 9/2/2022 | Deposit | BTC | 0.00475124 | 0.00015406 | 1.05526440 | $ | 94.88 |
| 9/8/2022 | Deposit | BTC | 0.01499002 | 0.00046983 | 1.07072425 | $ | 289.75 |
| 9/14/2022 | Deposit | BTC | 0.01374871 | 0.00047596 | 1.08494892 | $ | 278.29 |
| 9/20/2022 | Deposit | BTC | 0.01007356 | 0.00048239 | 1.09550487 | $ | 190.30 |
| 9/21/2022 | Deposit | BTC | 0.00505234 | 0.00016193 | 1.10071915 | $ | 93.71 |
| 9/23/2022 | Deposit | BTC | 1.00168681 | 0.00008135 | 2.10248731 | $ | 19,330.19 |
| 9/26/2022 | Deposit | BTC | 0.01038943 | 0.00039396 | 2.11327070 | $ | 199.71 |
| 9/28/2022 | Deposit | BTC | 0.00510485 | 0.00031305 | 2.11868859 | $ | 99.17 |
| 9/29/2022 | Deposit | BTC | 1.00378802 | 0.00015693 | 3.12263354 | $ | 19,647.19 |
| 10/3/2022 | Deposit | BTC | 0.01027558 | 0.00085294 | 3.13376206 | $ | 201.64 |
| 10/7/2022 | Deposit | BTC | 0.00480329 | 0.00093002 | 3.13949537 | $ | 93.89 |
| 10/7/2022 | Deposit | BTC | 0.01499642 | - | 3.15449179 | $ | 293.13 |
| 10/10/2022 | Deposit | BTC | 0.01009248 | 0.00070121 | 3.16528548 | $ | 193.19 |
| 10/12/2022 | Deposit | BTC | 0.00503923 | 0.00046929 | 3.17079401 | $ | 96.54 |
| 10/18/2022 | Deposit | BTC | 0.01016015 | 0.00141241 | 3.18236657 | $ | 196.44 |
| 10/21/2022 | Deposit | BTC | 0.00502984 | 0.00070814 | 3.18810454 | $ | 96.43 |
| 10/24/2022 | Deposit | BTC | 0.01002304 | 0.00070980 | 3.19883738 | $ | 193.90 |
| 10/28/2022 | Deposit | BTC | 0.00467282 | 0.00094937 | 3.20445957 | $ | 96.24 |
| 10/31/2022 | Deposit | BTC | 0.00952439 | 0.00071347 | 3.21469743 | $ | 195.21 |
| 11/3/2022 | Deposit | BTC | 0.00472248 | 0.00067839 | 3.22009830 | $ | 95.44 |
| 11/5/2022 | Deposit | BTC | 0.18010625 | 0.00066139 | 3.40086594 | $ | 3,833.15 |
| 11/7/2022 | Deposit | BTC | 0.00936843 | 0.00022060 | 3.41045497 | $ | 193.02 |
| 11/10/2022 | Deposit | BTC | 0.00543004 | 0.00068785 | 3.41657285 | $ | 95.50 |
| 11/14/2022 | Deposit | BTC | 0.01198782 | 0.00093577 | 3.42949644 | $ | 199.22 |
| 11/15/2022 | Deposit | BTC | 0.99996748 | 0.00023408 | 4.42969800 | $ | 16,884.06 |
| 11/16/2022 | Balance | BTC | - | 0.00023491 | 4.42993291 | $ | - |
| 11/16/2022 | Redeem | BTC | (4.42993291) | - | 0.00000000 | $ | (73,844.50) |
| 1/10/2023 | Administrative Debit | BTC | (0.00000000) | - | 0.00000000 | $ | - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of BTC on 11/16/2022 - valued using price on 3/20/2023 | 4.42993291 | $   123,006.99 |
| BTC deposited during Class Period | 5.53326076 | $   124,860.47 |
| BTC deposited during the Class Period less redemptions during Class Period | 4.40854071 | $   93,389.57 |

## McGreevy Deposits and Redemptions of ETH

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|---------------------|-----------------|---------|-----------------------------|---|
| 2/27/2021 | Deposit | ETH | 1.095464 | | 1.095464 | $ | 1,599.35 |
| 9/25/2021 | Redeem | ETH | (1.110831) | 0.015367 | (0.000000) | $ | (3,249.81) |
| 7/19/2022 | Deposit | ETH | 4.100000 | - | 4.100000 | $ | 6,326.20 |
| 11/16/2022 | Balance | ETH | - | 0.037064 | 4.137064 | $ | - |
| 11/16/2022 | Redeem | ETH | (4.137064) | - | (0.000000) | $ | (5,029.03) |
| 1/10/2023 | Administrative Debit | ETH | (0.000000) | - | (0.000000) | $ | - |

| | Digital Assest Units | USD Value | |
|---|---------------------|-----------|---|
| Balance of ETH on 11/16/2022 - valued using price on 3/20/2023 | 4.137064 | $ | 7,179.14 |
| ETH deposited during Class Period | 5.195464 | $ | 7,925.55 |
| ETH deposited during the Class Period less redemptions during Class Period | 4.084633 | $ | 4,675.74 |

## McGreevy Deposits and Redemptions of FET

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|----------------------|-----------------|---------|-----------------------------|---|
| 7/19/2022 | Deposit | FET | 10,979.00 | | 10,979.00 | $ | 964.91 |
| 11/16/2022 | Balance | FET | - | 133.06 | 11,112.06 | $ | - |
| 11/16/2022 | Redeem | FET | (11,112.06) | - | - | $ | (676.82) |
| 1/10/2023 | Administrative Debit | FET | (0.00) | - | (0.00) | $ | - |

| | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of FET on 11/16/2022 - valued using price on 3/20/2023 | 11,112.06 | $ | 4,372.27 |
| FET deposited during Class Period | 10,979.00 | $ | 964.91 |
| FET deposited during the Class Period less redemptions during Class Period | 10,979.00 | $ | 964.91 |

## McGreevy Deposits and Redemptions of FTM

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|----------------------|-----------------|---------|-----------------------------|---|
| 12/26/2021 | Deposit | FTM | 449.920073 | | 449.920073 | $ | 1,054.15 |
| 11/16/2022 | Balance | FTM | - | 7.146961 | 457.067034 | $ | - |
| 11/16/2022 | Redeem | FTM | (457.067034) | - | - | $ | (83.16) |
| 1/10/2023 | Administrative Debit | FTM | (0.000000) | - | (0.000000) | $ | - |

| | Digital Assest Units | USD Value | |
|---|----------------------|-----------|---|
| Balance of FTM on 11/16/2022 - valued using price on 3/20/2023 | 457.067034 | $ | 208.21 |
| FTM deposited during Class Period | 449.920073 | $ | 1,054.15 |
| FTM deposited during the Class Period less redemptions during Class Period | 449.920073 | $ | 1,054.15 |

## McGreevy Deposits and Redemptions of GUSD

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 8/21/2021 | Deposit | GUSD | 10,000.00 | | 10,000.00 | $ 9,969.71 |
| 9/25/2021 | Deposit | GUSD | 1,000.00 | 66.76 | 11,066.76 | $ 996.89 |
| 9/26/2021 | Deposit | GUSD | 1,000.00 | 2.13 | 12,068.89 | $ 992.82 |
| 9/27/2021 | Deposit | GUSD | 1,000.00 | 2.14 | 13,071.03 | $ 994.69 |
| 9/28/2021 | Deposit | GUSD | 1,000.00 | 2.14 | 14,073.16 | $ 994.27 |
| 9/29/2021 | Deposit | GUSD | 1,000.00 | 2.77 | 15,075.94 | $ 993.69 |
| 9/30/2021 | Deposit | GUSD | 1,000.00 | 2.98 | 16,078.92 | $ 994.09 |
| 10/1/2021 | Deposit | GUSD | 1,000.00 | 3.20 | 17,082.12 | $ 998.64 |
| 10/1/2021 | Deposit | GUSD | 1,000.00 | 3.41 | 18,085.53 | $ 998.64 |
| 10/1/2021 | Deposit | GUSD | 1,000.00 | - | 19,085.53 | $ 998.64 |
| 10/1/2021 | Deposit | GUSD | 1,000.00 | - | 20,085.53 | $ 998.64 |
| 10/1/2021 | Deposit | GUSD | 1,000.00 | - | 21,085.53 | $ 998.64 |
| 10/1/2021 | Deposit | GUSD | 1,000.00 | - | 22,085.53 | $ 998.64 |
| 10/1/2021 | Deposit | GUSD | 1,000.00 | - | 23,085.53 | $ 998.64 |
| 10/1/2021 | Deposit | GUSD | 738.58 | - | 23,824.11 | $ 737.57 |
| 11/6/2021 | Deposit | GUSD | 20,000.00 | 173.14 | 43,997.25 | $ 19,950.28 |
| 11/13/2021 | Redeem | GUSD | (100.00) | 52.61 | 43,949.86 | $ (99.63) |
| 11/30/2021 | Deposit | GUSD | 100.00 | 158.71 | 44,208.57 | $ 99.91 |
| 12/4/2021 | Redeem | GUSD | (22,123.02) | 37.49 | 22,123.04 | $ (21,925.28) |
| 12/7/2021 | Deposit | GUSD | 10,000.00 | 14.08 | 32,137.12 | $ 9,944.83 |
| 12/16/2021 | Deposit | GUSD | 2,000.00 | 59.26 | 34,196.38 | $ 1,995.73 |
| 1/16/2022 | Deposit | GUSD | 10,000.00 | 225.09 | 44,421.46 | $ 9,995.14 |
| 3/31/2022 | Deposit | GUSD | 24,000.00 | 698.18 | 69,119.64 | $ 23,881.22 |
| 4/1/2022 | Deposit | GUSD | 225,000.00 | 9.57 | 294,129.21 | $ 224,302.28 |
| 5/10/2022 | Redeem | GUSD | (290,000.00) | 2,062.11 | 6,191.32 | $ (291,120.85) |
| 5/11/2022 | Deposit | GUSD | 190,000.00 | 1.13 | 196,192.45 | $ 190,041.23 |
| 5/23/2022 | Redeem | GUSD | (195,000.00) | 395.87 | 1,588.32 | $ (194,277.92) |
| 5/28/2022 | Deposit | GUSD | 5,000.00 | 1.74 | 6,590.06 | $ 5,012.73 |
| 6/4/2022 | Deposit | GUSD | 25,000.00 | 5.40 | 31,595.46 | $ 25,007.80 |
| 6/6/2022 | Deposit | GUSD | 24,800.00 | 2.41 | 56,397.87 | $ 24,814.43 |
| 6/9/2022 | Deposit | GUSD | 10,000.00 | 21.82 | 66,419.69 | $ 10,018.12 |
| 6/9/2022 | Deposit | GUSD | 10,000.00 | - | 76,419.69 | $ 10,018.12 |
| 7/13/2022 | Deposit | GUSD | 24,000.00 | 472.56 | 100,892.25 | $ 24,016.46 |
| 7/13/2022 | Redeem | GUSD | (100.00) | - | 100,792.25 | $ (100.07) |
| 7/19/2022 | Deposit | GUSD | 25,000.00 | 125.94 | 125,918.19 | $ 25,026.38 |
| 8/16/2022 | Deposit | GUSD | 20,873.00 | 640.46 | 147,431.65 | $ 20,768.30 |
| 9/9/2022 | Deposit | GUSD | 20,000.00 | 667.36 | 168,099.01 | $ 19,935.70 |
| 9/21/2022 | Redeem | GUSD | (40,000.00) | 410.38 | 128,509.39 | $ (39,794.76) |
| 9/29/2022 | Redeem | GUSD | (20,000.00) | 170.40 | 108,679.79 | $ (20,002.90) |
| 10/10/2022 | Redeem | GUSD | (8,889.00) | 209.24 | 100,000.03 | $ (8,834.26) |
| 10/29/2022 | Deposit | GUSD | 20,000.00 | 299.74 | 120,299.77 | $ 20,142.36 |
| 10/29/2022 | Deposit | GUSD | 8,000.00 | - | 128,299.77 | $ 8,056.94 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 10/31/2022 | Deposit | GUSD | 20,000.00 | 47.41 | 148,347.18 | $ | 19,993.08 |
| 11/2/2022 | Deposit | GUSD | 20,000.00 | 19.34 | 168,366.52 | $ | 20,039.88 |
| 11/16/2022 | Balance | GUSD | - | 352.51 | 168,719.03 | $ | - |
| 11/16/2022 | Redeem | GUSD | (168,719.02) | - | 0.01 | $ | (169,786.51) |
| 1/10/2023 | Administrative Debit | GUSD | (0.01) | - | 0.00 | $ | - |

| | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of GUSD on 11/16/2022 - valued using price on 3/20/2023 | 168,719.029 | $ | 168,792.76 |
| GUSD deposited during Class Period | 737,511.580 | $ | 736,725.11 |
| GUSD deposited during the Class Period less redemptions during Class Period | 161,299.560 | $ | 160,569.44 |

## McGreevy Deposits and Redemptions of LINK

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|----------------------|-----------------|---------|-----------------------------|---|
| 7/19/2022 | Deposit | LINK | 99.50 | | 99.50 | $ | 721.98 |
| 11/16/2022 | Balance | LINK | - | 0.14 | 99.64 | $ | - |
| 11/16/2022 | Redeem | LINK | (99.64) | - | - | $ | (616.51) |
| 1/10/2023 | Administrative Debit | LINK | (0.00) | - | (0.00) | $ | - |

| | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of LINK on 11/16/2022 - valued using price on 3/20/2023 | 99.64 | $ | 703.27 |
| LINK deposited during Class Period | 99.50 | $ | 721.98 |
| LINK deposited during the Class Period less redemptions during Class Period | 99.50 | $ | 721.98 |

## McGreevy Deposits and Redemptions of LTC

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|---|---|---|---|---|---|---|---|
| 2/27/2021 | Deposit | LTC | 0.75003 | | 0.75003 | $ | 129.08 |
| 5/2/2021 | Deposit | LTC | 0.72625 | 0.00624 | 1.48252 | $ | 195.44 |
| 9/25/2021 | Redeem | LTC | (1.50068) | 0.01816 | 0.00000 | $ | (226.88) |
| 1/10/2023 | Administrative Debit | LTC | (0.00000) | - | 0.00000 | $ | - |

| | Digital Assest Units | USD Value | |
|---|---|---|---|
| Balance of LTC on 11/16/2022 - valued using price on 3/20/2023 | 0.00000 | $ | 0.00 |
| LTC deposited during Class Period | 1.47628 | $ | 324.52 |
| LTC deposited during the Class Period less redemptions during Class Period | (0.02440) | $ | 97.64 |

## McGreevy Deposits and Redemptions of MATIC

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|------|------|--------|---------------------|-----------------|---------|------------------------------|
| 6/24/2022 | Deposit | MATIC | 1,686.526 | | 1,686.526 | $ 1,032.49 |
| 6/24/2022 | Deposit | MATIC | 159.320 | - | 1,845.846 | $ 97.54 |
| 7/10/2022 | Deposit | MATIC | 170.307 | 4.017 | 2,020.170 | $ 97.29 |
| 7/24/2022 | Deposit | MATIC | 110.360 | 4.053 | 2,134.583 | $ 97.26 |
| 8/10/2022 | Deposit | MATIC | 104.705 | 5.233 | 2,244.522 | $ 98.14 |
| 8/24/2022 | Deposit | MATIC | 115.594 | 4.543 | 2,364.659 | $ 94.05 |
| 9/10/2022 | Deposit | MATIC | 107.371 | 5.816 | 2,477.846 | $ 97.30 |
| 9/17/2022 | Redeem | MATIC | (2,480.315) | 2.468 | 0.000 | $ (2,057.38) |
| 1/10/2023 | Administrative Debit | MATIC | (0.000) | - | 0.000 | $ - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of MATIC on 11/16/2022 - valued using price on 3/20/2023 | 0.000 | $ 0.00 |
| MATIC deposited during Class Period | 2,454.183 | $ 1,614.06 |
| MATIC deposited during the Class Period less redemptions during Class Period | (26.131) | $ (443.32) |

## McGreevy Deposits and Redemptions of SOL

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|---------------------|-----------------|---------|------|------|
| 6/18/2022 | Deposit | SOL | 3.225924 | | 3.225924 | $ | 102.61 |
| 7/19/2022 | Deposit | SOL | 14.500000 | 0.011907 | 17.737831 | $ | 651.05 |
| 11/16/2022 | Balance | SOL | - | 0.285980 | 18.023811 | $ | - |
| 11/16/2022 | Redeem | SOL | (18.023811) | - | 0.000000 | $ | (257.48) |
| 1/10/2023 | Administrative Debit | SOL | (0.000000) | - | (0.000000) | $ | - |

| | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of SOL on 11/16/2022 - valued using price on 3/20/2023 | 18.023811 | $ | 399.70 |
| SOL deposited during Class Period | 17.725924 | $ | 753.66 |
| SOL deposited during the Class Period less redemptions during Class Period | 17.725924 | $ | 753.66 |

## McGreevy Deposits and Redemptions of ZEC

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|----------------------|-----------------|---------|-----------------------------|---|
| 2/27/2021 | Deposit | ZEC | 0.887313 | | 0.887313 | $ | 106.21 |
| 9/25/2021 | Redeem | ZEC | (0.895902) | 0.008589 | 0.000000 | $ | (99.13) |
| 1/10/2023 | Administrative Debit | ZEC | (0.000000) | - | 0.000000 | $ | (0.00) |

| | Digital Assest Units | USD Value | |
|--|----------------------|-----------|---|
| Balance of ZEC on 11/16/2022 - valued using price on 3/20/2023 | 0.000000 | $ | 0.00 |
| ZEC deposited during Class Period | 0.887313 | $ | 106.21 |
| ZEC deposited during the Class Period less redemptions during Class Period | (0.008589) | $ | 7.08 |

## McGreevy Summary of All Digital Assets

| | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of Digital Assets on 11/16/2022 - valued using price on 3/20/2023 | 181,762.34 | $ | 305,367.46 |
| Digital assets deposited during Class Period | 752,870.81 | $ | 875,977.69 |
| Digital assets deposited during the Class Period *less* redemptions during Class Period | 174,173.69 | $ | 262,638.82 |

## Sopinka Deposits and Redemptions of AMP

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|---|---|---|---|---|---|---|---|
| 2/23/2021 | Deposit | AMP | 2,129.698 | | 2,129.698 | $ | 46.90 |
| 5/18/2021 | Redeem | AMP | (2,138.897) | 9.199 | (0.000) | $ | (127.88) |
| 9/14/2021 | Deposit | AMP | 19,395.550 | - | 19,395.550 | $ | 972.51 |
| 11/16/2022 | Balance | AMP | - | 185.803 | 19,581.354 | $ | - |
| 11/22/2022 | Redeem | AMP | (19,581.386) | 0.032 | 0.000 | $ | (66.71) |
| 1/10/2023 | Administrative Debit | AMP | (0.000) | - | 0.000 | $ | - |

| | Digital Assest Units | USD Value | |
|---|---|---|---|
| Balance of AMP on 11/16/2022 - valued using price on 3/20/2023 | 19,581.354 | $ | 77.52 |
| AMP deposited during Class Period | 21,525.248 | $ | 1,019.41 |
| AMP deposited during the Class Period less redemptions during Class Period | 19,386.351 | $ | 891.53 |

## Sopinka Deposits and Redemptions of BTC

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|---|---|---|---|---|---|---|---|
| 7/21/2022 | Deposit | BTC | 0.0496056 | | 0.0496056 | $ | 1,149.09 |
| 11/16/2022 | Balance | BTC | 0.0000000 | 0.0004285 | 0.0500340 | $ | - |
| 11/17/2022 | Redeem | BTC | -0.0500341 | 0.0000000 | 0.0000000 | $ | (834.94) |
| 1/10/2023 | Administrative Debit | BTC | 0.0000000 | | 0.0000000 | $ | - |

| | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of BTC on 11/16/2022 - valued using price on 3/20/2023 | 0.05003404 | $ | 1,389.31 |
| BTC deposited during Class Period | 0.04960558 | $ | 1,149.09 |
| BTC deposited during the Class Period less redemptions during Class Period | 0.04960558 | $ | 1,149.09 |

## Sopinka Deposits and Redemptions of DOGE

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 10/15/2021 | Deposit | DOGE | 995.000 | | 995.000 | $ 232.61 |
| 10/15/2021 | Deposit | DOGE | 78,473.762 | - | 79,468.762 | $ 18,345.75 |
| 11/16/2022 | Balance | DOGE | - | 1,505.363 | 80,974.124 | $ - |
| 11/17/2022 | Redeem | DOGE | (80,974.146) | 0.022 | 0.000 | $ (6,863.77) |
| 1/10/2023 | Administrative Debit | DOGE | (0.000) | - | (0.000) | $ - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of DOGE on 11/16/2022 - valued using price on 3/20/2023 | 80,974.124 | $ 5,788.60 |
| DOGE deposited during Class Period | 79,468.762 | $ 18,578.37 |
| DOGE deposited during the Class Period less redemptions during Class Period | 79,468.762 | $ 18,578.37 |

## Sopinka Deposits and Redemptions of ETH

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|---|---|---|---|---|---|---|---|
| 7/21/2022 | Deposit | ETH | 0.02333 | | 0.02333 | $ | 36.79 |
| 11/16/2022 | Balance | ETH | - | 0.00021 | 0.02354 | $ | - |
| 11/22/2022 | Redeem | ETH | (0.02354) | 0.00000 | 0.00000 | $ | (26.72) |
| 1/10/2023 | Administrative Debit | ETH | (0.00000) | | (0.00000) | $ | - |

| | Digital Assets Units | USD Value | |
|---|---|---|---|
| Balance of ETH on 11/16/2022 - valued using price on 3/20/2023 | 0.02354 | $ | 40.85 |
| ETH deposited during Class Period | 0.02333 | $ | 36.79 |
| ETH deposited during the Class Period less redemptions during Class Period | 0.02333 | $ | 36.79 |

### Sopinka Deposits and Redemptions of GUSD

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 9/3/2021 | Deposit | GUSD | 5,000.00 | | 5,000.00 | $ 4,972.90 |
| 9/4/2021 | Deposit | GUSD | 5,000.00 | - | 10,000.00 | $ 4,977.78 |
| 9/8/2021 | Deposit | GUSD | 5,000.00 | 5.30 | 15,005.30 | $ 4,951.50 |
| 9/9/2021 | Deposit | GUSD | 5,000.00 | 2.12 | 20,007.42 | $ 4,977.95 |
| 9/19/2021 | Deposit | GUSD | 5,000.00 | 41.40 | 25,048.83 | $ 4,960.99 |
| 1/15/2022 | Deposit | GUSD | 5,000.00 | 632.45 | 30,681.28 | $ 4,988.08 |
| 1/18/2022 | Deposit | GUSD | 25,000.00 | 16.34 | 55,697.62 | $ 24,937.48 |
| 1/26/2022 | Deposit | GUSD | 25,000.00 | 89.25 | 80,786.87 | $ 24,900.13 |
| 3/4/2022 | Deposit | GUSD | 25,000.00 | 630.94 | 106,417.81 | $ 24,922.45 |
| 3/8/2022 | Deposit | GUSD | 25,000.00 | 84.99 | 131,502.80 | $ 24,926.83 |
| 8/26/2022 | Redeem | GUSD | (25,000.00) | 4,298.57 | 110,801.37 | $ (24,646.60) |
| 11/16/2022 | Balance | GUSD | - | 1,571.69 | 112,373.05 | $ - |
| 11/16/2022 | Redeem | GUSD | (112,373.05) | - | 0.00 | $ (113,084.03) |
| 1/10/2023 | Administrative Debit | GUSD | (0.00) | - | 0.00 | $ - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of GUSD on 11/16/2022 - valued using price on 3/20/2023 | 112,373.05 | $ 112,422.16 |
| GUSD deposited during Class Period | 130,000.00 | $ 129,516.05 |
| GUSD deposited during the Class Period less redemptions during Class Period | 105,000.00 | $ 104,869.45 |

### Sopinka Deposits and Redemptions of LUNC (formerly LUNA)

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD |
|------|------|--------|----------------------|-----------------|---------|------------------------------|
| 3/25/2022 | Deposit | LUNC | 52.343251 | | 52.343251 | $ 4,732.82 |
| 5/13/2022 | Redeem | LUNC | (52.715995) | 0.372744 | - | $ (0.01) |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of LUNC on 11/16/2022 - valued using price on 3/20/2023 | - | $ - |
| LUNC deposited during Class Period | 52.343251 | $ 4,732.82 |
| LUNC deposited during the Class Period less redemptions during Class Period | (0.372744) | $ 4,732.81 |

## Sopinka Deposits and Redemptions of SKL

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|------|------|--------|---------------------|-----------------|---------|--------------------------|---|
| 7/21/2022 | Deposit | SKL | 2,235.460 | | 2,235.460 | $ | 124.39 |
| 11/16/2022 | Balance | SKL | - | 10.630 | 2,246.090 | $ | - |
| 11/22/2022 | Redeem | SKL | (2,246.094) | 0.004 | 0.000 | $ | (56.59) |
| 1/10/2023 | Administrative Debit | SKL | (0.000) | | (0.000) | $ | (0.00) |

| | Digital Assest Units | USD Value | |
|---|---|---|---|
| Balance of SKL on 11/16/2022 - valued using price on 3/20/2023 | 2,246.090 | $ | 88.42 |
| SKL deposited during Class Period | 2,235.460 | $ | 124.39 |
| SKL deposited during the Class Period less redemptions during Class Period | 2,235.460 | $ | 124.39 |

## Sopinka Deposits and Redemptions of SOL

| Date | Type | Symbol | Deposit (Redemption) | Interest Earned | Balance | Deposit (Redemption) in USD | |
|---|---|---|---|---|---|---|---|
| 3/9/2022 | Deposit | SOL | 11.2768 | | 11.2768 | $ | 994.64 |
| 11/16/2022 | Balance | SOL | - | 0.3675 | 11.6443 | $ | - |
| 11/17/2022 | Redeem | SOL | (11.6443) | 0.0000 | 0.0000 | $ | (158.81) |
| 1/10/2023 | Administrative Debit | SOL | (0.0000) | | (0.0000) | $ | (0.00) |

| | Digital Assest Units | USD Value | |
|---|---|---|---|
| Balance of SOL on 11/16/2022 - valued using price on 3/20/2023 | 11.6443 | $ | 258.23 |
| SOL deposited during Class Period | 11.2768 | $ | 994.64 |
| SOL deposited during the Class Period less redemptions during Class Period | 11.2768 | $ | 994.64 |

## Sopinka Summary of All Digital Assets

|  | Digital Assest Units | | USD Value |
|---|---|---|---|
| Balance of Digital Assets on 11/16/2022 - valued using price on 3/20/2023 | 215,186.34 | $ | 120,065.09 |
| Digital assets deposited during Class Period | 233,293.16 | $ | 156,151.55 |
| Digital assets deposited during the Class Period *less* redemptions during Class Period | 206,101.55 | $ | 131,377.07 |

## Translunar Crypto LP Deposits and Redemptions of BTC

| Date | Type | Symbol | Deposit (Redemption) | Estimated Interest Earned | Balance | Deposit (Redemption) in USD |
|------|------|--------|----------------------|---------------------------|---------|-----------------------------|
| 9/2/2022 | Deposit | BTC | 180.00 | | 180.00 | $ 3,594,558.87 |
| 11/16/2022 | Balance | BTC | - | 1.46 | 181.46 | $ - |

| | Digital Assest Units | USD Value |
|---|----------------------|-----------|
| Balance of BTC on 11/16/2022 - valued using price on 3/20/2023 | 181.46 | $ 5,038,545.25 |
| BTC deposited during Class Period | 180.00 | $ 3,594,558.87 |
| BTC deposited during the Class Period less redemptions during Class Period | 180.00 | $ 3,594,558.87 |

## Translunar Crypto LP Deposits and Redemptions of GUSD

| Date | Type | Symbol | Deposit (Redemption) | Estimated Interest Earned | Balance | Deposit (Redemption) in USD |
|---|---|---|---|---|---|---|
| 9/2/2022 | Deposit | ETH | 1,400.00 | | 1,400.00 | $ 2,208,108.64 |
| 11/16/2022 | Balance | ETH | - | 11.33 | 1,411.33 | $ - |

| | Digital Assest Units | USD Value |
|---|---|---|
| Balance of ETH on 11/16/2022 - valued using price on 3/20/2023 | 1,411.33 | $ 2,449,107.97 |
| ETH deposited during Class Period | 1,400.00 | $ 2,208,108.64 |
| ETH deposited during the Class Period less redemptions during Class Period | 1,400.00 | $ 2,208,108.64 |

### Translunar Crypto LP Summary of All Digital Assets

|  | Digital Assest Units | USD Value |
|---|---|---|
| Balance of Digital Assets on 11/16/2022 - valued using price on 3/20/2023 | 1,592.78 | $  7,487,653.22 |
| Digital assets deposited during Class Period | 1,580.00 | $  5,802,667.51 |
| Digital assets deposited during the Class Period *less* redemptions during Class Period | 1,580.00 | $  5,802,667.51 |