# Exhibit H





# FIRM QUALIFICATIONS

| STAMFORD | HARTFORD | NEW HAVEN |
|---|---|---|
| One Landmark Square<br>Floor 15<br>Stamford, CT 06901 | 225 Asylum Street<br>Floor 15<br>Hartford, CT 06103 | 195 Church Street<br>Floor 11<br>New Haven, CT 06510 |

WWW.SGTLAW.COM

# FIRM OVERVIEW

Silver Golub & Teitell LLP is a plaintiffs' law firm of trial lawyers who have been taking the important, life changing cases the wellbeing of our clients depend on for nearly 50 years. We built our reputation by litigating resource-intensive cases and, after five decades, our track record speaks for itself: we've returned billions of dollars in jury verdicts and settlements in class action, complex litigation, personal injury, and medical malpractice matters.

SGT's Class Action and Complex Litigation practice group has represented individuals, consumers, state and local governments, unions, and retirement funds throughout the years to help offset the impact of controversies touching our communities. Some notable representations include representing the State of Connecticut against the American tobacco industry, representing unionized employees whose first amendment rights were violated via anti-union layoffs, and establishing the right of political parties to determine the eligibility of non-party members to vote in primaries.

Our Personal Injury and Medical Malpractice practice groups regularly achieve some of the biggest and most meaningful personal injury and medical malpractice verdicts in New England. SGT obtained the first multi-million dollars medical malpractice verdict in Connecticut history and also paved the way for Connecticut residents to hold big tobacco liable for designing dangerous, addictive products.

SGT's attorneys are also proud to serve in leadership roles in various organizations and institutions. Our name partners have taught trial practice at Yale Law School, the University of Connecticut School of Law, and Quinnipiac University Law School, and several SGT partners—including most recently Paul A. Slager– have served as President of the Connecticut Trial Lawyers Association.



# CLASS ACTION & COMPLEX LITIGATION

# Select Prior Representations

## State Employees Bargaining Coalition, et al. v. Rowland.

In *SEBAC v. Rowland,* SGT achieved a court-approved settlement which has provided $250+ million in compensation to thousands of unionized state employees who alleged they were deliberately and illegally singled out for layoffs by the State of Connecticut in violation of their First Amendment rights. Specifically, the class members alleged that after their union refused to yield statutorily statutorily-protected contract rights during negotiations, the State of Connecticut, in violation of the unions' and their members' exercise of protected First Amendment rights of free speech and free association, and with anti-union animus, ordered the layoff of thousands of state employees.

The State of Connecticut argued that the layoffs were carried out to force the union to agree to concessions that would ultimately save the State of Connecticut money. However, the United States Court of Appeals for the Second Circuit in a precedential decision disagreed and found found that the layoffs violated the unions' and union members' First Amendment right to freedom of association. SGT's work achieved a settlement of over $250 million for a class of more than 40,000 unionized public employees in 2015. The settlement was approved on October 1, 2015.

The case was *State Employees Bargaining Coalition, et al v. Rowland,* No. 03-CV-221 and was brought in the United States District Court for the District of Connecticut before Hon. Alfred C. Covello, Senior United States District Judge.



## *Allianz Global Investors U.S. Structured Alpha Litigation.*

Silver Golub & Teitell represented hedge fund and mutual fund investors in Allianz Global Investors U.S. LLC's Structured Alpha suite of investment funds who were victimized by AllianzGI's "egregious, long-running and extensive fraud that went undetected for years." In March 2020, following the onset of market dislocations brought on by the COVID-19 pandemic, AllianzGI's Structured Aloha funds lost in excess of $7 billion in market value, including over $3.2 billion in investment principal, faced margin calls and redemption requests, and ultimately were shut down. The scheme victimized more than 100 institutional investors, representing more than 100,000 individuals, including Connecticut pension and retirement funds for municipal employees and healthcare workers, teachers in Arkansas, laborers in Alaska, bus drivers and subway conductors in New York City.

## *AllianzGI Structured Alpha Mutual Fund Class Action Litigation*.

SGT obtained a $145 million settlement on behalf of AllianzGI mutual fund investors with Allianz Global Investors U.S. LLC. The mutual fund investors had alleged, *inter alia*, violations of Section 11 of the of the Securities Act, 15 U.S.C. § 77k, Section 12(a)(2) of the Securities Act, 15 U.S.C. § 77l(a)(2), and Section 15 of the Securities Act, 15 U.S.C. § 77o, as a result of a massive multi-billion-dollar fraud committed by AllianzGI's Structured Products Group. On March 9, 2023, the Hon. Andrew Borrok of the New York State Supreme Court, New York County Commercial Division granted final approval of a $145 million settlement. The case was *Jackson v. Allianz Global Investors U.S. LLC*, Index No. 651233/2021, New York State Supreme Court, New York County Commercial Division.

## *AllianzGI Structured Alpha Private Fund Class Action Litigation*.

SGT represented private hedge fund investors against AllianzGI alleging, *inter alia*, violations of the Employee Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001 et seq., breach of contract, and breach of fiduciary duty. Following a ruling denying in substantial part AllianzGI's motion to dismiss, SGT's clients entered into individual settlement agreements with AllianzGI on confidential terms. The cases were *Town of Fairfield et al. v. Allianz Global Investors U.S. LLC*, No. 1:20-cv-05817 (S.D.N.Y.) (J. Failla), and *In re AllianzGI Structured Alpha Class Action Litigation*, No. 20-cv-07154 (S.D.N.Y.) (J. Failla).



4

## State of Connecticut v. Philip Morris, Inc., et al.

Silver Golub & Teitell served as lead private counsel for the State of Connecticut from 1996-98 in its action against the American tobacco industry. SGT was one of only a few Connecticut firms to answer the Connecticut Attorney General's call for firms to represent the State in the litigation. Connecticut's action was part of the nationwide litigation which resulted in the November 1998 Master Settlement Agreement for $246 billion being entered between plaintiffs and the four major tobacco companies Philip Morris USA, R. J. Reynolds, Brown & Williamson Tobacco Corp., and Lorillard.

The terms of Master Settlement Agreement provided for Connecticut to receive $3.6 billion. Additionally, a special panel of former attorneys general concluded that contribution of Connecticut's SGT-led legal team to the national litigation and settlement warranted that the State of Connecticut receive an additional $370 million of the national settlement proceeds, bringing Connecticut's total recovery to nearly $4 billion.

The case was *State of Connecticut v. Philip Morris, Inc.*, et al., No. X02-CV-960148414S.

## Spencer v. Hartford Financial Services Group, et al.

SGT served as court-appointed co-lead counsel and obtained a $72.5 million cash settlement on the eve of trial for two certified subclasses of approximately 22,000 owners of structured settlement annuities in a nationwide class action against Hartford Financial Services Group, Inc and its affiliates. Plaintiffs and the class alleged that in order to fund class members' structured settlements, the Hartford property and casualty insurers purchased annuities from their affiliate, Hartford Life. By purchasing the annuity from Hartford Life, The Hartford companies allegedly were able to retain up to 15% of the structured amount of the settlement in the form of undisclosed costs, commissions and profit – all of which was concealed from the settling claimants.

The case was *Spencer v. Hartford Financial Services Group, Inc.*, No. 05-CV-1681 and was brought in the United States District Court for the District of Connecticut before Hon. Janet C. Hall.



## *Town of New Hartford, et al. v. Conn. Resources Recovery Authority.*

SGT obtained a $40+ million trial judgment as court-appointed lead counsel in a certified class action for 70 Connecticut municipalities to recover for losses sustained as a result of a quasi-public trash authority's improper dealings with Enron Corporation. The plaintiffs alleged they suffered damages in the form of increased costs when Enron defaulted on a $220 million loan made by the Connecticut Resources Recovery Authority ("CRRA") to Enron.

Plaintiffs' complaint alleged that the CRRA's loan to Enron was illegal and that the expenditure of funds was an *ultra vires* act on the part of the CRRA. Plaintiffs further alleged, *inter alia*, that that CRRA breached a fiduciary duty which it owed to the municipalities, and that CRRA breached its duty of fair dealing and good faith.

The case was *Town of New Hartford, et al v. Connecticut Resources Recovery Authority,* No. UWY-CV-04-0185580S and was brought in Connecticut Superior Court, Judicial District of Waterbury before Hon. Dennis G. Eveleigh.

## *United States ex rel. Keeth v. United Technologies Corporation.*

Silver Golub & Teitell represented the relator in a federal False Claims Act ("FCA") action against United Technologies Corporation which alleged, *inter alia*, that UTC had prematurely billed the government for work not yet performed on a helicopter contract and had inflated material inventories used as a basis for progress bills on its fixed-price contracts. The relator Douglas Keeth also alleged that UTC officials attempted to suppress disclosure of the improper Sikorsky practices after the company discovered and investigated the practices while participating in the Defense Department's voluntary disclosure program.

The *qui tam* litigation resulted in a $150 million settlement which at the time was the largest ever recovery for an action brought under the FCA. SGT's client received a relator's share of $22.5 million which was then also the largest such FCA award ever given to a relator.

The case was *United States ex rel. Keeth v. United Technologies Corporation,* No. H-89-323 brought in the United States District Court for the District of Connecticut before Hon. Alan H. Nevas.



6

## Anglim v. Xerox Corporation.

Silver Golub & Teitell served as lead counsel in nationwide class action for 40,000 Xerox pensioners for violations under ERISA, resulting in a settlement that provided increased pension benefits for approximately 40,000 present and former Xerox employees. The case was *Anglim x. Xerox Corporation*, B-83-2511 and was brought in the United States District Court for the District of Connecticut.

## Town of Fairfield v. Madoff.

Silver Golub & Teitell represented the Town of Fairfield, Connecticut and its pension plans from 2008-2013 in litigation against several feeder fund entities that enabled the Town to successfully recover $15+ million it had invested in Madoff-related investment vehicles. The case *was Town of Fairfield, et al. v. Bernard L. Madoff, et al.*, X08 1 CV09 5011561S.

## Westport Taxi Service, Inc. v. Westport Transit.

SGT represented a Westport, Connecticut taxi service against the Westport Transit District, claiming that the district had intentionally engaged in monopolistic practices in violation the Connecticut Antitrust Act. The trial court found that defendants Westport Transit District had gained monopoly power and engaged in predatory pricing. As a result, the trial court-imposed liability on the defendant Westport Transit District and awarded the treble damages, including lost profits, business value, and prejudgment interest.





7

# CLASS ACTION & COMPLEX LITIGATION

## Pending Matters

### Westminster, Mass. PFAS Contamination Litigation.

SGT represents a putative class of Westminster, Massachusetts residents whose private water wells and topsoil have been contaminated with dangerous levels of PFAS or "forever" chemicals as a result. The contamination was discovered in February 2022 when a concerned private citizen had his private drinking well water tested for PFAS. The results returned by the testing were the highest ever recorded on private property in Massachusetts.

The complaint alleges that the contamination is the result of the activities of a local composting facility MassNatural and several paper mills located in and around the Westminster area. Specifically, the complaint alleges that MassNatural's operators failed to take proper precautions mandated by Massachusetts law to ensure that the paper sludge the paper mills were dumping at the site did not contain chemicals that presented a hazard to human health.

The plaintiffs are seeking compensation for costs associated with medical monitoring, damages for violations of RICO, negligence, public nuisance, private nuisance, remediation, and depreciation in property values.

The case is *Ryan et al. v. Greif, Inc.* et al., No. 4:22-cv-40089 (D. Mass) and is currently pending before United States Judge Margaret R. Guzman of the District of Massachusetts.



## YouTube Children's Data Collection Litigation.

Silver Golub & Teitell LLP is prosecuting a class action against Google LLC ("Google") and YouTube LLC ("YouTube"), as well as children's entertainment companies that operated YouTube channels such as Hasbro, Mattel, Cartoon Network and others, alleging claims under state privacy and consumer protection laws based on tracking of the online activity of minors, including children under the age of thirteen in violation of the federal Children's Online Privacy Protection Act ("COPPA"), 15 U.S.C. 6501-6506.

The suit is based on the same behavior that led Google to pay a fine of $170 million to settlement claims brought by the Federal Trade Commission and New York State Attorney General that Google had violated COPPA by knowingly serving behavioral advertising to viewers of content on channels directed at children under the age of 13. The case was twice dismissed on preemption grounds before SGT appealed U.S. District Judge Beth Freeman's decision to the Ninth Circuit.

On December 28, 2022, a unanimous three-judge panel overturned Judge Freeman's ruling, noting that the Ninth Circuit has held in a "long line of cases" that state law damages remedies for conduct that also violates federal regulations are not preempted, and the word "inconsistent" in the preemption context refers to contradictory state law requirements, or requirements that serve as obstacles to federal goals. However, the state claims at issue in the litigation instead are in line with COPPA's goals, the opinion said.

The case is *Hubbard et al.* v. Google et al., 5:19-cv-07016 (N.D. Cal.) and is pending in the United States District Court for the Northern District of California before Judge Beth L. Freeman.





# FIRM QUALIFICATIONS

## CLASS ACTION & COMPLEX LITIGATION
### Pending Matters

### *Nelnet Data Breach Litigation.*

SGT has been appointed co-lead counsel for a putative class of 2.5 million student loan borrowers whose sensitive information, including social security numbers, was stolen by an unauthorized third-party from student loan servicing company Nelnet Servicing, LLC. SGT and co-counsel were selected as co-lead counsel over the application of 20 other firms vying for leadership and were praised for our litigation planning and for our focus on what is in the best interests of our clients.

The case is *Spearman et al. v. Nelnet Servicing, LLC*, No. 22-cv- 03191-JMG-CRZ and is pending in the United States District Court for the District of Nebraska.

### *Aerospace Industry No-Poach Litigation.*

SGT represents one of the lead plaintiffs, Zoe Borozny, in a putative class action pending in the United States District Court for the District of Connecticut against defendants Pratt & Whitney (a division of Raytheon Technologies Corp.) and several aerospace engineer staffing companies alleging that they conspired to restrict competition and suppress wages via "no-poach" agreements in violation of antitrust laws.

The case is *Borozny et al. v. v. Raytheon Technologies Corporation*, *Pratt & Whitney Division, et al,* No.3:21-cv-01657 and is pending before Hon. Sarala V. Nagala in the United States District Court for the District of Connecticut.

### *In re EpiPen Direct Purchaser Litigation.*

SGT is part of a committee with court-appointed interim co-lead counsel representing direct purchaser plaintiff drug wholesalers Rochester Drug Co-Operative, Inc. ("Rochester Co-op") and Dakota Drug, Inc. ("Dakota Drug") in a proposed class action alleging that brand-name and generic EpiPen manufacturers and a group of pharmacy benefit managers ("PBMs") conspired to maintain supracompetitive prices for brand-name and generic EpiPens.

The case is *In re EpiPen Direct Purchaser Litigation,* No. 20-CV-00827 and is pending before Hon. Eric. C. Tostrud in the United States District Court for the District of Minnesota.



## Zaluda v. Apple Inc.

Silver Golub & Teitell represents a proposed class of users of Apple Siri-enabled devices in Illinois alleging Apple illegally created, collected, or otherwise obtained and stored their biometric voiceprints without consent in violation of the Illinois Biometric Information Privacy Act ("BIPA"), 740 ILCS/14 et seq.

On December 9, 2020, the Court denied Apple's motion to dismiss, holding that SGT clients had plausibly stated claims against Apple for violations of BIPA. The case is Zaluda v. Apple Inc., No. 2019-CH-11771 and is pending before Hon. Michael T. Mullen of the Circuit Court of Cook County, Illinois, Chancery Division.

## Diaz v. Griffin Hospital.

Silver Golub & Teitell represents a court certified class of over 3,100 individuals who were patients of defendant Griffin Hospital from between September 2008 and May 2014 and received insulin administered via multi-dose insulin pens. The certified class alleges that they suffered damages and emotional distress upon learning, via letter, that they had potentially been exposed to blood-borne pathogens as a result of at least eleven Griffin Hospital employees or agents improperly using multi-dose insulin pens by, inter alia, using a single pen on multiple patients and using a pen prescribed for a specific patient for whom it was not prescribed. The court certified the proposed class of individuals on November, 23, 2020.

The case is Diaz v. Griffin Hospital, No. UWYCV156029965S and is pending before Hon. Linda Lager of the Connecticut Superior Court, Judicial District of Waterbury.





# ADDITIONAL NOTEWORTHY REPRESENTATIONS

### *Izzarelli v. R.J. Reynolds Tobacco Company*

Silver Golub & Teitell represented plaintiff and former smoker Barbara Izzarelli against tobacco company R.J. Reynolds Tobacco Company ("RJR") in the first smoker's case to come to trial in Connecticut history and first jury verdict against a tobacco company in New England history. After Ms. Izzarelli was diagnosed with smoking-related larynx cancer, SGT commenced a products liability suit on Ms. Izzarrelli's behalf under the theories of strict liability and negligent design. After years of motion practice and appeals, the case proceeded to trial where SGT won a $28 million verdict in Ms. Izzarelli's favor finding RJR liable for both strict liability and negligent design.

Ms. Izzarelli was awarded $52.3 million after the judge awarded punitive damages and calculated pre-judgment interest. The case was *Izzarelli v. R.J. Reynolds Tobacco Company*, No. 99-CV-2338 and was brought in the United States District Court for the District of Connecticut before Hon. Stefan R. Underhill.

### *Cohn v. Shoreline Pools*

SGT Partners Ernie Teitell and Paul A. Slager assisted a family procure a $40 million individual wrongful death settlement against several defendants, including pool equipment manufacturers and a pool installer, a settlement that was the largest known individual personal injury settlement in New England to date.



## Kleen Energy Natural Gas Explosion Litigation

SGT Partner Paul Slager successfully represented multiple plaintiffs and their families in actions against numerous entities arising from the 2010 explosion at the Kleen Energy Systems power station, a 620 megawatt, combined cycle gas and oil-fired power plant in Middletown, Connecticut.

## Doe v. Boy Scouts of America Corporation

In 2014, SGT Partner Paul Slager helped an adult plaintiff who had been sexually abused as a teenager during Boy Scout troop activities achieve a record-setting judgment after jury verdict, totaling $11.8 million in damages.  The jury verdict remains the largest compensatory verdict ever entered against Boy Scouts of America.

## Oram v. DeCholnoky

Silver Golub & Teitell LLP obtained a $38.5 million jury verdict—at the time the largest in Connecticut history—for client Elizabeth Oram in a medical malpractice action. The action stemmed from actions occurring in September 2002 and thereafter when SGT client Elizabeth Oram sought prenatal and obstetrical medical care from Dr. DeCholnoky in connection with her twin pregnancy. At trial, the jury found that the defendant doctor violated the prevailing standard of care by waiting too long to order a c-section, failing to make clear that time was of the essence, and performing the c-section too slowly and/or inefficiently. As a result, the jury awarded economic damages of $30 million and $7.5 million in non-economic damages to compensate ethe child for his pain and suffering, with an additional $1 million awarded to the parents.

The case was *Oram v. DeCholnoky*, No. X05 CV 05 4005513 S.

## Pisel v. Stamford Hospital

Pisel vs. Stamford Hospital was the first verdict over $1 million in the State of Connecticut. The case also created significant medical malpractice law in Connecticut that is still cited today and set safety standards for hospitalized psychiatric patients. Jury verdict of $3.6 million.



# SGT CLASS ACTION & COMPLEX LITIGATION ATTORNEYS

We have the people and resources to litigate against any opponent.

### David S. Golub, Partner

David Golub is a founding member of SGT and head of the firm's Class Action & Complex Litigation practice group. David is a graduate of Yale College and Yale Law School. Throughout his legal career, he utilized the law to further constitutional and civil rights and protection of the disadvantaged in a trial and appellate practice encompassing virtually every aspect of litigation.

### Steven L. Bloch, Partner

Steven L. Bloch has more than 20 years of experience in the litigation of complex class, group and direct actions involving insurance and financial products and services, consumer fraud, employee and health benefits, antitrust and securities violations. Steven's broad-based expertise in pursuing civil RICO (Racketeer Influenced and Corrupt Organizations Act) has been invaluable for SGT's clients.

### Ian W. Sloss, Partner

Ian W. Sloss focuses his practice on representing investors and consumers in class, group, and direct antitrust, commodities securities, environmental, data privacy, consumer protection, and other types of litigation. Ian was named as "One to Watch" by Best Lawyers for 2022. Prior to joining SGT, Ian practiced at a commodities and antitrust class action litigation firm based in New York.



### Jonathan M. Levine, Partner

Jonathan M. Levine graduated from Harvard College and Yale Law School and has been associated with SGT since 1990. Jonathan focuses his practice on complex matters, including class actions, involving employment and commercial litigation, constitutional law, medical malpractice and serious personal injury. Jonathan currently oversees SGT's efforts in *SEBAC v. Rowland*, where SGT has gained court approval of a $250+ million settlement.

### Sean K. McElligott, Partner

Sean K. McElligott, a graduate of Trinity College and Yale Law School, is an experienced trial lawyer that focuses his practice on complex litigation, personal injury, medical malpractice, and products liability. Sean previously practiced at Cohen Milstein Hausfeld & Toll where he focused his practice on antitrust litigation.

### Zachary A. Rynar, Associate

Zachary A. Rynar joined Silver Golub & Teitell in 2018 and has worked on a variety of complex civil litigation and class action matters. Zach's practice includes cases on behalf of defrauded mutual fund investors in the wake of a major investment fund being liquidated as well as a series of false claims *qui tam* actions against two major banks seeking to recover millions of dollars in unredeemed cashier's checks improperly withheld from the states in which they were purchased.

### Jennifer Sclar, Associate

Jennifer is an associate in SGT's class action and complex litigation group. Prior to joining SGT, Jennifer participated in the *In re Managed Care Litigation*, MDL No. 1334, (S.D. Fla.), litigation brought on behalf of over 600,000 physicians against the largest health insurers in America, alleging that payments were reduced, delayed and denied through the improper use of automated claims adjustment software, resulting a $500 million+ recovery and significant changes in the health care industry.



## Krystyna D. Gancoss, Associate

A detail-oriented and diligent attorney, Krystyna enjoys the meaningful work of tackling complex legal issues to attain a favorable outcome on behalf of clients. Her most recent work has been focused on helping to make whole again class action plaintiffs who have been wrongfully damaged physically, emotionally, or financially.

## Marissa Ganz, Associate

Marissa is an Associate in SGT's Class Action & Complex Litigation practice groups. In addition to her work at SGT, Marissa works with the Center for Children's Advocacy on the Immigrant Children's Justice Project *pro bono*, representing abused, neglected, or abandoned undocumented children. Prior to joining the firm, Marissa was an associate at several other reputable firms in Connecticut, and served as a clerk in the Bridgeport Superior Court.

## William McElligott , Associate

Bill McElligott is an Associate in SGT's Class Action & Complex Civil Litigation practice groups. He came to SGT after working for more than 20 years in a small family practice where he worked on a wide range of civil and criminal matters. Most recently at SGT, Bill litigated on behalf of a putative class of private hedge fund investors against the United States asset manager Allianz Global Investors U.S. LLC, a subsidiary of the German insurance company Allianz SE.

## Brett L. Burgs, Associate

Brett is an Associate in SGT's Class Action and Complex Litigation practice groups. He focuses on bringing value to clients in complex litigation and class actions. Brett's practice has included assisting with SGT's efforts on behalf of investors in who were defrauded by insurance giant Allianz SE's United States-based investment manager Allianz Global Investors U.S. LLC in a multi-billion dollar decades long fraud.

