## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU<br><br>**STIPULATION AND [PROPOSED] ORDER APPOINTING CO-LEAD PLAINTIFFS AND APPROVING CO-LEAD COUNSEL**<br><br>**CLASS ACTION** |

WHEREAS, on January 23, 2023, plaintiffs filed the above captioned action (the "Action") asserting violations of the Securities Act of 1933 (the "Securities Act"), 15 U.S.C. § 77l(a)(1), 77o, and the Securities Exchange Act of 1934 ("Exchange Act"), 15 U.S.C. § 78j(b), and SEC Rule 10b-5, codified at 17 C.F.R. § 240.10b-5, and 15 U.S.C. § 78t(a), on behalf of the following proposed classes: (1) "All persons or entities who participated in the Lending Programs from inception to November 16, 2022"; and (2) "All persons or entities who participated in the Lending Programs and had digital loans outstanding at Genesis Global Capital as of November 16, 2022", and alleging a class period of February 2, 2021 through November 16, 2021. ECF No. 1;

WHEREAS, the Action is a putative securities class action subject to the Private Securities Litigation Reform Act ("PSLRA"), under which a plaintiff must publish notice to the purported class of the pendency of the complaint within twenty days of its filing. 15 U.S.C. § 77z-1(a)(3)(A); 15 U.S.C. § 78u-4(a)(3)(A);

WHEREAS, also on January 23, 2023, plaintiffs published the notice required by the

PSLRA, which set March 24, 2023 as the deadline for any member of the proposed Classes to move to serve as the lead plaintiff through counsel of their choice. ECF No. 32;

WHEREAS, on February 10, 2023, the Court issued an Order providing, among other things, that "Defendants' time to answer, move, or otherwise respond to the complaint is stayed pending the Court's appointment of a lead plaintiff and lead counsel for lead plaintiff" and that (1) "[w]ithin ten business days of the Court's appointment of a lead plaintiff and lead counsel for lead plaintiff, counsel for Defendants and appointed lead counsel shall meet and confer regarding a proposed schedule for (i) the lead plaintiff's time to file a consolidated and/or amended complaint, or otherwise designate an operative complaint; and (ii) Defendants' time to answer or otherwise respond to the operative complaint in this action"; and (3) "[w]ithin ten business days thereafter, the parties shall jointly submit their proposed schedule for this action (through resolution of Defendants' motion to dismiss) to the Court for approval." ECF No. 26;

WHEREAS, on March 24, 2023, members of the proposed Classes Christopher Buttenham, Ashwin Gowda, William McGreevy, Alex Sopinka, Translunar Crypto LP (ECF Nos. 35-38), filed a motion under the PSLRA seeking appointment as lead plaintiffs and approval of their selection of Silver Golub & Teitell LLP ("Silver Golub") as lead counsel, and separately Remo Maria Morone (ECF No. 34) filed a motion under the PSLRA seeking appointment as lead plaintiff and approval of Kaplan Fox & Kilsheimer LLP ("Kaplan Fox") as lead counsel;

WHEREAS, as required by the PSLRA, Christopher Buttenham, Ashwin Gowda, William McGreevy, Alex Sopinka, Translunar Crypto LP, and Remo Maria Morone have: (i) alleged significant financial interests in the Action; and (ii) made a prima facie showing that they satisfy the adequacy and typicality requirements of Rule 23;

WHEREAS, on March 24 and 27, 2023, counsel for Christopher Buttenham, Ashwin

Gowda, William McGreevy, Alex Sopinka, Translunar Crypto LP, and counsel for Remo Maria Morone met and conferred telephonically and agreed that the interests of the putative class will be best served by a combined group that represent various interests in the Action, including investors who have invested in securities offered via the Genesis Institutional Lending Program, and in securities sold via the Gemini Earn Program, utilizing the resources of movants and their respective selections of counsel Kaplan Fox and Silver Golub;

WHEREAS, Christopher Buttenham, Ashwin Gowda, William McGreevy, Translunar Crypto LP, and Mr. Morone have agreed to work together to supervise the conduct of this litigation by their counsel, to ensure that counsel coordinate appropriately to avoid any duplication of effort in the conduct of the litigation, and to obtain the best possible outcome for the putative Classes of investors, and agreed that a group of five lead plaintiffs representing various interests would best serve the interests of the Classes;[1]

IT IS HEREBY STIPULATED, that subject to the Court's approval, Christopher Buttenham, Ashwin Gowda, William McGreevy, Translunar Crypto LP, and Remo Maria Morone agree to serve as co-lead plaintiffs in the Action, with their respective choices of counsel, Kaplan Fox and Silver Golub serving as co-lead counsel.  Kaplan Fox and Silver Golub shall maintain contemporaneous billing records of all time spent litigating the case and shall provide the Court with updates as to such billing as the Court may instruct.

Having considered the above, and good cause appearing therefor, IT IS HEREBY ORDERED THAT:

    1.    Pursuant to 15 U.S.C. § 78u-4(a)(3)(B) and 15 U.S.C. § 77z-1(a)(3)(B), Christopher Buttenham, Ashwin Gowda, William McGreevy, Translunar Crypto LP, and Remo Maria Morone

---

[1] To limit the group to five investors, Alex Sopinka has agreed to withdraw his request to be appointed a lead plaintiff.

are appointed to serve as co-lead plaintiffs in the Action and any subsequently filed or transferred actions that relate to the Action.

2. Kaplan Fox and Silver Golub are approved as co-lead counsel for the Classes.

3. Co-lead counsel, after being appointed by the Court, shall manage the prosecution of the Action. Co-lead Counsel is to avoid duplicative or unproductive activities and are hereby vested by the Court with responsibilities and duties that include, without limitation, the following: 1) to prepare all pleadings; 2) to direct and coordinate the briefing and arguing of motions in accordance with the schedules set by the orders and rules of this Court; 3) to initiate and direct discovery; 4) to prepare the case for trial; 5) to engage in settlement negotiations with defendants on behalf of lead plaintiffs; and 6) are empowered to retain or associate with bankruptcy counsel, including without limitation, in connection with the separate bankruptcy proceeding involving Genesis Global Holdco, LLC, Genesis Global Capital, LLC and Genesis Asia Pacific PTE, LTD pending in U.S. Bankruptcy Court for the Southern District of New York. *In re: Genesis Global Holdco, LLC, et al.*, Case Nos. 23-10063-65 (SHL) (Bankr. S.D.N.Y.).

4. All related actions subsequently filed in, or transferred to, this District shall be consolidated into the Action. This Order shall apply to every such action, absent order of the Court. This Order is entered without prejudice to the rights of any party to apply for severance of any claim or action, with good cause shown.

By:  /s/ _____
     Ian W. Sloss ct31244

     Steven L. Bloch ct31246
     SILVER GOLUB & TEITELL LLP
     One Landmark Square, Floor 15
     Stamford, Connecticut 06901

By:  /s/ _____
     Jeffrey P. Campisi

     Donald R. Hall (CT Bar No. 416065)
     (*pro hac vice* to be filed)
     Jeffrey P. Campisi
     (*pro hac vice* to be filed)

| | |
|---|---|
| Telephone: (203) 325-4491<br>isloss@sgtlaw.com<br>sbloch@sgtlaw.com<br><br>*Counsel for Proposed Lead Plaintiffs Christopher Buttenham, Ashwin Gowda, William McGreevy, Translunar Crypto LP and Proposed Co-Lead Counsel for the Classes* | Jason A. Uris<br>(*pro hac vice* to be filed)<br>KAPLAN FOX & KILSHEIMER LLP<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>Telephone: (212) 687-1980<br>Facsimile: (212) 687-7714<br><br>*Counsel for Proposed Lead Plaintiff Remo Maria Morone and Proposed Co-Lead Counsel for the Classes*<br><br>Andrew R. Crumbie (Fed. Bar No. ct27741)<br>CRUMBIE LAW GROUP LLC<br>100 Pearl Street, 12th Floor<br>Hartford, CT 06103<br>Telephone: (860) 725-0025<br>Facsimile: (860) 760-0308<br><br>*Additional Plaintiff's Counsel* |

IT IS SO ORDERED.

DATED: _____

_____
THE HONORABLE STEFAN R. UNDERHILL
UNITED STATES DISTRICT JUDGE