UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>*Defendants*. | No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

NOTICE OF MOTION FOR PARTIAL MODIFICATION
OF THE PSLRA DISCOVERY STAY

PLEASE TAKE NOTICE that William McGreevy, Ashwin Gowda, Translunar Crypto, LP, and Christopher Buttenham ("Proposed Lead Plaintiffs") respectfully move this Court to partially modify the PSLRA discovery stay to permit Proposed Lead Plaintiffs to (i) serve a subpoena *duces tecum* on the Unofficial Committee of Unsecured Creditors of Genesis Global Holdco, LLC, *et al.* via counsel White & Case LLP; and (ii) serve Plaintiffs' [Proposed] First Set of Requests for Production of Documents and Information on Defendants Digital Currency Group, Inc. and Barry Silbert. A proposed order will be submitted concurrently with the motion. In support of the motion, Proposed Lead Plaintiffs rely upon (i) the accompanying memorandum of law, (ii) the accompanying Declaration of Ian W. Sloss and attached exhibits, and (iii) and any other written or oral argument as may be requested or permitted by the Court.

DATED: April 24, 2023
Stamford, Connecticut

Respectfully submitted,

SILVER GOLUB & TEITELL LLP

*/s/ Ian W. Sloss*
Ian W. Sloss
Steven L. Bloch
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Tel: (203) 325-4491
isloss@sgtlaw.com
sbloch@sgtlaw.com

*Counsel for Proposed Lead Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, and Christopher Buttenham*