UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similar situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT, <br><br> Defendants. | No. 3:23-cv-00082-SRU <br><br> Hon. Stefan R. Underhill |

PROPOSED ORDER

This matter having come before the Court on Proposed Lead Plaintiffs' Motion for Partial Modification of the PSLRA Discovery Stay (the "Motion") and Memorandum in Support, it is hereby

ORDERED that Proposed Lead Plaintiff's Motion is granted; and further

ORDERED that Defendants shall produce the documents, information, and communications requested by Plaintiffs in Plaintiffs' First Set of Requests for Production of Documents and Information on Defendants Digital Currency Group, Inc. and Barry Silbert (the "Requests") within ___ days of being served with the Requests.

SO ORDERED.

_____ day of _____, 2023.

_____
The Honorable Stefan R. Underhill
United States District Judge