# EXHIBIT A

4/23/23, 12:26 PM Bankrupt crypto lender Genesis seeks mediation if creditor deal isn't struck this week



# Bankrupt crypto lender Genesis plans to seek mediation if creditor deal isn't struck this week



**David Hollerith** · Senior Reporter
January 23, 2023 · 3 min read

Crypto lender Genesis filed for bankruptcy last Thursday, but its lawyers have been in negotiations with creditors and its largest borrower — parent company Digital Currency Group (DCG) — for more than two months.

And in bankruptcy court on Monday afternoon, lawyers for Genesis said a deal with creditors still hasn't been reached and said if an agreement can't be reached "within the next few days," the firm is will ask the judge to appoint a mediator.

4/23/23, 12:26 PM
Bankrupt lender Genesis seeks mediation if creditor deal isn't struck this week
Case 3:23-cv-00082-SRU   Document 42-1   Filed 04/24/23   Page 3 of 5

HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE...   Download Yahoo News app

# yahoo/news

Sign in   Mail

News   US   Politics   World   COVID-19   Climate Change   Health   Science   Originals   Contact Us

petition show Genesis already had a restructuring plan drawn up, with hopes to sell its assets as soon as May. Genesis held $5.1 billion in liabilities in the weeks following its withdrawal freeze on Nov. 16, 2022.

The company's largest creditor is the combined 340,000 Gemini Earn customers who are owed $795.5, million according to a list of Genesis's largest creditors. Those customers have formed an "ad hoc" committee represented by law firm Kirkland & Ellis. Another group of around 60 institutional creditors, represented by Proskauer Rose, is owed $1.5 billion.

As its largest borrower at petition date, DCG owes Genesis at least $1.65 billion, including approximately $575 million in loans due in May 2023 and a $1.1 billion promissory note due in June 2032.



Genesis logo displayed on a phone screen is seen through the broken glass in this illustration photo taken in Krakow, Poland on December 1, 2022. (Photo by Jakub Porzycki/NurPhoto via Getty Images)

Prior to its bankruptcy filing, no agreement was reached on how Genesis should pay back creditors. In its negotiation with creditor groups and DCG, lawyers for Genesis said they had already gone through "15 iterations of various term sheets" since the lending business eliminated customer withdrawals in November.

"If we don't reach a conclusion by the end of this week, at

HOME  MAIL  NEWS  FINANCE  SPORTS  ENTERTAINMENT  LIFE  SEARCH  SHOPPING  YAHOO PLUS  MORE...  Download the Yahoo News app

yahoo!news

Sign in  Mail

News  US  Politics  World  COVID-19  Climate Change  Health  Science  Originals  Contact Us



HOME   MAIL   NEWS   FINANCE   SPORTS   ENTERTAINMENT   LIFE   SEARCH   SHOPPING   YAHOO PLUS   MORE

Download Yahoo News app



yahoo!news

Sign in

 Mail

News   US   Politics   World   COVID-19   Climate Change   Health   Science   Originals   Contact Us