# EXHIBIT B

# Gemini Earn Updates

This page aims to bring as much transparency as possible to the process of finding a resolution for all Earn users to redeem their assets.

Gemini — acting as agent on behalf of Earn users — has been in ongoing conversations with Genesis Global Capital, LLC (Genesis), Digital Currency Group, Inc. (DCG), the parent company of Genesis, and Barry Silbert (CEO of DCG) in an effort to find a resolution as soon as possible.

Gemini has also formed an ad hoc committee with other creditors (Creditor Committee) to coordinate efforts and advocate together. Returning your assets is our highest priority and we are operating with the utmost urgency.

**At a minimum, we will update this page on Friday of each week until a resolution has been reached.**

# Updates

**April 21, 2023 (Friday)**

On April 21, 2023, the Unsecured Creditors Committee (UCC) provided an update on the status of its investigation into the various intercompany loans and transactions between Genesis entities and Digital Currency Group (DCG) prior to Genesis halting withdrawals on November 16, 2022. Information is available here. The UCC has also presented a revised Term Sheet to DCG based on its continuing investigation. Discussions between the UCC and DCG remain ongoing. Gemini continues to offer support and work with the Creditor Committee and the UCC and will update you as soon as we have more information to share.

**April 14, 2023 (Friday)**

This week we sent a message to all Earn users regarding the Bar Date Order (please see below).

The Unsecured Creditor Committee (UCC) continues their work to maximize creditor recoveries as discussed in more depth in our March 31st update. Gemini continues to offer support and work with the Creditor Committee and the UCC. We expect this work to be completed in the coming weeks and will update you as soon as we have more information to share.

**April 11, 2023 (Tuesday)**

The following message was shared with Earn users today: ⌄


maximize creditor recoveries (please see below). Gemini continues to offer support and work with the Creditor Committee and the UCC. We expect this work to be completed in the coming weeks and will update you as soon as we have more information to share.

March 31, 2023 (Friday)

The PSA is currently in a holding pattern while the Unsecured Creditor Committee (UCC) continues their due diligence on the economic recoveries provided for in the Term Sheet and investigating the various intercompany loans and transactions between Genesis entities and DCG prior to Genesis halting withdrawals on November 16, 2022. This is all being done in the UCC's fiduciary capacity for the purpose of evaluating and maximizing creditor recoveries. While time-consuming, it is important work that economically benefits all creditors, including Earn users. We expect this work to be completed in the coming weeks, at which point we expect the parties to finalize their negotiations on the Plan Support Agreement (PSA) shortly thereafter. Once signed, the PSA sets forth key milestone dates for the remainder of the Genesis bankruptcy proceeding that must be met. This will allow us to provide more certainty around dates going forward and the completion of this process. We appreciate your patience and support while we work with the UCC to advocate on your behalf and look forward to reaching the next stage of this process.

March 24, 2023 (Friday)

The parties continue to work on drafting the PSA. Gemini continues to work with the Creditor Committee and the UCC to advocate on behalf of Earn users. Genesis financial statements were filed in the Genesis Bankruptcy proceeding this week. The next hearing is the Omnibus Hearing, which is scheduled for March 30th and will provide for a number of motions related to the furtherance of the case to be heard. Following that will be the Meeting of Creditors, which is scheduled for April 13th and will provide an opportunity for creditors to ask Genesis questions. The recently filed Genesis financial statements and information regarding the Omnibus Hearing and the Meeting of Creditors can be found here.

March 17, 2023 (Friday)

The parties continue to work on drafting the PSA. Gemini continues to work with the Creditor Committee and the UCC to advocate on behalf of Earn users.

March 10, 2023 (Friday)

The parties continue to work on drafting the PSA. The next hearing in the Genesis Bankruptcy proceeding is scheduled for this upcoming Wednesday, March 15th. As a reminder, we will continue to update this page every Friday until a resolution is reached. Returning your assets is our highest priority and we are operating with the utmost urgency.

March 3, 2023 (Friday)

The parties continue to work on drafting the PSA. The next hearing in the Genesis Bankruptcy proceeding is scheduled for Wednesday, March 15th.

February 24, 2023 (Friday)

The Creditor Committee, Genesis, and DCG are still in the process of drafting the Plan Support Agreement (PSA). The Unsecured Creditor Committee (UCC) is coming up to speed and will be reviewing PSA and and



**February 17, 2023 (Friday)**

The Creditor Committee, Genesis, and DCG are in the process of drafting the Plan Support Agreement. The next hearing in the Genesis Bankruptcy proceeding is the Second Day Hearing, which is scheduled for Wednesday, February 22nd.

**February 10, 2023 (Friday)**

Today, Genesis filed a Term Sheet with the Bankruptcy Court that reflects the agreement in principle reached between Gemini, Genesis, DCG, and other creditors on a plan that provides a path for Earn users to recover their assets. [Term Sheet PDF]

The parties will now begin drafting the Plan Support Agreement (PSA), a binding agreement between the parties, and the Amended Plan of Reorganization. Once finalized, these documents will be submitted to the Court for approval. This process is expected to take 1-3 months. We expect distributions to begin shortly thereafter.

**Important:** Starting today, we will move from bi-weekly updates to weekly updates on every Friday to better reflect the cadence of information we expect to receive during the remainder of this process until final resolution is reached.

**February 7, 2023 (Tuesday)**

No material update.

**February 6, 2023 (Monday)**

Today, Gemini reached an agreement in principle with Genesis Global Capital, LLC (Genesis), Digital Currency Group, Inc. (DCG), and other creditors on a plan that provides a path for Earn users to recover their assets. This agreement was announced in Bankruptcy Court today.

This plan is a critical step forward towards a substantial recovery of assets for all Genesis creditors. In addition, Gemini will be contributing up to $100 million more for Earn users as part of the plan, further demonstrating Gemini's continued commitment to helping Earn users achieve a full recovery.

We have been working around the clock since November 16, 2022 to reach this milestone. We greatly appreciate your support and patience during this time. It has allowed us to maximize our efforts on your behalf. There is still much work to be done to complete this process, including further due diligence of Genesis financials and judicial approval of this plan, but we are confident that we now have a framework in place to execute on. Thank you for putting your trust in us during this challenging time.

We will continue to update this page on how to participate in the recovery, key dates, information, and milestones as they unfold.

**February 3, 2023 (Friday)**

The UCC was selected today. The Creditor Committee, Genesis, and DCG continue to negotiate a global resolution in advance of the next Status Conference in the Genesis Bankruptcy proceeding, which will occur this Monday, February 6th.

expect the Unsecured Creditor Committee (UCC) to be selected this week. In the meantime, the Creditor Committee, Genesis, and DCG continue to negotiate a global resolution.

---

January 27, 2023 (Friday)

The Creditor Committee, Genesis, and DCG continue to negotiate a global resolution.

---

January 24, 2023 (Tuesday)

The Creditor Committee, Genesis, and DCG continue to negotiate a global resolution.

---

January 20, 2023 (Friday)

Yesterday, Genesis filed for bankruptcy under Chapter 11. This is a crucial step towards us being able to recover your assets. This tweet thread has more information.

---

January 17, 2023 (Tuesday)

No material update.

---

January 13, 2023 (Friday)

Yesterday, the SEC filed an action against Gemini and Genesis. We are disappointed by this as it does nothing to further our efforts and help Earn users get their assets back. Nonetheless, we will not let this distract us from the important work we are doing to recover your assets. This tweet thread has more information.

---

January 10, 2023 (Tuesday)

An Open Letter to the Board of DCG, requesting the removal of Barry Silbert as CEO of DCG, was published today. It is now time for the Board to show him the door so that DCG can start working with creditors in earnest to find a resolution. [PDF]

Gemini also filed an Answer in court today in response to a Complaint. Gemini's Answer contains additional information regarding the fraud that was committed by Barry Silbert, DCG, and Genesis. [PDF]

---

January 6, 2023 (Friday)

No material update.

---

January 3, 2023 (Tuesday)

An Open Letter to Barry Silbert, CEO of DCG, was published yesterday. Gemini has stated that Barry Silbert and DCG need to take responsibility for the money owed to Earn users and publicly commit to working

December 30, 2022 (Friday)

No material update.

December 27, 2022 (Tuesday)

We continued to work through the Christmas holiday towards a resolution. We expect a more fulsome update by the end of this week.

December 23, 2022 (Friday)

We continue to work with Genesis and DCG and are operating with the utmost urgency. All parties remain engaged and collaborative. We will continue to work on your behalf around the clock through the holidays — we will not be slowed down because of this.

December 20, 2022 (Tuesday)

Today, Houlihan Lokey presented a plan on behalf of the Creditor Committee to resolve the liquidity issues at Genesis and DCG and provide a path for the recovery of assets. This plan is based on information received from Genesis, DCG, and their respective advisors to date. The Creditor Committee expects an initial response this week.

December 17, 2022 (Saturday)

Houlihan Lokey, the Financial Advisor of the Creditor Committee, has begun advocating for a plan to resolve the liquidity issues at Genesis and DCG and provide a path for the recovery of funds. It is still early stages, and discussions are ongoing, however, we'll update you as soon as more information is available.

December 16, 2022 (Friday)

No material update.

December 13, 2022 (Tuesday)

No material update.

December 9, 2022 (Friday)

Houlihan Lokey has been engaged as Financial Advisor on behalf of the Creditor Committee.



**December 3, 2022 (Saturday)**

Kirkland & Ellis has been engaged as counsel on behalf of the Creditor Committee.

**November 21, 2022 (Monday)**

Message sent to Earn users

**November 16, 2022 (Wednesday)**

On November 16, 2022, Genesis — the lending partner of the Earn program — paused withdrawals and messaged that they would not be able to meet Earn user redemption requests within the service-level agreement (SLA) of 5 business days. Gemini subsequently paused withdrawals on the Earn program. Blog post here.

# Frequently asked questions

**Will I lose my money in Earn?**

Our understanding is that Genesis paused withdrawals due to a liquidity issue resulting from a liquidity duration mismatch between Genesis' assets and its liabilities. More specifically, we understand that Digital Currency Group, Inc. (DCG) — the parent company of Genesis — owes Genesis ~$1.675 billion dollars: $1.1b in the form of a promissory note due in June 2032 and ~$575m in the form of an intercompany loan due in May 2023. In the wake of the FTX collapse, Genesis creditors made redemption requests that could not be met immediately due to the market turmoil and the longer timeline of the DCG liability repayments to Genesis. As a result, Genesis paused withdrawals on November 16, 2022.

If our understanding is correct — that this is a liquidity issue (i.e., cash-flow insolvency) – then a full recovery of assets for Earn users is possible. If this is a Genesis balance sheet issue (i.e., balance-sheet insolvency) whereby its assets are less than its liabilities, then a loss of some amount is possible. We do not have an indication at this time that this is a Genesis balance sheet issue, rather a liquidity/cash-flow issue. Our highest priority is to help Earn users recover their assets.

**Why is this taking so long?**

As mentioned above, we understand this to be a Genesis liquidity issue. If so, Genesis has enough assets to pay its creditors but doesn't have these assets in a liquid form of payment to do so right now.

Liquidity issues can be solved in a variety of ways including raising capital, raising debt, and/or restructuring existing debt. Raising capital could, for example, involve Genesis selling equity in exchange for cash. Restructuring debt could, for example, involve DCG agreeing to pay down its loans to Genesis sooner. All of these possibilities can take time. Nevertheless, we are doing everything we can to advocate for Earn users and to accelerateGenesis and DCG efforts to resolve this issue.

**Does Earn impact other Gemini products and services?**

available for withdrawal at any time. You can read more <u>here</u>.

**What can I expect next?**

At a minimum, we will be updating this page every Tuesday and Friday until a resolution has been reached. We believe a regular cadence of communication is important to give you visibility into our efforts. Even if we have no material update, we will say so.

**Important**: Starting on February 10th, we moved from bi-weekly updates to weekly updates on every Friday to better reflect the cadence of information we expect to receive during the remainder of this process until final resolution is reached.

**How can I access my Earn History?**

To access your Earn history, navigate to the Statements and History page found in your Account Settings, then click "Earn Transaction History" and input a date range. Once you select a date range, click "Download .xlsx" to download an .xlsx file to your device.

## The most trusted crypto-native finance platform

Create a free Gemini account in minutes

Get started

 English

| Company | Products | Initiatives | Partners | Support | Resources |
|---|---|---|---|---|---|
| About Us | Gemini | Frontier Fund | Samsung | Support Center | Prices |
| Trust Center | Gemini Credit Card® | Gemini Green | TradingView | Contact Us | Cryptopedia® |
| Blog | Gemini ActiveTrader® | | Brave | System Status | API Docs |
| Careers | Gemini dollar® | | Nifty Gateway® | Areas of Availability | Refer a Friend |
| Students | Gemini Custody® | | Affiliate Program | | Marketplace & Fees |
| Security | Gemini Clearing® | | View All | | Legal Agreements |
| Trust and safety | Gemini Wallet® | | | | Privacy Policy |
| Newsroom | Gemini Staking | | | | |
| Videos | Gemini Mobile | | | | |
| | Gifting Crypto | | | | |
| | Institutional Solutions | | | | |
| | Bitria by Gemini | | | | |
| | Gemini eOTC | | | | |
| | Gemini Settlement | | | | |
| | View All | | | | |

   



© Copyright 2023 Gemini Trust Company, LLC.   NMLS #1518126   Legal Notice

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.