# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

In re                                                          Chapter 11

GENESIS GLOBAL HOLDCO, LLC, *et al.*,[1]         Case No. 23-10063 (SHL)

                Debtors.                           (Jointly Administered)

------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF OFFICIAL
## COMMITTEE OF UNSECURED CREDITORS

        William K. Harrington, United States Trustee for Region 2, pursuant to Section 1102(a) of Title 11, United States Code, hereby appoints the following unsecured creditors that are willing to serve on the Official Committee of Unsecured Creditors of Genesis Global Holdco, LLC, *et al.* and its affiliated debtors-in-possession:

1. SOF International, LLC
   30 N Gould Street, Suite S
   Sheridan, WY 82801
   Email: genesisucc1@gmail.com

2. Teddy Andre Amadeo Gorisse
   Email: genesis.creditor@gmail.com

3. Digital Finance Group Co.
   23 Lime Tree Bay Avenue
   Grand Cayman, Cayman Island, KY1-1104
   Email: Dfg96031@gmail.com

4. Richard R. Weston
   Email: richardwestondc@gmail.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are: Celsius Network LLC (2148); Celsius KeyFi LLC (4414); Celsius Lending LLC (8417); Celsius Mining LLC (1387); Celsius Network Inc. (1219); Celsius Network Limited (8554); Celsius Networks Lending LLC (3390); and Celsius US Holding LLC (7956). The location of Debtor Celsius Network LLC's principal place of business and the Debtors' service address in these chapter 11 cases is 121 River Street, PH05, Hoboken, New Jersey 07030.

5. Mirana Corp.
   House of Francis, Room 303, ILe Du Port Mahe
   SC, Seychelles
   Email: genesisucc@mirana.tech

6. Amelia Alvarez
   Email:  aaucc@proton.me

7. Bitvavo Custody B.V.
   Keizersgracht 281
   1016 ED Amsterdam
   The Netherlands
   Email: ucc@bitvavo.com

Dated: New York, New York
February 3, 2023

           WILLIAM K. HARRINGTON
           UNITED STATES TRUSTEE
           Region 2

      *By:* */s/ Greg M. Zipes*
           Greg M. Zipes
           Trial Attorneys
           Office of the United States Trustee
           U.S. Federal Office Building
           201 Varick Street, Room 1006
           New York, NY 10014
           Tel. (212) 510-0500