# EXHIBIT I

**In re Genesis Global Holdco, LLC (Case No. 23-10063, Bankr. S.D.N.Y.)**
**UCC FAQs**

### FAQ 39

**Does the Committee support the Term Sheet?**

The proposed Term Sheet (which the Committee understands was recently executed by the Debtors, Gemini Trust Company, LLC ("**Gemini**"), non-debtor parent company of the Debtors Digital Currency Group ("**DCG**"), and certain creditors) was negotiated prior to the creation of the Committee. The Committee has obtained and is reviewing relevant information from certain parties that will enable it to formulate an informed opinion about the Term Sheet. As part of that process, the Committee is assessing whether any potential plan is technically sound and addresses all relevant securities, tax, and regulatory matters in an appropriate manner. The Committee is also working to identify and value the claims of the Debtors that are proposed to be released under the Term Sheet.

The Committee (with input from its independent advisors) does not believe that the Term Sheet is actionable at this time or in its present form. For example, the Term Sheet does not at all address whether and how in-kind distributions—which the Committee understands is a fundamental economic expectation of the parties—will be made to creditors. In addition, the Term Sheet fails to fully resolve various issues that materially impact creditor recoveries, such as tax consequences, securities and regulatory risks, in-kind distribution mechanics, trust rights, the treatment of Debtor Genesis Asia Pacific Pte. Ltd.'s creditors, and the ultimate treatment and distribution mechanics with respect to Gemini Earn customers. The Term Sheet also reflects a preferred equity instrument, which the Committee believes may lack creditor support in its current form. Finally, the proposed releases of liability for certain parties are subject to an investigation that is not yet complete.

In light of the foregoing, the Committee is working diligently in conjunction with the Debtors in an effort to improve the Term Sheet and to work to ensure that any chapter 11 plan premised on the Term Sheet is viable and provides the best available deal for unsecured creditors. Given these ongoing negotiations, the Committee has not endorsed the Term Sheet. Furthermore, the Committee reserves all of its rights regarding the Term Sheet and the transactions contemplated by that document.

**This document provides information and responses to certain frequently asked questions ("FAQs") in connection with Genesis Global Holdco, LLC and its affiliated debtors' (the "Debtors" or "Genesis") chapter 11 cases.**

**These FAQs are for informational purposes only, do not constitute legal advice, and do not create an attorney-client relationship. Nothing in these FAQs should be interpreted as legal advice. To the extent you have questions regarding your legal rights, you should consult your own attorney.**

**Further, the information and responses in these FAQs may be periodically updated (including to address developments in the chapter 11 cases). Neither White & Case LLP ("White & Case"), Kroll Restructuring Administration LLC ("Kroll"), the Official Committee of Unsecured Creditors (the "Committee"), the Committee's other advisors, the members of the Committee, the Debtors, nor any of the Debtors' advisors undertake any obligation to update these FAQs or provide any assurance that the information contained in these FAQs is up to date.**