# EXHIBIT J

In re Genesis Global Holdco, LLC (Case No. 23-10063, Bankr. S.D.N.Y.)
UCC FAQs

## FAQ 66

**What is the status of the Committee's investigation into the Debtors and related parties' prepetition conduct?**

The Committee, in furtherance of its fiduciary duty to unsecured creditors, is investigating all relevant prepetition conduct that may give rise to potential claims or causes of action against third parties that may be a valuable source for improving creditor recoveries. To date, the Committee has received and reviewed approximately 20,000 documents from the Debtors and Digital Currency Group, Inc. ("**DCG**"). By leveraging litigation technology, the Committee's advisors quickly and efficiently identified the most noteworthy documents, as well as the remaining gaps in the information. Based on the Committee's review, it has refined its requests for information and remains in communication with both the Debtors and DCG regarding the Committee's follow-up requests.

At this time, DCG and its officers and directors are a focal point of the Committee's investigation. The proposed restructuring term sheet, negotiated in part by DCG, proposes to release any estate claims or causes of action against DCG and its various insiders. The Committee is therefore assessing the value of these claims and causes of action to determine whether pursuing such claims is of greater value to unsecured creditors than the consideration conferred through the proposed term sheet.

The Committee's investigation is not yet complete, and follow-up requests for information and documents directed to the Debtors and DCG remain pending. The Committee is continuously evaluating whether and when to employ any and all available discovery tools. To date, the Committee has focused on reviewing the production of written documents. In addition, any person who has information should contact us. The Committee's professionals have already been speaking with certain creditors that the Committee's professionals believe may have information relevant to the investigation.

All that being said, it is clear from the work to date that the Debtors' bankruptcy estates hold significant claims and causes of action against DCG.  The Committee will continue to share as much information as possible regarding the status of the investigation without compromising confidentiality obligations, its ongoing negotiations, or the investigation process.  In parallel with the Committee's investigation, the Committee is engaging with Genesis and the Ad Hoc Group of Genesis Lenders about potential ways to resolve the bankruptcy case.  The Committee is prioritizing engagement about potential solutions to ensure that the Committee has maximum flexibility to chart a path out of bankruptcy on terms that maximize value for unsecured creditors.

**This document provides information and responses to certain frequently asked questions ("FAQs") in connection with Genesis Global Holdco, LLC and its affiliated debtors' (the "Debtors" or "Genesis") chapter 11 cases.**

**These FAQs are for informational purposes only, do not constitute legal advice, and do not create an attorney-client relationship. Nothing in these FAQs should be interpreted as legal advice. To the extent you have questions regarding your legal rights, you should consult your own attorney.**

**Further, the information and responses in these FAQs may be periodically updated (including to address developments in the chapter 11 cases). Neither White & Case LLP ("White & Case"), Kroll Restructuring Administration LLC ("Kroll"), the Official Committee of Unsecured Creditors (the "Committee"), the Committee's other advisors, the members of the Committee, the Debtors, nor any of the Debtors' advisors undertake any obligation to update these FAQs or provide any assurance that the information contained in these FAQs is up to date.**