UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU<br><br>**MOTION FOR THE *PRO HAC VICE* ADMISSION OF JEFFREY P. CAMPISI** |

PLEASE TAKE NOTICE that upon the Affirmation of Ian W. Sloss and the Affidavit of Jeffrey P. Campisi, Mr. Sloss shall move this Honorable Court on a date and time to be set by the Court, at the Brien McMahon Federal Building, United States Courthouse, 915 Lafayette Boulevard, Courtroom 1, Bridgeport, Connecticut 06604, for an order by the Hon. Stefan R. Underhill, permitting Mr. Campisi to appear *pro hac vice* in this matter on behalf of plaintiff.

Dated: April 25, 2023

Respectfully submitted,

By: /s/   Ian W. Sloss
Ian W. Sloss ct31244
Steven L. Bloch ct31246
SILVER GOLUB & TEITELL LLP
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com
sbloch@sgtlaw.com

*Counsel for Lead Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, and Christopher Buttenham and Co-Lead Counsel for the Class*