UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU<br><br>**AFFIRMATION IN SUPPORT OF MOTION FOR THE *PRO HAC VICE* ADMISSION OF JEFFREY P. CAMPISI** |

**STATE OF CONNECTICUT** )
                                     ) **ss**
**COUNTY OF FAIRFIELD** )

      IAN W. SLOSS, having been duly sworn, hereby states and affirms:

      1.      I am an attorney duly admitted to practice before this Honorable Court and in good standing to do so. I am fully familiar with the facts stated herein.

      2.      I make this Affirmation in support of my motion to allow Jeffrey P. Campisi, Esq., an attorney in good standing in the State of New York, to be admitted *pro hac vice* for the purpose of serving counsel for proposed co-lead plaintiff Remo Maria Morone in this matter.

      3.      The qualifications and good standing as member of the bars of other jurisdictions are set forth in his written statement offered in support of this application (see Affidavit of Jeffrey P. Campisi in Support of Motion for Admission *Pro Hac Vice*, submitted herewith).

      4.      I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment. As a member of the Bar of this Honorable Court, I am

2

ready, willing, and able to serve as local counsel to proposed lead plaintiff Remo Maria Morone and to accept service of process in a manner consistent with the rules of this Court.

I declare under penalty of perjury that the foregoing is accurate.

| | |
|---|---|
| Dated: April 25, 2023 | By:  */s/ Ian W. Sloss*<br>Ian W. Sloss ct31244<br>Steven L. Bloch ct31246<br>SILVER GOLUB & TEITELL LLP<br>One Landmark Square, Floor 15<br>Stamford, Connecticut 06901<br>Telephone: (203) 325-4491<br>isloss@sgtlaw.com<br>sbloch@sgtlaw.com<br><br>*Counsel for Lead Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, and Christopher Buttenham and Co-Lead Counsel for the Class* |