UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU<br><br>**AFFIDAVIT OF JEFFREY P. CAMPISI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*** |

I, Jeffrey P. Campisi, being of full age, hereby certify and state as follows:

1. I am a partner with the law firm of Kaplan Fox & Kilsheimer LLP, located at 800 Third Avenue, 38th Floor, New York, New York, 10022. My telephone number is (212) 687-1980, my fax number is (212) 687-7714, and my e-mail address is jcampisi@kaplanfox.com.

2. I submit this affidavit in support of my application for admission to appear *pro hac vice* in this matter on behalf of proposed co-lead plaintiff Remo Maria Morone pursuant to D.Conn. Local Rule 83.1(d).

3. I am a member in good standing of the bar of the state of New York (New York Registration No. 3943891). A Certificate of Good Standing is attached hereto.

4. Additionally, I hold the following bar memberships:

| Court | Bar Number | Year of Admission |
|---|---|---|
| Bar of the State of New York, Second Department | 3943891 | 5/23/2001 |
| U.S. Courts of Appeals for the Tenth Circuit | N/A | 2016 |
| U.S. Court of Appeals for the Second Circuit | N/A – Court | 2022 |

1

|  | stopped assigning bar numbers in 2011 |  |
|---|---|---|
| U.S. Courts of Appeals for the Ninth Circuit | N/A | 2014 |
| U.S.D.C. Southern District of New York | JC7264 | 2001 |
| U.S.D.C. Eastern District of New York | JC7264 | 2001 |
| U.S.D.C. Northern District of New York | Bar # 700753 | 2019 |
| U.S.D.C. Western District of New York | N/A | 2019 |
| U.S.D.C. Western District of Tennessee | N/A | 2012 |

5. No discipline has previously been imposed on me in any jurisdiction. Further, I am not under suspension or disbarment by any court, state or federal, nor is there any disbarment or any other disciplinary proceedings pending against me in any jurisdiction.

6. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

7. I have fully reviewed and is familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

8. The name of the sponsoring attorney I am associating with is Ian W. Sloss (CT Bar No. 31246). He is admitted to practice in the District of Connecticut, and he is an attorney with Silver Golub & Teitell LLP.

9. Accordingly, I respectfully request to be admitted *pro hac vice* to participate in all proceedings relative to the above-captioned matter.

I hereby certify that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are willingly false, I am subject to punishment.

Dated: April 24, 2023                    By: _____
                                              Jeffrey P. Campisi

Signed and sworn to before me this 24th day of
April, 2023

*Christina M. Vogel*
Notary Public

My commission expires:

CHRISTINA M. VOGEL
NOTARY PUBLIC STATE OF NEW YORK
NO. 01VO6033577
QUALIFIED IN PUTNAM COUNTY
COMMISSION EXPIRES NOV. 22, 2025



*Appellate Division of the Supreme Court*
*of the State of New York*
*Second Judicial Department*

———

I, Maria T. Fasulo, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that

## Jeffrey Philip Campisi

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **May 23, 2001**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Administration Office of the Courts, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



*In Witness Whereof, I have hereunto set my hand in the City of Brooklyn on April 4, 2023.*

*Maria T. Fasulo*

Clerk of the Court

CertID-00112462



Appellate Division
Supreme Court of the State of New York
Second Judicial Department
45 Monroe Place
Brooklyn, N.Y. 11201
(718) 875-1300

**HECTOR D. LASALLE**
PRESIDING JUSTICE

**MARIA T. FASULO**
CLERK OF THE COURT

**DARRELL M. JOSEPH**
DEPUTY CLERKS

**KENNETH BAND
MELISSA KRAKOWSKI
WENDY STYNES**
ASSOCIATE DEPUTY CLERKS

To Whom It May Concern

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Second Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*Maria T. Fasulo*
Maria T. Fasulo
Clerk of the Court

Revised January 2022