UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>                    Defendants. | Civil Action No. 3:23-cv-00082<br><br>May 3, 2023 |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stefania D. Venezia of the law firm Weil, Gotshal & Manges LLP, hereby enters her appearance as counsel for Defendants Digital Currency Group, Inc. and Barry Silbert in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:  May 3, 2023

Respectfully Submitted,

/s/ Stefania D. Venezia
Stefania D. Venezia
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
Email: stefania.venezia@weil.com

*Attorney for Defendants Digital Currency Group, Inc. and Barry Silbert*