UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Jeffrey P. Campisi of the law firm Kaplan Fox & Kilsheimer LLP, hereby enters his appearance as counsel for co-lead plaintiff Remo Maria Morone and as co-lead counsel for the proposed Classes in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: May 4, 2023

Respectfully submitted,

/s/   *Jeffrey P. Campisi*
Jeffrey P. Campisi (phv0638)
KAPLAN FOX & KILSHEIMER LLP
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
Email: jcampisi@kaplanfox.com

*Counsel for Co-Lead Plaintiff Remo Maria Morone and Co-Lead Counsel for the Proposed Classes*

## CERTIFICATE OF ELECTRONIC FILING

I hereby certify that on May 4, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ *Jeffrey P. Campisi*
Jeffrey P. Campisi