UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM McGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, Individually and on Behalf of All Others Similarly Situated, : : : : : : Plaintiffs, : : v. : : DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT, : : : : Defendants. : | Case No. 2:23-cv-00082-SRU<br><br><br><br><br><br><br><br><br><br><br><br><br><br>MAY 15, 2023 |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Steven L. Bloch of the law firm Silver Golub & Teitell LLP, hereby enters his appearance as Co-Lead Counsel for Lead Plaintiffs and as Co-Lead Counsel for the Proposed Classes in the above-captioned action and respectfully requests that all subsequent papers be served upon this firm at the address indicated below.

Dated: May 15, 2023                         Respectfully submitted,

                              /s/ Steven L. Bloch
                              Steven L. Bloch, Esq. ct31246
                              SILVER GOLUB &TEITELL LLP
                              ONE LANDMARK SQUARE, 15th Floor
                              STAMFORD, CT 06901
                              Tel. (203) 325-4491
                              Fax (203) 325-3769
                              sbloch@sgtlaw.com

                              *Co-Lead Counsel for Lead Plaintiffs and the Proposed Classes*

**CERTIFICATE OF ELECTRONIC FILING**

    I hereby certify that on May 15, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Steven L. Bloch*
Steven L. Bloch