# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILLIAM McGREEVY, ET AL., <br> *Plaintiffs* | : <br> : <br> : | CASE NO. 3:23-cv-00082-SRU |
| v. | : <br> : | |
| DIGITAL CURRENCY GROUP, INC., et al., <br> *Defendants* | : <br> : | MAY 23, 2023 |

## NOTICE OF APPEARANCE

Please enter the Appearance of Joseph B. Burns, Fed. Bar No. ct00403, on behalf of the plaintiff Remo Maria Morone.

          REMO MARIA MORONE,

          By: /s/ Joseph B. Burns
               Joseph B. Burns
               Fed. Bar No. ct00403
               Crumbie Law Group. LLC
               100 Pearl Street, 12th Floor
               Hartford, CT  06103
               Tel. (860) 725-0025
               Fax: (860) 760-0308
               Email: jburns@crumbielaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

          /s/ Joseph B. Burns
          Joseph B. Burns