IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>*Defendants*. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br><br><br>July 26, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Stefania D. Venezia, in the above-captioned matter as counsel for Defendants Glenn Hutchins, Lawrence Lenihan, and Mark Murphy.

> DEFENDANTS GLENN HUTCHINS,
> LAWRENCE LENIHAN, and MARK MURPHY
>
> By: /s/ *Stefania D. Venezia*
> Stefania D. Venezia (admitted *pro hac vice*)
> Weil, Gotshal & Manges LLP
> 767 Fifth Avenue
> New York, NY 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
> stefania.venezia@weil.com
>
> *Their Attorney*