## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-00082-SRU<br><br>Hon.  Stefan R. Underhill |
| Plaintiffs, | |
| v. | |
| DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG, | July 26, 2023 |
| Defendants. | |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, Mark Murphy, Soichiro "Michael" Moro, and Derar Islam (together, "Defendants"),[1] along with their respective counsel at Weil, Gotshal & Manges LLP, Arnold & Porter, LLP, and Allen & Overy, LLP, jointly submit this motion pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7(b) requesting a modest extension of 30 days to set a deadline of September 11, 2023 for all Defendants' responses to the Amended Complaint filed by Lead

---

[1] The undersigned counsel are simultaneously herewith filing an appearance for Defendants Hutchins, Lenihan, and Murphy.  Defendants Moro and Islam expect that their counsel will file appearances promptly, together with pro hac vice applications for their counsel not currently admitted in this District.  Michael Kraines and Matthew Ballensweig are also named as defendants in the Amended Complaint (ECF No. 60), but remain in the process of retaining counsel.

Plaintiffs.[2]   The Parties have conferred, and Lead Plaintiffs take no position on Defendants' request.

*Background.*   On June 15, 2023, the Court entered an order setting July 12, 2023 as the deadline for the filing of any Amended Complaint, with Defendants' anticipated motion to dismiss due 30 days later (*i.e.*, August 11, 2023).  (ECF No. 59.)  On July 12, 2023, Lead Plaintiffs filed their Amended Complaint.  (ECF No. 60.)  The Amended Complaint names seven new defendants, each of whom is an individual.  Three of those individual defendants either are or were affiliated with non-parties Genesis Global Capital, LLC and/or Genesis Global Trading, Inc. (together, the "Genesis Individual Defendants").  The remaining four individual defendants either are or were affiliated with defendant Digital Currency Group, Inc.

Each of the Genesis Individual Defendants either has retained, or is in the process of retaining, separate counsel.  In addition to naming additional defendants, the Amended Complaint adds three entirely new state and federal law claims—(i) a primary violation under Section 10(b) of the Exchange Act; (ii) a violation of the Connecticut Unfair Trade Practices Act; and (iii) a violation of the New York Uniform Deceptive Trade Practices Act.  (ECF No. 60.)

Moreover, as of the date of this motion, some (but not all) of the new individual defendants have been served with the Amended Complaint.  Accordingly, response deadlines for those that have been served to date currently vary and are inconsistent.

*Rationale for Request and any Prior Requests for Extension.*   Given the Amended Complaint's addition of new claims and defendants, and the Genesis Individual Defendants' recent retention of additional counsel not previously involved with or familiar with this Action, the newly

---

[2] Lead Plaintiffs are William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Remo Maria Morone.

named defendants and their counsel need additional time to prepare their responses to the Amended Complaint.  Defendants respectfully submit that a single, coordinated briefing schedule that allows all Defendants to respond on the same day, with corresponding deadlines for any oppositions and replies, makes the most sense from an efficiency perspective and avoids a series of iterative deadlines and piecemeal briefing.  Accordingly, Defendants respectfully request that the Court extend the current deadline for the filing of any motions to dismiss or other response to the Amended Complaint by an additional 30 days, bringing the deadline for any such filing for all Defendants to September 11, 2023.  This is Defendants' first request to extend the current briefing schedule.

Respectfully Submitted,

DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, AND MARK MURPHY

By:

**WEIL, GOTSHAL & MANGES LLP**

*/s/ Caroline Hickey Zalka*
Jonathan D. Polkes (admitted *pro hac vice*)
Caroline H. Zalka (admitted *pro hac vice*)
Stefania D. Venezia (admitted *pro hac vice*)

767 Fifth Avenue
New York, NY 10153
Telephone:  (212) 310-8000
Facsimile:  (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
stefania.venezia@weil.com

**DAY PITNEY LLP**

*/s/ Thomas D. Goldberg*
Thomas D. Goldberg (ct 04386)
Jennifer M. Palmer (ct 31099)
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone:  (203) 977-7300
Fax:  (203) 977-7301
tgoldberg@daypitney.com
jpalmer@daypitney.com

*Their Attorneys*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 26, 2023, a copy of the foregoing was filed electronically and served by e-mail on counsel for the following parties, who consented to e-mail service:.

Soichiro "Michael" Moro
c/o Marcus Asner, Esq. & Christian Schultz, Esq.
Arnold & Porter LLP
marcus.asner@arnoldporter.com
christian.schultz@arnoldporter.com

Derar Islim
c/o David Esseks, Esq.
Allen & Overy LLP
david.esseks@allenovery.com

Notice of this filing will be sent by e-mail to all appearing parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Jennifer M. Palmer
Jennifer M. Palmer (ct31099)

**CERTIFICATION OF COMPLIANCE WITH RULE XI(D)**

I hereby represent pursuant to Rule XI(D) (Multiple Signatures) of the Electronic Filing Policies and Procedures of the U.S. District Court for the District of Connecticut that the other attorneys whose signatures appear on the foregoing consented to the inclusion of their signatures.

/s/ Jennifer M. Palmer
Jennifer M. Palmer (ct31099)