## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>*Defendants*. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br><br><br>July 26, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Jennifer M. Palmer, in the above-captioned matter as counsel for Defendants Glenn Hutchins, Lawrence Lenihan and Mark Murphy.

                                                        DEFENDANTS GLENN HUTCHINS,
                                                        LAWRENCE LENIHAN and MARK MURPHY

                                                        By: /s/ *Jennifer M. Palmer*
                                                            Jennifer M. Palmer (ct31099)
                                                            Day Pitney LLP
                                                            One Stamford Plaza
                                                            263 Tresser Boulevard
                                                            Stamford, CT 06901
                                                           Telephone: (203) 977-7300
                                                           Fax: (203) 977-7301
                                                           tgoldberg@daypitney.com

                                                         *Their Attorneys*