AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Connecticut

| | |
|---|---|
| McGreevy et al *Plaintiff* v. Digital Currency Group, Inc. et al *Defendant* | Case No. 3:23-cv-00082 |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs

Date: 07/26/2023

*Attorney's signature*

Johnathan Seredynski ct30412
*Printed name and bar number*
Silver Golub & Teitell
1 Landmark Square, 15th Floor
Stamford, CT 06901
*Address*

jseredynski@sgtlaw.com
*E-mail address*

(203) 325-4491
*Telephone number*

(203) 325-3769
*FAX number*