UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>Defendants. | No. 3:23-cv-00082-SRU<br><br><br><br><br><br><br><br><br><br>August 4, 2023 |

**NOTICE OF APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record,

PLEASE TAKE NOTICE that I am admitted to practice in this court, and I appear in this case as counsel for Matthew Ballensweig.

DATED:  August 4, 2023                                    Respectfully submitted,

                                                                              */s Craig A. Raabe*
                                                                              Craig A. Raabe (ct04116)
                                                                              Izard, Kindall & Raabe, LLP
                                                                              29 South Main Street, Suite 305
                                                                              West Hartford, CT 06107
                                                                              (860) 493-6292
                                                                              craabe@ikrlaw.com

                                                                              *Attorney for Matthew Ballensweig*