UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>Defendants. | No. 3:23-cv-00082-SRU<br><br><br><br><br><br><br><br><br>August 4, 2023 |

**DEFENDANT MATTHEW BALLENSWEIG'S
UNOPPPOSED MOTION FOR EXTENSION OF TIME**

Defendant Matthew Ballensweig, by and through his respective counsel, respectfully moves pursuant to Local Rule 7(b) to extend the deadline to file his response to the operative Complaint (ECF 60) to September 11, 2023 — which will match the response time of some of the other defendants — and states in support of this motion the following:

1.  The initial complaint (ECF 1), which was filed on January 23, 2023, did not name Mr. Ballensweig as a defendant.

2.  After the Court appointed lead plaintiff (ECF 43), the lead plaintiff filed the operative complaint on July 12, 2023 (the "Complaint"), which added Mr. Ballensweig as a defendant (ECF 60).

3.     Mr. Ballensweig was served with the Complaint on or around July 16, 2023. Under the Federal Rules, Mr. Ballensweig's response to the Complaint is due on or before this upcoming Monday, August 7, 2023.

4.     The undersigned counsel, who were retained by Mr. Ballensweig today, need additional time to review and analyze the Complaint's allegations and to prepare a response, and for this reason, seek a modest extension to September 11, 2023.

5.     The Court granted a similar motion filed by defendants Digital Currency Group, Inc., Glenn Hutchins, Lawrence Lenihan, Mark Murphy, and Barry Silbert, setting their response date as September 11, 2023.

6.     This motion was not filed at least three business days before the deadline in question because undersigned counsel were retained today.

7.     This is the first request to extend this deadline.

WHEREFORE, for good cause shown, Defendant Ballensweig respectfully requests that the deadline to file his response to the Complaint be extended to September 11, 2023.

DATED:  August 4, 2023                    Respectfully submitted,

                                          /s Craig A. Raabe
                                          Craig A. Raabe (ct04116)
                                          Christopher M. Barrett (ct30151)
                                          Izard, Kindall & Raabe, LLP
                                          29 South Main Street, Suite 305
                                          West Hartford, CT 06107
                                          (860) 493-6292
                                          craabe@ikrlaw.com
                                          cbarrett@ikrlaw.com

                                          *Attorneys for Matthew Ballensweig*