IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon.  Stefan R. Underhill<br><br><br><br><br><br>August 4, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

    Please enter the appearance of the undersigned on behalf of Defendant Michael Kraines.


DEFENDANT: MICHAEL KRAINES

By:   /s/ *Edward Flanders*
       Edward Flanders (ct l2881)
       Pillsbury Winthrop Shaw Pittman LLP
       31 West 52nd Street
       New York, NY 10019-6131
       Tel. No.: (212) 858-1638
       Fax No.: (212) 858-1500
       E-mail: edward.flanders@pillsburylaw.com

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                              /s/ *Edward Flanders*
                                                Edward Flanders