## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG, <br><br> Defendants. | Case No. 3:23-cv-00082-SRU <br><br> Hon. Stefan R. Underhill <br><br><br><br><br> August 4, 2023 |

## DEFENDANTS' MOTION FOR EXTENSION OF TIME

Defendant Michael Kraines ("Kraines"), by his counsel at Pillsbury Winthrop Shaw Pittman LLP,[1] submits this motion pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7(b) requesting an extension until September 11, 2023 for responses to the Amended Complaint (ECF No. 60) filed by Lead Plaintiffs.[2] The Parties have conferred and Lead Plaintiffs have consented to the extension requested in this motion.

***Background.*** On July 12, 2023, the Lead Plaintiffs filed an Amended Complaint (ECF No. 60) adding seven new individual defendants, including Kraines. On July 26, 2023, Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, Mark Murphy, Soichiro "Michael" Moro and Derar Islim filed a Motion for Extension of Time

---

[1] Pillsbury Winthrop Shaw Pittman LLP counsel not currently admitted in this District anticipate filing pro hac vice applications on Monday to represent Defendant Kraines in this matter.

[2] Lead Plaintiffs are William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Remo Maria Morone.

until September 11, 2023 for responses to the Amended Complaint (ECF No. 65), and the Court granted that motion on July 27, 2023 (ECF No. 69). Yesterday afternoon, Defendant Kraines retained Pillsbury Winthrop Shaw Pittman LLP to represent him in this matter. Defendant Kraines' current deadline for response to the Amended Complaint is Monday, August 7, 2023.

*Rationale for Request and any Prior Requests for Extension.* No prior request for an extension of time has been submitted by Defendant Kraines. Given the recent retention of counsel not previously involved with or familiar with this Action, given that the Court has already extended the response date for other defendants, and given that this motion would align Defendant Kraines' response date with that of the other defendants, Defendant Kraines respectfully submits that the requested extension is warranted. Defendant Kraines submits that a single, coordinated schedule that allows all Defendants to respond on the same day, with corresponding deadlines for any oppositions and replies, makes the most sense from an efficiency perspective and avoids a series of iterative deadlines and piecemeal briefing. Accordingly, Defendant Kraines respectfully request that the Court extend the current deadline for his filing of any motion to dismiss or other response to the Amended Complaint until September 11, 2023.

Respectfully Submitted,

DEFENDANT MICHAEL KRAINES

By:

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/* Edward Flanders
Edward Flanders (ct l2881)
31 W. 52nd Street
New York, NY 10019
Telephone:  (212) 858-1638
Facsimile:  (212) 858-1500
edward.flanders@pillsburylaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on August 4, 2023, a copy of the foregoing was filed electronically and served by e-mail on counsel for the following parties, who consented to e-mail service:

Soichiro "Michael" Moro
c/o Marcus Asner, Esq. & Christian Schultz, Esq.
Arnold & Porter LLP
marcus.asner@arnoldporter.com
christian.schultz@arnoldporter.com

Derar Islim
c/o David Esseks, Esq.
Allen & Overy LLP
david.esseks@allenovery.com

Notice of this filing will be sent by e-mail to all appearing parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Edward Flanders
Edward Flanders (ct l2881
