## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>Defendants | Case No.: 3:23-CV-00082-SRU<br><br><br><br><br><br><br><br>August 30, 2023 |

## **APPEARANCE**

    To the Clerk of this court and all parties of record:

    Please enter my appearance as counsel in this case for the Defendant SOICHIRO "MICHAEL" MORO. I certify that I am admitted to practice in this court.

                                        DEFENDANT
                                        SOICHIRO "MICHAEL" MORO

                              By:  /s/ Joseph W. Martini
                                  Joseph W. Martini
                                  Federal Bar No. ct07225
                                  SPEARS MANNING & MARTINI LLC
                                  2425 Post Road, Suite 203
                                  Southport, CT  06890
                                  Telephone:  (203) 292-9766
                                  Facsimile:  (203) 292-9682
                                  Email:  jmartini@spearsmanning.com

## CERTIFICATION

I hereby certify that on August 30, 2023, a copy of the foregoing Appearance was filed electronically and served via electronic and/or First Class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Joseph W. Martini
Joseph W. Martini
Federal Bar No. ct07225
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
Facsimile: (203) 292-9682
Email: jmartini@spearsmanning.com