# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>       Defendants. | Civil Action No. 3:23-cv-00082-SRU<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

## AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE OF KODJO ELIKEM AMOA KUMI

1. My full name is Kodjo Elikem Amoa Kumi. I am an attorney with the law firm Arnold & Porter Kay Scholer LLP, located at 250 W. 55th Street, New York, New York. My office telephone number is (212)-836-8000, and my email address is kodjo.kumi@arnoldporter.com. I make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice. I have personal knowledge of the facts set forth in this affidavit.

2. I was admitted to the State Bar of New York on May 23, 2022, and am a member in good standing. My New York State Bar number is 5943816. I am also admitted to the following courts:

| Court | Admission Date | Bar Number |
|---|---|---|
| SDNY | 09/20/2022 | 5943816 |

3. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceeding to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from,

surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. I have reviewed an am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Joseph W. Martini as my agent for service of process and the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

7. I respectfully request this Court to grant my application for admission to practice before the United States District Court for the District of Connecticut.

8. I affirm that the foregoing is true and correct under penalty of perjury of the laws of the United States.

Dated: August 30, 2023
New York, New York

/s/ _____
Kodjo E.A. Kumi

Sworn to before me this 30 day of August, 2023

_____
Notary Public

STEVEN G. BARRETT
Notary Public, State of New York
No. 01BA6346274
Qualified in Queens County
Certificate Filed in New York County
Commission Expires Aug. 15, 2024