# **EXHIBIT A**




## PHV Affidavit.pdf

| | |
|---|---|
| DocVerify ID: | 7B00AFF7-E1CE-47DF-BDD1-19F3AE0D5981 |
| Created: | August 31, 2023 10:27:43 -7:00 |
| Pages: | 3 |
| Remote Notary: | Yes / State: CO |

This document is a DocVerify VeriVaulted protected version of the document named above. It was created by a notary or on the behalf of a notary, and it is also a DocVerify E-Sign document, which means this document was created for the purposes of Electronic Signatures and/or Electronic Notary. Tampered or altered documents can be easily verified and validated with the DocVerify veriCheck system. This remote online notarization involved the use of communication technology.

Go to www.docverify.com at any time to verify or validate the authenticity and integrity of this or any other DocVerify VeriVaulted document.

### E-Signature Summary

**E-Signature 1: Christian D. H. Schultz (CDS)**
August 31, 2023 12:17:53 -7:00 [02D3D8875055] [98.97.21.4]
Christian.Schultz@arnoldporter.com (Principal) (Personally Known)

**E-Signature Notary: Massiel Rivera (MR)**
August 31, 2023 12:17:53 -7:00 [159D6A6ACFAC] [192.203.255.20]
massielcasandra@icloud.com
I, Massiel Rivera, did witness the participants named above electronically sign this document.



DocVerify documents cannot be altered or tampered with in any way once they are protected by the DocVerify VeriVault System. Best viewed with Adobe Reader or Adobe Acrobat. All visible electronic signatures contained in this document are symbolic representations of the persons signature, and not intended to be an accurate depiction of the persons actual signature as defined by various Acts and/or Laws.



UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>     v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>                    Defendants. | Civil Action No.  3:23-cv-00082-SRU<br><br>CLASS ACTION<br><br>JURY TRIAL DEMANDED |

### AFFIDAVIT IN SUPPORT OF MOTION FOR PRO HAC VICE OF CHRISTIAN D. H. SCHULTZ

1.     My full name is Christian David Hammel Schultz. I am an attorney with the law firm Arnold & Porter Kay Scholer LLP, located at 601 Massachusetts Ave, NW, Washington DC 20001. My office telephone number is 202-942-6917, and my email address is christian.schultz@arnoldporter.com. I make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice. I have personal knowledge of the facts set forth in this affidavit.

2.     I was admitted to the State Bar of Arizona on October 29, 2001 (Bar #021317), the State Bar of Illinois on November 8, 2002 (Bar #06278407), the District of Columbia Bar on May 7, 2004 (Bar #485557), and the State Bar of Texas (Bar #24072843) and am a member in good standing in all jurisdictions.  I am also admitted to the following courts:

| Court | Admission Date | Bar Number |
|---|---|---|
| USDC (D-AZ) | 10/31/01 | 021317 |
| USDC (ND-IL) | 1/30/03 | 6278407 |



| USDC (ND-IN) | 4/21/09 | N/A |
|---|---|---|
| USDC (DDC) | 10/2/06 | 485557 |
| US Court of Fed'l Claims | 3/24/11 | N/A |
| USCA (7th Circuit) | 4/8/03 | N/A |
| USCA (9th Circuit) | 11/6/01 | N/A |
| USCA (DC Circuit) | 8/31/06 | N/A |
| US Supreme Court | 7/31/06 | N/A |

3. There are no pending disciplinary complaints against me as to which a finding has been made that such complaint should proceeding to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. I have reviewed and am familiar with the Federal Rules of Civil Procedure, the Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate Joseph W. Martini as my agent for service of process and the District of Connecticut as the forum for resolution of any dispute arising out of my admission.

7. I respectfully request this Court to grant my application for admission to practice before the United States District Court for the District of Connecticut.

I affirm that the foregoing is true and correct under penalty of perjury of the laws of the United States.

Dated:  August 31, 2023
        Luray, Virginia

*Christian D. H. Schultz*
Signed on 2023/08/31 12:17:53 -7:00

Christian D. H. Schultz



Sworn to before me this 31st day of

August, 2023

[Signature]
Signed on 2023/08/31 12:17:53 -7:00

**MASSIEL RIVERA**
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20204005954
MY COMMISSION EXPIRES February 11, 2024

Notary Stamp 2023/08/31 13:17:53 PST

Notary Public

Notarial act performed by audio-visual communication