UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>Defendants. | Civil Action No. 3:23-cv-00082<br><br><br><br>September 5, 2023 |

**AFFIDAVIT OF JOSHUA M. WESNESKI, ESQ. IN SUPPORT OF MOTION
FOR ADMISSION AS A VISITING ATTORNEY**

I, Joshua M. Wesneski, being duly sworn, depose and say that:

1. I am over the age of 21 and otherwise competent to make this affidavit. All statements in this affidavit are based upon my personal knowledge.

2. I make this affidavit in support of an application for my admission as a visiting attorney on behalf of defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan and Mark Murphy in the above-captioned matter.

3. I am a counsel at the law firm of Weil, Gotshal & Manges LLP, located at 2001 M Street, NW, Washington, Washington, D.C., 20036. My telephone number is (202) 682-7248, my fax number is (202) 857-0940, and my e-mail address is joshua.wesneski@weil.com.

4. My bar memberships and corresponding bar identification numbers are as follows:

| Court | Bar ID No. |
|---|---|
| District of Columbia | 1500231 |
| New York State | 5299466 |
| Southern District of New York | JW1357 |
| Eastern District of New York | N/A |
| District for the District of Columbia | 1500231 |
| Ninth Circuit | N/A |
| D.C. Circuit | 61088 |
| Fourth Circuit | N/A |
| U.S. Supreme Court | 309021 |
| First Circuit | 1190121 |
| Fifth Circuit | N/A |
| Third Circuit | N/A |

5. In accordance with Rule 83.1(d) of the Local Civil Rules of the District of Connecticut, I state the following:

   i. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

   ii. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

   iii. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure, the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

   iv. I designate Thomas D. Goldberg of Day Pitney LLP, One Stamford Plaza, 263 Tresser Boulevard, Stamford, CT 06901, as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission as a visiting lawyer in this matter.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: Washington, DC
       September 5, 2023

*/s/ Joshua M. Wesneski*
Joshua M. Wesneski

Sworn to and subscribed before me this 5th day of September, 2023.

*/s/ Angela R. Newsome*
Notary Public

ANGELA R. NEWSOME
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires June 14, 2024