UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>    Defendants. | Civil Action No.  3:23-cv-00082-SRU |

**NOTICE OF APPEARANCE**

TO:         The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Soichiro "Michael" Moro.

Dated:    September 05, 2023
              Washington, DC

/s/ Christian D. H. Schultz
Christian D. H. Schultz

ARNOLD & PORTER KAYE SCHOLLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Christian.schultz@arnoldporter.com

*Counsel to Defendant Soichiro "Michael" Moro*