UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br> v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>     Defendants. | Civil Action No. 3:23-cv-00082-SRU |

## NOTICE OF APPEARANCE

TO:  The Clerk of Court and All Parties of Record

  I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Soichiro "Michael" Moro.

Dated: September 05, 2023
    New York, New York

            /s/ Marcus A. Asner
            Marcus A. Asner

            ARNOLD & PORTER KAYE SCHOLLER LLP
            250 W 55th Street
            New York, NY 10019
            Telephone: (212) 836-8000
            Marcus.asner@arnoldporter.com

            *Counsel to Defendant Soichiro "Michael" Moro*