UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>              Plaintiffs,<br><br>   v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>              Defendants. | Civil Action No. 3:23-cv-00082-SRU |

## NOTICE OF APPEARANCE

TO:      The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Soichiro "Michael" Moro.

Dated:    September 05, 2023
            New York, New York

                                                                     */s/Kodjo E. A. Kumi*
                                                                     Kodjo E. A. Kumi

                                                                     ARNOLD & PORTER KAYE SCHOLLER LLP
                                                                     250 W 55th Street
                                                                     New York, NY 10019
                                                                     Telephone: (212) 836-8000
                                                                     kodjo.kumi@arnoldporter.com

                                                                     *Counsel to Defendant Soichiro "Michael" Moro*