UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>               Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>               Defendants | Case No.: 3:23-CV-00082-SRU<br><br><br><br><br>September 6, 2023 |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

The undersigned counsel, Joseph W. Martini, hereby moves this Court, pursuant to Local District Rule 83.1(d), for an order admitting Tyler Jairus Fink *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendant Soichiro "Michael" Moro. In support of this Motion, the undersigned counsel respectfully represents as follows:

1. I am a member of the law firm Spears Manning & Martini LLC, located at 2425 Post Road, Suite 203, Southport, CT, Tel: (203) 292-9766, jmartini@spearsmanning.com

2. I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District Court of Connecticut.

3. Mr. Fink is a member in good standing of the State Bar of New York. Mr. Fink's

- 2 -

affidavit in support of this motion is attached hereto as Exhibit A.

    4. Mr. Fink satisfies the requirements for admission *pro hac vice* in this case pursuant to District Rule 83.1(d).

Respectfully submitted,

/s/ Joseph W. Martini
Joseph W. Martini
Federal Bar No. ct07225
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
Facsimile: (203) 292-9628
jmartini@spearsmanning.com

*Counsel for Defendant Soichiro "Michael" Moro*

- 3 -

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 6, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of the filing will be sent by e- mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

    /s/ Joseph W. Martini
    Joseph W. Martini