UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, MICHAEL MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU |

NOTICE OF VOLUNTARY DISMISSAL OF
DEFENDANT MATTHEW BALLENSWEIG

WHEREAS, on July 12, 2023, Lead Plaintiffs filed the Complaint for Violations of Federal Securities Laws and State Consumer Protection Laws ("Complaint") (ECF No. 60), which named Matthew Ballensweig as a defendant;

WHEREAS, Mr. Ballensweig was served with the Complaint on or around July 16, 2023 (ECF No. 71).

WHEREAS, August 8, 2023, the Court granted Mr. Ballensweig's Unopposed Motion for Extension of Time (ECF No. 71), and set September 11, 2023 as the date to Answer the Complaint (ECF No. 75);

NOW, THEREFORE, LEAD PLAINTIFFS GIVE NOTICE AND IT IS HEREBY STIPULATED, AS FOLLOWS:

1

1.      Lead Plaintiffs voluntarily dismiss Defendant Matthew Ballensweig under Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure without prejudice, with each side bearing its own costs.

Dated: September 8, 2023

| **Izard, Kindall & Raabe, LLP** | **SILVER GOLUB & TEITELL LLP** |
|---|---|
| */s/ Craig A. Raabe* | */s/ Ian W. Sloss* |
| Craig A. Raabe (ct04116)<br>Christopher M. Barrett (ct30151)<br>Izard, Kindall & Raabe, LLP<br>29 South Main Street, Suite 305<br>West Hartford, CT 06107<br>(860) 493-6292<br>craabe@ikrlaw.com<br>cbarrett@ikrlaw.com<br><br>*Attorneys for Matthew Ballensweig* | Ian W. Sloss ct31244<br>Steven L. Bloch ct31246<br>Zachary A. Rynar ct31372<br>One Landmark Square, Floor 15<br>Stamford, Connecticut 06901<br>Telephone: (203) 325-4491<br>Facsimile: (203) 325-3769<br>isloss@sgtlaw.com<br>sbloch@sgtlaw.com<br>zrynar@sgtlaw.com<br><br>**KAPLAN FOX & KILSHEIMER LLP**<br>Donald R. Hall (CT Bar No. 416065)<br>Jeffrey P. Campisi (admitted pro hac vice)<br>Jason A. Uris<br>800 Third Avenue, 38th Floor<br>New York, NY 10022<br>Telephone:  (212) 687-1980<br>Facsimile: (212) 687-7714<br>dhall@kaplanfox.com<br>jcampisi@kaplanfox.com<br>juris@kaplanfox.com<br><br>*Lead Counsel for Lead Plaintiffs and the Proposed Class* |

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on September 8, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Ian W. Sloss*
Ian W. Sloss ct31244

**CERTIFICATION OF COMPLIANCE WITH RULE XI (ATTORNEY SIGNATURES) OF THE ELECTRONIC FILING POLICIES AND PROCEDURES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT (REVISED JAN. 9, 2023)**

I, Ian W. Sloss, under Rule XI(D) (Multiple Signatures) of the Electronic Filing Policies and Procedures of the U.S. District Court for the District of Connecticut (Revised Jan. 9, 2023), represent that I have obtained the consent of the other attorneys who have signed the document above.

*/s/ Ian W. Sloss*
Ian W. Sloss ct31244