IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon.  Stefan R. Underhill<br><br><br><br>September 8, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Joshua M. Wesneski, in the above-captioned matter as counsel for Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan and Mark Murphy.

                                                DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN and MARK MURPHY

By: /s/ *Joshua M. Wesneski*
     Joshua M. Wesneski (admitted *pro hac vice*)
     Weil, Gotshal & Manges LLP
     2001 M Street, NW
     Washington, Washington, D.C. 20036
     Telephone: (202) 682-7248
     Facsimile: (202) 857-0940
     joshua.wesneski@weil.com
     *Their Attorney*