UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and ALEX SOPINKA, individually and on behalf of all others similarly situated,<br><br>    *Plaintiffs*<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT,<br><br>    *Defendants* | Civil Action No. 3:23-cv-00082<br><br><br>September 11, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of the Court and all parties of record:

   Please enter the appearance of the undersigned, Stephen P. Fogerty, in the above captioned matter as counsel for the Defendant, Michael Kraines.

                        THE DEFENDANT,
                        MICHAEL KRAINES

                        By: */s/ Stephen P. Fogerty*
                             Stephen P. Fogerty, Esq.
                             Federal Bar No. ct01398
                             FLB Law, PLLC, located
                             315 Post Road West
                             Westport, CT  06880
                             Telephone: (203) 247-9299
                             Facsimile: (203) 293-9999
                             Email: fogerty@flb.law
                             *Counsel for Defendant* Michael Kraines

## CERTIFICATE OF SERVICE

  I hereby certify that on this 11th day of September 2023, a copy of the foregoing was filed electronically and served by regular first-class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                By: /s/ Stephen P. Fogerty
                Stephen P. Fogerty (ct01398)