## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

WILLIAM MCGREEVY, ASHWIN GOWDA,  :
TRANSLUNAR CRYPTO, LP, CHRISTOPHER :
BUTTENHAM, AND REMO MARIA          :  Civil No. 3:23-cv-00082-SRU
MORONE, individually and on behalf of all  :
others similarly situated,         :  Hon. Stefan R. Underhill
                                   :
*Plaintiffs,*                      :
                                   :
v.                                 :
                                   :
DIGITAL CURRENCY GROUP, INC., BARRY :  September 11, 2023
SILBERT, GLENN HUTCHINS, LAWRENCE   :
LENIHAN, MICHAEL KRAINES, MARK      :
MURPHY, SOICHIRO "MICHAEL" MORO,    :
DERAR ISLIM, and MATTHEW            :
BALLENSWEIG,                        :

*Defendants.*

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

The undersigned counsel, Stephen P. Fogerty, hereby moves this Court, pursuant to

Local District Rule 83.1(d), for an order admitting Richard P. Donoghue *pro hac vice* to appear

before this Court in the above-captioned case on behalf of Defendant Michael Kraines.  In

support of this Motion, the undersigned counsel respectfully represents as follows:

1. I am a member of the law firm FLB Law, PLLC, located at 315 Post Road West,

Westport, CT 06880 Tel: (203) 247-9299, email: fogerty@flb.law.

2. I am a member in good standing of the State Bar of Connecticut and admitted to

practice before the United States District Court for the District Court of Connecticut.

3. Mr. Donoghue is a member in good standing of the State Bar of New York. Mr. Donoghue's affidavit in support of this motion is attached hereto as Exhibit A.

4. Mr. Donoghue satisfies the requirements for admission *pro hac vice* in this case pursuant to District Rule 83.1(d).

Respectfully submitted,
*/s/ Stephen P. Fogerty*
Stephen P. Fogerty
Federal Bar No. ct01398
FLB Law, PLLC, located
315 Post Road West
Westport, CT 06880
Telephone: (203) 247-9299
Facsimile: (203) 293-9999
Email: fogerty@flb.law
*Counsel for Defendant* Michael Kraines

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Stephen P. Fogerty*
Stephen P. Fogerty

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

WILLIAM MCGREEVY, ASHWIN GOWDA,    :
TRANSLUNAR CRYPTO, LP, CHRISTOPHER : 
BUTTENHAM, AND REMO MARIA        :     Civil No. 3:23-cv-00082-SRU
MORONE, individually and on behalf of all    :
others similarly situated,               :     Hon. Stefan R. Underhill

                                   :

*Plaintiffs,*                      :

                                     :

v.                                  :

                                     :

DIGITAL CURRENCY GROUP, INC., BARRY :     September 11, 2023
SILBERT, GLENN HUTCHINS, LAWRENCE
LENIHAN, MICHAEL KRAINES, MARK
MURPHY, SOICHIRO "MICHAEL" MORO,
DERAR ISLIM, and MATTHEW
BALLENSWEIG,

*Defendants.*

## AFFIDAVIT OF VISITING ATTORNEY

1.     My name is Richard P. Donoghue. I am a partner with the law firm of Pillsbury Winthrop Shaw Pittman LLP located at 31 West 52nd Street, New York, NY 10019. My office telephone number is (212) 858-1161 and my email address is richard.donoghue@pillsburylaw.com. I make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-referenced action as counsel pro hac vice. I have personal knowledge of the facts set forth in this affidavit.

2.     I was admitted to the State Bar of New York on December 16, 1992, and am a member in good standing. My New York State Bar registration number is 2511236. I am also admitted to the following courts:

| Court | Admission Date | Bar Number |
|-------|----------------|------------|
| USDC-SDNY | 11/16/2021 | RD2370 |
| USDC-EDNY | 08/27/2014 | RD2370 |

3.     I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4.     I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5     I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6     I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d) to include matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto.

7     I respectfully request that this Court grant my application for admission to practice before the United States District Court for the District of Connecticut.

8        I affirm that the foregoing is true and correct under penalty of perjury of the laws of the

United States.


Dated:  September 11, 2023
        New York, NY

Richard P. Donoghue


Sworn to before me this 11th day of
September 2023

Notary Public


Stephanie A. Korchinski
NOTARY PUBLIC, STATE OF NEW YORK
Registration No. 01KO6096997
Qualified in Westchester County
Commission Expires August 11, 20 27