UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>　　　　　　Defendants. | Civil Action No. 3:23-cv-00082-SRU |

## NOTICE OF APPEARANCE

TO:　　　The Clerk of Court and All Parties of Record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for Defendant, Soichiro "Michael" Moro.

Dated:　September 08, 2023
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　/s/ Tyler J. Fink
　　　　　　　　　　　　　　　　　　Tyler J. Fink

　　　　　　　　　　　　　　　　　　ARNOLD & PORTER KAYE SCHOLLER LLP
　　　　　　　　　　　　　　　　　　250 W 55th Street
　　　　　　　　　　　　　　　　　　New York, NY 10019
　　　　　　　　　　　　　　　　　　Telephone: (212) 836-8000
　　　　　　　　　　　　　　　　　　tyler.fink@arnoldporter.com

　　　　　　　　　　　　　　　　　　*Counsel to Defendant Soichiro "Michael" Moro*