# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiffs,<br><br>  v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br>     Defendants. | Civil Action No. 3:23-cv-00082-SRU<br><br>CLASS ACTION<br><br>Hon. Stefan R. Underhill |

**NOTICE OF DEFENDANT SOICHIRO "MICHAEL" MORO'S
MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT**

  PLEASE TAKE NOTICE that Defendant Soichiro "Michael" Moro, by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiffs' Amended Complaint for Violations of the Federal Securities and State Consumer Protection Laws, dated July 12, 2023, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). In support of the motion, Mr. Moro relies upon (i) the accompanying memorandum, (ii) the arguments in defendant Digital Currency Group, Inc.'s memorandum of law in support of its own motion to dismiss, and (iii) any other written or oral argument as may be requested or permitted by the Court.

ORAL ARGUMENT REQUESTED

Dated: September 11, 2023

Respectfully submitted,

/s/ Marcus Asner
_____

| | |
|---|---|
| **SPEARS MANNING & MARTINI LLC**<br>Joseph W. Martini (CT07225)<br>2425 Post Road, Suite 203<br>Southport, CT 06890<br>Telephone: (203) 292-9766<br>jmartini@spearsmanning.com | **ARNOLD & PORTER KAYE SCHOLER LLP**<br>Marcus Asner (*pro hac vice*)<br>Tyler Fink (*pro hac vice*)<br>Kodjo Kumi (*pro hac vice*)<br>250 W 55th Street<br>New York, NY 10019<br>Telephone: (212) 836-8000<br>marcus.asner@arnoldporter.com<br><br>Christian Schultz (*pro hac vice*)<br>601 Massachusetts Ave, NW<br>Washington, DC 20001-3743<br>Telephone: (202) 942-5000<br>christian.schultz@arnoldporter.com<br><br>*Counsel to Defendant Soichiro "Michael" Moro* |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

/s/ Marcus Asner
_____