**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all other similarly situated,<br><br>                         Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>                         Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

**DECLARATION OF CAROLINE HICKEY ZALKA IN SUPPORT OF DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, AND MARK MURPHY'S MOTION TO DISMISS**

I, Caroline Hickey Zalka, declare the following under penalty of perjury:

1.       I am an attorney duly admitted to practice before this Court and a member of Weil, Gotshal & Manges LLP, counsel for Defendants Digital Currency Group, Inc. ("DCG"), Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy (collectively, the "Defendants"). I submit this Declaration in support of Defendants' Motion to Dismiss the Complaint (the "Motion").

2.       True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of the Motion are attached as exhibits A and B:

| Exhibit | Description |
|---|---|
| A | Master Borrow Agreement among Genesis Global Capital, LLC and each Institutional Lender. |

B  Master Digital Asset Loan Agreement among Genesis Global Capital, LLC, Gemini Trust Company, and each Gemini Earn Lender.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 11, 2023
  New York, New York

        Caroline Hickey Zalka
        WEIL, GOTSHAL & MANGES LLP
        767 Fifth Avenue
        New York, NY 10153
        Tel: (212) 310-8000
        Fax: (212) 310-8007

        *Counsel for Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy*

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, a copy of the foregoing was filed electronically and served by e-mail on counsel for the following parties, who consented to e-mail service:

Derar Islim
c/o David Esseks, Esq.
Allen & Overy LLP
david.esseks@allenovery.com

Notice of this filing will be sent by e-mail to all appearing parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's CM/ECF System.

Caroline Hickey Zalka