# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-00082-SRU |
| Plaintiffs, | Hon. Stefan R. Underhill |
| v. | September 11, 2023 |
| DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM, | |
| Defendants. | |

## NOTICE OF DEFENDANT MICHAEL KRAINES' MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT

PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(6) and 9(b), Defendant Michael Kraines, by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiffs' Amended Class Action Complaint [Dkt. No. 60] for failure to state a claim upon which relief can be granted (the "Motion"). Mr. Kraines hereby adopts each of the arguments in the Memorandum of Law filed on September 11, 2023, by Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy in support of their motion to dismiss (the "DCG Memorandum of Law" [Dkt. No. 100-1]). In support of this Motion, Mr. Kraines relies upon: (i) the accompanying memorandum of law; (ii) the DCG Memorandum of Law; and (iii) any other written or oral argument as may be requested or permitted by the Court.

ORAL ARGUMENT REQUESTED

Dated: September 11, 2023                    Respectfully submitted,

                */s/ Richard Donoghue*

                Richard Donoghue (admitted *pro hac vice*)
                Edward Flanders (ct l2881)
                Ari Berman (*pro hac vice* forthcoming)
                Stephanie Coughlan (*pro hac vice* forthcoming)
                Pillsbury Winthrop Shaw Pittman LLP
                31 West 52nd Street
                New York, NY 10019-6131
                Tel. No.: (212) 858-1638
                Fax No.: (212) 858-1500
                E-mail: richard.donoghue@pillsburylaw.com
                      edward.flanders@pillsburylaw.com
                      ari.berman@pillsburylaw.com
                      stephanie.coughlan@pillsburylaw.com

                Stephen P. Fogerty
                Federal Bar No. 01398
                FLB Law, PLLC
                315 Post Road West
                Westport, CT 06880
                Tel. No.: (203) 247-9299
                Fax No.: (203) 293-9999
                Email: fogerty@flb.law

                ***Counsel for Defendant Michael Kraines***

## CERTIFICATE OF SERVICE

I, Richard Donoghue, hereby certify that this document filed through the ECF system will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 11th day of September, 2023.

*/s/ Richard Donoghue*
Richard Donoghue
