# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

## NOTICE OF APPEARANCE OF ROBERT S. HOFF

To the Clerk of this Court and all parties of record, please enter my appearance on behalf of Defendant Derar Islim in the above-entitled action.

September 11, 2023

                                                         Respectfully submitted,

                                                          /s/ *Robert S. Hoff*
                                                  Robert S. Hoff (ct27084)

                                                  Wiggin and Dana LLP
                                                  Two Stamford Plaza
                                                  281 Tresser Boulevard
                                                  Stamford, CT 06901
                                                  Phone: 203-363-7626
                                                  Fax: 203-363-7676
                                                  Email: rhoff@wiggin.com

**CERTIFICATION OF SERVICE**

  I hereby certify that on this 11th day of September, 2023, a copy of the foregoing was served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                   /s/ *Robert S. Hoff*
                   Robert S. Hoff (ct27084)