## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated, | Case No. 3:23-cv-00082-SRU |
| Plaintiffs, | |
| v. | |
| DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG, | September 12, 2023 |
| Defendants. | |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

The undersigned counsel, Robert S. Hoff, hereby moves this Court, pursuant to Local District Rule 83.1(d), for an order admitting David C. Esseks *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendant Derar Islim. In support of this Motion, the undersigned counsel respectfully represents as follows:

1. I am a member of the law firm Wiggin and Dana LLP, located at Two Stamford Plaza, 281 Tresser Boulevard, Stamford, CT 06901, Tel: (203) 363-7600.

2. I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District Court of Connecticut.

3. Mr. Esseks is a member in good standing of the State Bar of New York. Mr. Esseks's affidavit in support of this motion is attached hereto as Exhibit A.

4. Mr. Esseks satisfies the requirements for admission *pro hac vice* in this case pursuant to District Rule 83.1(d).

5. The granting of this Motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the Standing Order on Scheduling in Civil Cases. The requisite fee of $200.00 has been submitted herewith.

Dated: September 12, 2023

Respectfully submitted,

   /s/ *Robert S. Hoff*
Robert S. Hoff (ct27084)

Wiggin and Dana LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Phone: 203-363-7626
Fax: 203-363-7676
Email: rhoff@wiggin.com

*Attorneys for Defendant Derar Islim*