UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG, <br><br> Defendants. | Case No. 3:23-cv-00082-SRU <br><br><br><br><br><br> September 12, 2023 |

**MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE**

The undersigned counsel, Robert S. Hoff, hereby moves this Court, pursuant to Local District Rule 83.1(d), for an order admitting Erin Sisson *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendant Derar Islim. In support of this Motion, the undersigned counsel respectfully represents as follows:

1. I am a member of the law firm Wiggin and Dana LLP, located at Two Stamford Plaza, 281 Tresser Boulevard, Stamford, CT 06901, Tel: (203) 363-7600.

2. I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District of Connecticut.

3. Ms. Sisson is a member in good standing of the State Bar of New York. Ms. Sisson's affidavit in support of this motion is attached hereto as Exhibit A.

4. Ms. Sisson satisfies the requirements for admission *pro hac vice* in this case pursuant to District Rule 83.1(d).

5. The granting of this Motion will not require modification of any scheduling order entered by this Court pursuant to Federal Rule of Civil Procedure 16(b) or the deadlines established by the Standing Order on Scheduling in Civil Cases. The requisite fee of $200.00 has been submitted herewith.

| | |
|---|---|
| Dated: September 12, 2023 | Respectfully submitted, |
| | /s/ *Robert S. Hoff* |
| | Robert S. Hoff (ct27084) |
| | |
| | Wiggin and Dana LLP |
| | Two Stamford Plaza |
| | 281 Tresser Boulevard |
| | Stamford, CT 06901 |
| | Phone: 203-363-7626 |
| | Fax: 203-363-7676 |
| | Email: rhoff@wiggin.com |
| | |
| | *Attorneys for Defendant Derar Islim* |