UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated, | : : : Civil No. 3:23-cv-00082-SRU : : Hon. Stefan R. Underhill |
| *Plaintiffs*, | : : |
| v. | : : |
| DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG, | : September 13, 2023 : : : : : |
| *Defendants*. | : |

## MOTION FOR ADMISSION OF COUNSEL PRO HAC VICE

The undersigned counsel, Stephen P. Fogerty, hereby moves this Court, pursuant to Local District Rule 83.1(d), for an order admitting Ari M. Berman *pro hac vice* to appear before this Court in the above-captioned case on behalf of Defendant Michael Kraines. In support of this Motion, the undersigned counsel respectfully represents as follows:

1.  I am a member of the law firm FLB Law, PLLC, located at 315 Post Road West, Westport, CT 06880 Tel: (203) 247-9299, email: fogerty@flb.law.

2.  I am a member in good standing of the State Bar of Connecticut and admitted to practice before the United States District Court for the District Court of Connecticut.

3.  Mr. Berman is a member in good standing of the State Bar of New York. Mr. Berman's affidavit in support of this motion is attached hereto as Exhibit A.

4.  Mr. Berman satisfies the requirements for admission *pro hac vice* in this case pursuant to District Rule 83.1(d).

>Respectfully submitted,
>*/s/ Stephen P. Fogerty*
>Stephen P. Fogerty
>Federal bar No. 01398
>FLB Law, PLLC
>315 Post Road West
>Westport, CT  06880
>Telephone: (203) 247-9299
>Facsimile: (203) 293-9999
>Email: fogerty@flb.law
>
>*Counsel for Defendant Michael Kraines*

## CERTIFICATE OF SERVICE

I hereby certify that on the above date, a copy of the foregoing document was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *Stephen P. Fogerty*
Stephen P. Fogerty

4854-9760-6271.v1

# EXHIBIT A

4854-9760-6271.v1

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>*Defendants.* | Civil No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br><br><br>September 13, 2023 |

## AFFIDAVIT OF VISITING ATTORNEY

1. My name is Ari M. Berman. I am a partner with the law firm of Pillsbury Winthrop Shaw Pittman LLP located at 31 West 52nd Street, New York, NY 10019. My office telephone number is (212) 858-1264 and my email address is ari.berman@pillsburylaw.com. I make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-referenced action as counsel pro hac vice. I have personal knowledge of the facts set forth in this affidavit.

2. I was admitted to the State Bar of New York on May 1, 2000, and am a member in good standing. My New York State Bar registration number is 3050754. I am also admitted

to the following courts:

| Court | Admission Date | Bar Number |
| --- | --- | --- |
| U.S.D.C.-S.D.N.Y. | 06/20/2000 | AB4928 |
| U.S.D.C.-E.D.N.Y. | 06/20/2000 | AB4928 |
| U.S.C.A.-2nd Circuit | 04/27/2018 | N/A |
| U. S. Court of Fed. Claims | 05/18/2004 | N/A |

3. I have no pending disciplinary complaints as to which a finding has been made that such complaint should proceed to a hearing.

4. I have not been denied admission to, been disciplined by, resigned from, surrendered a license to practice before, or withdrawn an application for admission to practice while facing a disciplinary complaint before, this Court or any other court.

5. I have fully reviewed and am familiar with the Federal Rules of Civil Procedure (for an attorney seeking admission in a civil case) or Criminal Procedure (for an attorney seeking admission in a criminal case), the applicable Local Rules of the United States District Court for the District of Connecticut, and the Connecticut Rules of Professional Conduct.

6. I designate the sponsoring attorney as my agent for service of process and the District of Connecticut as the forum for the resolution of any dispute arising out of my admission under this Local Rule 83.1(d) to include matters involving grievances filed against the visiting attorney and matters of attorney discipline that relate thereto.

7. I respectfully request that this Court grant my application for admission to practice before the United States District Court for the District of Connecticut.

8. I affirm that the foregoing is true and correct under penalty of perjury of the laws of the United States.

4866-1664-6270.v1

Dated: September 13, 2023
New York, NY

_____
Ari M. Berman

Sworn to before me this 13th day of September 2023

_____
Notary Public

Antonina D'Andrea
NOTARY PUBLIC, State of New York
No. 01DA6126478
Qualified in Kings County
Certificate Filed in New York County
Commission Expires May 09, 20__