## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>*Defendants.* | Civil No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br><br><br><br><br>September 13, 2023 |

### MOTION TO WITHDRAW APPEARANCE

Pursuant to Local Rule 7(e), defendant Michael Kraines, through his undersigned counsel of record, hereby respectfully moves to withdraw the appearance of Edward Flanders. Withdrawal is sought on the grounds that, after September 13, 2023, Mr. Flanders will no longer be associated with this matter. Defendant Michael Kraines further requests that the Clerk of the Court discontinue electronic notifications to Mr. Flanders's email address.

Richard Donoghue of Pillsbury Winthrop Shaw Pittman LLP and Steven Fogerty of FLB Law, PLLC continue to serve as counsel of record for defendant Michael Kraines in this action, and all future correspondence and papers in this action should continue to be directed to them. Defendant Michael Kraines has received notice of this motion to withdraw and consents to the relief requested herein.

WHEREFORE, defendant Michael Kraines respectfully requests that the Court grant this motion and permit the withdrawal of the appearance of Edward Flanders in this action.

Respectfully submitted,
*/s/ Edward Flanders*
Edward Flanders
(ct12881)
Richard Donoghue
(admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131
Tel No.: (212) 858-1000
Fax No.: (212) 858-1500
edward.flanders@pillsburylaw.com
richard.donoghue@piilsburylaw.com

Stephen P. Fogerty
Federal Bar No. 01398
FLB Law, PLLC
315 Post Road West
Westport, CT 06880
Tel. No.: (203) 247-9299
Fax No.: (203) 293-9999
fogerty@flb.law

*Counsel for Defendant Michael Kraines*

**CERTIFICATE OF SERVICE**

I hereby certify that on the above date, a copy of the foregoing document was filed

electronically and served by mail on anyone unable to accept electronic filing. Notice of this

filing will be sent by email to all parties by operation of the Court's electronic filing system or by

mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.

Parties may access this filing through the Court's CM/ECF system.


/s/ *Edward Flanders*
Edward Flanders