# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br><br><br>September 15, 2023 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, David C. Esseks, in the above-captioned matter as counsel for Defendant Derar Islim.

DEFENDANT DERAR ISLIM

By: /s/ *David C. Esseks*
David C. Esseks (admitted *pro hac vice*)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
david.esseks@allenovery.com

*Attorney for Defendant*
*Derar Islim*