## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, MICHAEL MORO, and DERAR ISLIM,<br><br>    Defendants. | Case No.: 3:23-cv-00082-SRU |

## LEAD PLAINTIFFS' MOTION FOR EXTENSION OF TIME AND FOR EXTENSION OF PAGE LIMT

Lead Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Remo Maria Morone, ("Plaintiffs") move under Federal Rule of Civil Procedure 6(b)(1)(A), Rule 7(b) of the Local Rules of Civil Procedure for the U.S. District Court for the District of Connecticut, and the Pretrial Preferences of Stefan R. Underhill, Senior United States District Judge for the District of Connecticut, requesting a thirty (30) day extension (from October 11, 2023 to November 10, 2023) to file a response to four motions to dismiss filed on behalf of: 1) Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy (ECF No. 100); 2) Soichiro "Michael" Moro (ECF Nos. 97-99); 3) Michael Kraines (ECF

No. 101-02); and 4) Derar Islim (ECF No. 105).[1]

Plaintiffs further move for permission under Local Rule 7(a)(5) to file one omnibus opposition brief in response to Defendants' motions with a page limit of up to 76 pages, which would equal the total number of pages of argument among the briefs filed on behalf of Defendants in support of their respective motions to dismiss.

Plaintiffs' counsel conferred with counsel for Defendants by telephone and email on September 15, 18-20, 2023 and Defendants do not consent to the relief sought by Plaintiffs' motion.[2]

### A. There is good cause to grant a thirty-day extension

On June 15, 2023, the Court entered a schedule for the filing of an amended pleading and Defendants' anticipated motions to dismiss that provided for the amended pleading to be filed on or before July 12, 2023, that Defendants' anticipated motion to dismiss would be filed within thirty days after the entry of an amended complaint, that Plaintiffs would have thirty days to oppose the anticipated motion to dismiss, and that Defendants would have twenty days to enter a reply.  ECF No. 59.

At that time, the initial pleading named two defendants and contained two counts.  On July 12, 2023, Plaintiffs filed the Complaint for Violations of the Federal Securities and State Consumer Protections Laws (the "Complaint"), which added seven defendants and three claims for relief. ECF No. 60.  In response to the Complaint, Defendants requested a 30-day extension, until September 11,

---

[1] On September 8, 2023, Plaintiffs filed a Notice of Dismissal of Defendant Matthew Ballensweig. ECF No. 91.

[2] On September 20, 2023, Defendants' counsel informed Plaintiffs' counsel that Defendants would consent to Plaintiffs' requests, "provided that: (i) should the Court grant Plaintiffs' request for a 30-day extension to file any opposition(s) brief, the DCG Defendants, Moro, Islim, and Kraines receive an additional 15 days to file any replies in further support of their motions; and (ii) should the Court grant Plaintiffs' request for an omnibus brief up to 76 pages in length, the DCG Defendants, Moro, Islim, and Kraines may allocate their collective 40 pages on reply amongst themselves.  Defendants will be separately moving the Court to make the afore-mentioned requests."  The relief sought by Plaintiffs' motion is separate from the relief Defendants intend to seek and Plaintiffs take no position Defendants' anticipated motion.

2023, to file their anticipated motions to Dismiss. ECF Nos. 65, 71, 74.  The Court granted Defendants' request for an extension. ECF Nos. 69, 75.  On September 11, 2023, Defendants moved to dismiss the Complaint, filing four briefs that in total contain 76 pages of argument.  ECF Nos. 97-102, 105.

In light of Defendants filing four motions to dismiss that amount to 76 pages of briefing, Plaintiffs request an additional 30 days, until November 10, 2023, to respond to Defendants' motions.  This is Plaintiffs first request for an extension of time to respond to Defendants' motions to dismiss, and has been filed at least three (3) business days before the deadline sought to be extended.

**B.  There is good cause to grant relief from Local Rule 7(a)(5)**

Under Local Rule 7(a)(5), while Plaintiffs could file four separate briefs each with a 40-page limit (160 pages in total), for efficiency purposes and judicial economy, Plaintiffs request permission to file one omnibus response to all motions to dismiss, and further request that the Court permit Plaintiffs to file such a brief with a page limit of up to 76 pages, equaling the total pages of Defendants' briefing.  Plaintiffs' request is being filed at least seven (7) days before the deadline for the filing of the memorandum at issue.

For the reasons set forth above, Plaintiffs have shown good cause and respectfully request: 1) that the Court extend their time to respond to Defendants' motions to dismiss until November 10, 2023, and 2) permit Plaintiffs to file one omnibus opposition brief with a page limit of up to 76 pages.

Dated: September 21, 2023

**SILVER GOLUB & TEITELL LLP**

*/s/ Ian W. Sloss*

Ian W. Sloss ct31244
Steven L. Bloch ct31246
Johnathan Seredynski ct30412
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
isloss@sgtlaw.com
sbloch@sgtlaw.com
jseredynski@sgtlaw.com

**KAPLAN FOX & KILSHEIMER LLP**
Donald R. Hall (CT Bar No. 416065)
Jeffrey P. Campisi (admitted pro hac vice)
Jason A. Uris
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone:  (212) 687-1980
Facsimile: (212) 687-7714
dhall@kaplanfox.com
jcampisi@kaplanfox.com
juris@kaplanfox.com

*Lead Counsel for Lead Plaintiffs and the
Proposed Class*

**CERTIFICATE OF ELECTRONIC FILING**

I hereby certify that on September 20, 2023 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

_/s/ Ian W. Sloss_
Ian W. Sloss ct31244