UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br>SEPTEMBER 26, 2023 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME AND FOR ALLOCATION OF PAGE LIMIT**

Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy (the "DCG Defendants"), along with Michael Kraines, Soichiro "Michael" Moro, and Derar Islim (together with the DCG Defendants, the "Defendants"), along with their respective counsel at Weil, Gotshal & Manges LLP, Arnold & Porter, LLP, Allen & Overy, LLP, and Pillsbury Winthrop Shaw Pittman LLP move under Federal Rule of Civil Procedure 6(b)(1)(A), Rule 7(b) of the Local Rules of Civil Procedure for the U.S. District Court for the District of Connecticut, and the Pretrial Preferences of Stefan R. Underhill, Senior United States District Judge for the District of Connecticut, requesting that Defendants receive (i) an additional fifteen (15) days (from November 30, 2023 to December 15, 2023) for all Defendants

to file replies in further support of their motions to dismiss,[1] and (ii) permission to allocate their collective 40 pages for reply memoranda amongst themselves.[2]

Defendants' counsel conferred with counsel for Plaintiffs by telephone and email on September 15, 18-20, 2023. Defendants preferred to submit a joint motion to the Court making these collective asks, but Plaintiffs refused to do so. *See* ECF No. 119 at 2 n.2. Plaintiffs "take no position" on Defendants' requests. *Id.*

\*   \*   \*

On September 11, 2023, consistent with the agreed-upon schedule (ECF No. 69), the DCG Defendants, Mr. Kraines, Mr. Moro, and Mr. Islim each filed motions to dismiss the Amended Complaint in accordance with Local Rule 7(a)(5). ECF Nos. 97-102, 105. Two of those motions were short, "me-too" motions that were only 7 pages each. ECF Nos. 102, 105. In response, Plaintiffs filed a request for additional time to respond and permission to submit an omnibus opposition brief totaling no more than 76 pages, which the Court granted on September 25, 2023. ECF No. 119, 121. Defendants need additional time to coordinate and prepare their replies in order to adequately address Plaintiffs' anticipated 76-page opposition brief, which is nearly double the page limit prescribed by the Local Rules for a single brief. *See* Local Rule 7(a)(5). Relatedly, Defendants' request to allocate their collective 40-page limit on reply amongst themselves is

---

[1] This is Defendants' first request to extend the reply brief deadline—Defendants previously sought an additional 30 days to file their motions to dismiss given the Amended Complaint's inclusion of additional defendants and new claims. *See* ECF Nos. 65, 71. The request has been filed at least three (3) business days before the deadline sought to be extended. Defendants' current deadline is November 30, 2023. Defendants are requesting an extension through December 15, 2023.

[2] Local Rule 7(d) provides that reply briefs are each limited to 10 pages. The DCG Defendants, Mr. Kraines, Mr. Moro, and Mr. Islim all anticipate filing reply briefs, for a collective total of 40 pages.

2

reasonable and promotes efficiency. Defendants have no way of knowing how Plaintiffs will choose to allocate their combined 76 pages. Should Plaintiffs, for example, choose to spend the majority of the brief responding to the arguments raised by the DCG Defendants, the DCG Defendants should not be constrained to a reply limit of 10 pages. By allowing Defendants to allocate their collective 40 pages amongst themselves, Defendants will be able to more effectively coordinate their replies, eliminate repetitive arguments, and submit more fulsome analyses to the Court.

For the reasons set forth above, Defendants have established good cause and respectfully request that the Court (i) extend the deadline for reply briefs by an additional fifteen (15) days, and (ii) permit Defendants to allocate their collective page limit of 40 pages amongst themselves.

Respectfully Submitted,

DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, AND DERAR ISLIM

By:

*/s/ Caroline Hickey Zalka*
Jonathan D. Polkes (admitted *pro hac vice*)
Caroline H. Zalka (admitted *pro hac vice*)
Stefania D. Venezia (admitted *pro hac vice*)
Joshua M. Wesneski (admitted *pro hac vice*)

**WEIL, GOTSHAL & MANGES LLP**
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com

stefania.venezia@weil.com

2001 M Street NW, Suite 600
Washington, DC 20036
Telephone:  (202) 682-7248
joshua.wesneski@weil.com


*/s/  Thomas D. Goldberg*
Thomas D. Goldberg (ct 04386)
Jennifer M. Palmer (ct 31099)

**DAY PITNEY LLP**
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone:  (203) 977-7300
Fax:  (203) 977-7301
tgoldberg@daypitney.com
jpalmer@daypitney.com

*Counsel for Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy*


*/s/ Marcus Asner*
Marcus Asner (*pro hac vice*)
Tyler Fink (*pro hac vice*)
Kodjo Kumi (*pro hac vice*)
Christian Schultz (*pro hac vice*)

**ARNOLD & PORTER KAYE SCHOLER LLP**
250 W 55th Street
New York, NY 10019
Telephone: (212) 836-8000
marcus.asner@arnoldporter.com

601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
christian.schultz@arnoldporter.com

Joseph W. Martini (CT07225)
**SPEARS MANNING & MARTINI LLC**

4

2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
jmartini@spearsmanning.com

*Counsel for Defendant Soichiro "Michael" Moro*


*/s/ Ari Berman*
Richard Donoghue (admitted *pro hac vice*)
Edward Flanders (ct l2881)
Ari Berman (*pro hac vice*)
Stephanie Coughlan (*pro hac vice*)

**PILLSBURY WINTRHOP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY 10019-6131
Tel. No.: (212) 858-1638
Fax No.: (212) 858-1500
E-mail: richard.donoghue@pillsburylaw.com
   edward.flanders@pillsburylaw.com
   ari.berman@pillsburylaw.com
   stephanie.coughlan@pillsburylaw.com

Stephen P. Fogerty
**FLB LAW, PLLC**
Federal Bar No. 01398
315 Post Road West
Westport, CT 06880
Tel. No.: (203) 247-9299
Fax No.: (203) 293-9999
Email: fogerty@flb.law

*Counsel for Defendant Michael Kraines*

*/s/ Robert S. Hoff*
Robert S. Hoff (ct27084)

**WIGGIN AND DANA LLP**
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Phone: 203-363-7626
Fax: 203-363-7676

5

Email: rhoff@wiggin.com

David C. Esseks (*pro hac vice* forthcoming)
Erin Sisson (*pro hac vice* forthcoming)
Megan Sharkey (*pro hac vice* forthcoming)
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
david.esseks@allenovery.com
erin.sisson@allenovery.com
megan.sharkey@allenovery.com

*Counsel to Defendant Derar Islim*

## **CERTIFICATION OF COMPLIANCE WITH RULE XI(D)**

I hereby represent pursuant to Rule XI(D) (Multiple Signatures) of the Electronic Filing Policies and Procedures of the U.S. District Court for the District of Connecticut that the other attorneys whose signatures appear on the foregoing consented to the inclusion of their signatures.

/s/ *Caroline Hickey Zalka*
Caroline H. Zalka