UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs,*<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG,<br><br>*Defendants.* | Civil No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br><br><br><br><br>September 28, 2023 |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Ari M. Berman, in the above caption matter as counsel for Defendant Michael Kraines.

          Respectfully submitted,

          /s/ Ari M. Berman

          Ari M. Berman
          Pillsbury Winthrop Shaw Pittman LLP
          31 West 52nd Street
          New York, NY 10019-61
          (212) 858-1264
          ari.berman@pillsburylaw.com

          *Counsel for Defendant*
          Michael Kraines

**CERTIFICATE OF SERVICE**

I hereby certify that on this 28th day of September 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Ari M. Berman<br>Ari M. Berman