UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated, | Civil No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |
| *Plaintiffs*, | |
| v. | |
| DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG, | September 29, 2023 |
| *Defendants*. | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

    Please enter the appearance of the undersigned, Richard P. Donoghue, in the above caption matter as counsel for Defendant Michael Kraines.

Respectfully submitted,

/s/ Richard P. Donoghue

Richard P. Donoghue
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-61
(212) 858-1161
richard.donoghue@pillsburylaw.com

*Counsel for Defendant*
Michael Kraines

2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of September 2023, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF system.

By: /s/ Richard P. Donoghue
Richard P. Donoghue
