**KAPLAN FOX & KILSHEIMER LLP**        **SILVER GOLUB & TEITELL LLP**

October 31, 2023

<u>By ECF</u>
Honorable Stefan R. Underhill
United States District Court for the District of Connecticut
Brien McMahon Federal Building, United States Courthouse
915 Lafayette Boulevard, Suite 411
Bridgeport, Connecticut 06604

      Re:    ***McGreevy, et al., v. Digital Currency Group, Inc., et al.,***
              **3:23-cv-00082-SRU (D. Conn.)**

Dear Judge Underhill:

      Lead Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Remo Maria Morone ("Plaintiffs") write to notify the Court that on or before November 10, 2023, Lead Plaintiffs intend to file a motion to amend under Rule 15 of the Federal Rules of Civil Procedure, which provides that a court "should freely give leave [to amend] when justice so requires." Fed. R. Civ. P. 15(a)(2).

      November 10, 2023 is currently the deadline for the filing of Plaintiffs' omnibus brief in opposition to Defendants' motions to dismiss. ECF No. 121 (Sept. 25, 2023 minute order). In light of Plaintiffs' anticipated motion to amend, Plaintiffs' respectfully request that the Court vacate the November 10 deadline for the filing of the omnibus opposition brief set by ECF No. 121.

      By way of background, on July 12, 2023, Plaintiffs filed the Complaint for Violations of the Federal Securities and State Consumer Protection Laws Complaint ("Complaint"). ECF No. 60. On September 11, 2023, Defendants collectively filed four motions to dismiss the Complaint. ECF Nos. 97, 100, 102, 105. Since the Complaint was filed, Plaintiffs have learned of new information relevant to their claims under the Securities Act of 1933 and Securities Exchange Act of 1934, and consumer protection laws of New York and Connecticut. Rather than continue to brief the motions to dismiss and in an effort to conserve the parties' and judicial resources, Plaintiffs intend to move to amend the Complaint under Rule 15 to add additional allegations that support the claims alleged in the Complaint. Lead Plaintiffs intend to file the motion to amend on or before November 10, 2023 under Rule 15 and Local Rule 7(f).

      This is Plaintiffs' first request to vacate the November 10, 2023 deadline for the filing of their omnibus opposition brief. On October 26, 30 and 31, 2023, Plaintiffs met and conferred with counsel for Defendants by telephone or email, and Defendants' position is that "Defendants have not yet received the proposed amended complaint to review; accordingly, they take no position on Plaintiffs' current request to vacate the <u>November 10 omnibus </u>opposition deadline." (Underline in original.)

      For the reasons set forth above, there is good cause for the requested relief, and Plaintiffs

Hon. Stefan R. Underhill
October 31, 2023
Page 2

respectfully request that the Court vacate the November 10 deadline for the filing of their omnibus opposition set forth in ECF No. 121.

      We thank the Court for its attention to this matter.

Dated: October 31, 2023

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jeffrey P. Campisi*
Donald R. Hall
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

*Lead Counsel for Lead Plaintiffs*

**SILVER GOLUB & TEITELL LLP**

*/s/ Ian W. Sloss*
Ian W. Sloss
Steven L. Bloch
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com
sbloch@sgtlaw.com

*Lead Counsel for Lead Plaintiffs*

Hon. Stefan R. Underhill
October 31, 2023
Page 3

**CERTIFICATION OF COMPLIANCE WITH RULE XI (ATTORNEY SIGNATURES) OF
THE ELECTRONIC FILING POLICIES AND PROCEDURES OF THE U.S. DISTRICT
COURT FOR THE DISTRICT OF CONNECTICUT (REVISED JAN. 9, 2023)**

I, Jeffrey P. Campisi, under Rule XI(D) (Multiple Signatures) of the Electronic Filing Policies

and Procedures of the U.S. District Court for the District of Connecticut (Revised Jan. 9, 2023),

represent that I have obtained the consent of the other attorneys who have signed the document

above.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 31st day of October 2023, at New York, New York.