UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., and BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, MICHAEL MORO and DERAR ISLIM,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU |

**PLAINTIFFS' MOTION FOR LEAVE TO AMEND COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 15(a)(2) and U.S. District Court, District of Connecticut Local Rule 7(f), Lead Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Remo Maria Morone ("Plaintiffs") respectfully move for leave to amend the Complaint for Violations of the Federal Securities and State Consumer Protection Laws Complaint (the "Complaint") (ECF No. 60). A redlined version of the proposed amended complaint showing the changes proposed against the Complaint is attached hereto as Exhibit A, and a clean version of the proposed amended complaint is attached hereto as Exhibit B. This motion is supported by the accompanying Memorandum of Law in Support of Motion for Leave to Amend Complaint.

On November 9, 2023, Plaintiffs' counsel inquired of all non-moving parties regarding the Motion for Leave to Amend Complaint and provided a redlined copy showing proposed

amendments. Defendants do not oppose Plaintiffs' motion and the parties have agreed upon the following proposed schedule regarding Defendants' anticipated motions to dismiss the amended complaint should the Court grant this Motion:

1. Defendants' motions to dismiss shall be due on or before December 15, 2023;

2. Plaintiffs' opposition to any motions to dismiss shall be due on or before January 22, 2024; and

3. Defendants' replies to Plaintiffs' opposition shall be due on or before February 21, 2024.

WHEREFORE, the Plaintiffs respectfully move the Court for leave to amend the Complaint.

Dated: November 10, 2023

Respectfully submitted,

**SILVER GOLUB & TEITELL LLP**

/s/ Ian W. Sloss
Ian W. Sloss ct31244
Steven L. Bloch ct31246
Johnathan Seredynski ct30412
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com
sbloch@sgtlaw.com
jseredynski@sgtlaw.com

**KAPLAN FOX & KILSHEIMER LLP**

/s/ Jeffrey P. Campisi
Donald R. Hall (CT Bar No. 416065)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris
800 Third Avenue, 38th Floor
New York, New York 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
dhall@kaplanfox.com

        jcampisi@kaplanfox.com
        juris@kaplanfox.com

        *Lead Counsel for Lead Plaintiffs and the*
        *Proposed Class*

**CERTIFICATION OF COMPLIANCE WITH RULE XI (ATTORNEY SIGNATURES) OF THE ELECTRONIC FILING POLICIES AND PROCEDURES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT (REVISED JAN. 9, 2023)**

I, Ian W. Sloss, under Rule XI(D) (Multiple Signatures) of the Electronic Filing Policies and Procedures of the U.S. District Court for the District of Connecticut (Revised Jan. 9, 2023), represent that I have obtained the consent of the other attorneys who have signed the document above.

I certify under penalty of perjury that the foregoing is true and correct.

Executed this 10th day of November 2023, at Stamford, Connecticut.

/s/ Ian W. Sloss
Ian W. Sloss