**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM, <br><br> Defendants. | Case No. 3:23-cv-00082-SRU <br><br> Hon. Stefan R. Underhill <br><br><br><br><br><br> December 15, 2023 |

<u>**DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, AND MARK MURPHY'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**</u>

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy (collectively, "Defendants") respectfully move to dismiss with prejudice the Amended Class Action Complaint in this action for failure to state a claim upon which relief can be granted, and for any further relief that the Court may deem just and proper, as more fully set forth in the accompanying Memorandum of Law.

**ORAL ARGUMENT REQUESTED**

Respectfully Submitted,


DEFENDANTS DIGITAL CURRENCY
GROUP, INC., BARRY SILBERT, GLENN
HUTCHINS, LAWRENCE LENIHAN, AND
MARK MURPHY


By:

*/s/ Jonathan D. Polkes*
Jonathan D. Polkes (admitted *pro hac vice*)
Caroline Hickey Zalka (admitted *pro hac vice*)
Stefania D. Venezia (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
stefania.venezia@weil.com

Joshua M. Wesneski (admitted *pro hac vice*)
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7248
joshua.wesneski@weil.com


*/s/ Thomas D. Goldberg*
Thomas D. Goldberg (ct 04386)
Jennifer M. Palmer (ct 31099)
DAY PITNEY LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone:  (203) 977-7300
Fax:  (203) 977-7301
tgoldberg@daypitney.com
jpalmer@daypitney.com

*Their Attorneys*

2

## CERTIFICATION OF COMPLIANCE WITH RULE XI(D)

I hereby represent pursuant to Rule XI(D) (Multiple Signatures) of the Electronic Filing Policies and Procedures of the U.S. District Court for the District of Connecticut that the other attorneys whose signatures appear on the foregoing consented to the inclusion of their signatures.

/s/ *Jonathan D. Polkes*
Jonathan D. Polkes