# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:23-cv-00082-SRU<br><br>CLASS ACTION<br><br>Hon. Stefan R. Underhill |

## DEFENDANT SOICHIRO "MICHAEL" MORO'S
## MOTION TO DISMISS PLAINTIFFS' AMENDED COMPLAINT

PLEASE TAKE NOTICE that Defendant Soichiro "Michael" Moro, by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiffs' Complaint for Violations of the Federal Securities and State Consumer Protection Laws, dated November 13, 2023, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). In support of the motion, Mr. Moro relies upon (i) the accompanying memorandum, (ii) the arguments in defendant Digital Currency Group, Inc.'s memorandum of law in support of its own motion to dismiss, and (iii) any other written or oral argument as may be requested or permitted by the Court.

ORAL ARGUMENT REQUESTED

Dated: December 15, 2023          Respectfully submitted,

                                  */s/ Christian D. H. Schultz*

| | |
|---|---|
| **SPEARS MANNING & MARTINI LLC** | **ARNOLD & PORTER KAYE SCHOLER LLP** |
| Joseph W. Martini (CT07225) | Marcus Asner (*pro hac vice*) |
| 2425 Post Road, Suite 203 | Tyler Fink (*pro hac vice*) |
| Southport, CT 06890 | Kodjo Kumi (*pro hac vice*) |
| Telephone: (203) 292-9766 | 250 W 55th Street |
| jmartini@spearsmanning.com | New York, NY 10019 |
| | Telephone: (212) 836-8000 |
| | marcus.asner@arnoldporter.com |
| | |
| | Christian Schultz (*pro hac vice*) |
| | 601 Massachusetts Ave, NW |
| | Washington, DC 20001-3743 |
| | Telephone: (202) 942-5000 |
| | christian.schultz@arnoldporter.com |

*Counsel to Defendant Soichiro "Michael" Moro*

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2023, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                  */s/ Christian D. H. Schultz*