UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

**DECLARATION OF CAROLINE HICKEY ZALKA IN SUPPORT OF DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, AND MARK MURPHY'S MOTION TO DISMISS**

I, Caroline Hickey Zalka, declare the following under penalty of perjury:

1.  I am an attorney duly admitted to practice before this Court and a member of Weil, Gotshal & Manges LLP, counsel for Defendants Digital Currency Group, Inc. ("DCG"), Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy (collectively, the "Defendants"). I submit this Declaration in support of Defendants' Motion to Dismiss the Complaint (the "Motion").

2.  True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of the Motion are attached as exhibits A and B:

| Exhibit | Description |
|---|---|
| A | Master Borrow Agreement among Genesis Global Capital, LLC and each Institutional Lender. |

B  Master Digital Asset Loan Agreement among Genesis Global Capital, LLC, Gemini Trust Company, and each Gemini Earn Lender.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: December 15, 2023<br>New York, New York | /s/ *Caroline Hickey Zalka*<br>Caroline Hickey Zalka<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue<br>New York, NY 10153<br>Tel: (212) 310-8000<br>Fax: (212) 310-8007<br><br>*Counsel for Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy* |