UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>    Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br>December 15, 2023 |

**NOTICE OF DEFENDANT MICHAEL KRAINES'**
**MOTION TO DISMISS PLAINTIFFS' AMENDED CLASS ACTION COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(6) and 9(b), Defendant Michael Kraines, by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiffs' Amended Class Action Complaint [Dkt. No. 135] for failure to state a claim upon which relief can be granted (the "Motion"). Mr. Kraines hereby adopts each of the arguments in the Memorandum of Law filed on December 15, 2023, by Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy in support of their motion to dismiss (the "DCG Memorandum of Law" [Dkt. No. 137]). In support of this Motion, Mr. Kraines relies upon: (i) the accompanying memorandum of law; (ii) the DCG Memorandum of Law; and (iii) any other written or oral argument as may be requested or permitted by the Court.

ORAL ARGUMENT REQUESTED

Dated: December 15, 2023

Respectfully submitted,

*/s/ Richard Donoghue*

Richard Donoghue (admitted *pro hac vice*)
Ari Berman (admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131
Tel. No.: (212) 858-1638
Fax No.: (212) 858-1500
E-mail: richard.donoghue@pillsburylaw.com
ari.berman@pillsburylaw.com

Stephen P. Fogerty
Federal Bar No. 01398
FLB Law, PLLC
315 Post Road West
Westport, CT 06880
Tel. No.: (203) 247-9299
Fax No.: (203) 293-9999
Email: fogerty@flb.law

**Counsel for Defendant Michael Kraines**

## CERTIFICATE OF SERVICE

      I, Richard Donoghue, hereby certify that this document filed through the ECF system will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 15th day of December, 2023.

                                                                                    */s/ Richard Donoghue*
                                                                                   Richard Donoghue