UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br><br><br>December 15, 2023 |

**<u>DEFENDANT DERAR ISLIM'S MOTION TO DISMISS THE AMENDED COMPLAINT</u>**

Defendant Derar Islim moves to dismiss the Amended Complaint in the above-captioned action (Dkt. 135) for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as this Court may deem just and proper.

For the reasons explained in more detail in the accompanying Memorandum of Law and the Memorandum of Law filed by Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan and Mark Murphy in support of their Motion to Dismiss and related papers:

(i) the claims for control liability for alleged violations of the Securities Act (Claim I) and Exchange Act (Claim III) against Mr. Islim should be dismissed because Plaintiffs fail to plead control by Mr. Islim;

ORAL ARGUMENT REQUESTED

(ii) the claim for alleged violations of Exchange Act (Claim II) against Mr. Islim should be dismissed because Plaintiffs fail to adequately plead any of the necessary elements of the claim;

(iii) the Connecticut state law claim for alleged violations of the Connecticut Unfair Trade Practices Act (Claim IV) against Mr. Islim should be dismissed because Plaintiffs fail to plead a primary violation of Connecticut law, Mr. Islim's participation in any alleged violation, and Mr. Islim's knowledge of the alleged violation;

(iv) the New York state law claim for alleged violations of the New York Uniform Deceptive Trade Practices Act (Claim V) against Mr. Islim should be dismissed because Plaintiffs fail to plead a violation of New York law or Mr. Islim's participation in any alleged violation.

December 15, 2023                                              Respectfully submitted,

By: */s/ David C. Esseks*
David C. Esseks (admitted *pro hac vice*)
Erin Sisson (admitted *pro hac vice*)
Megan Sharkey (admitted *pro hac vice*)
ALLEN & OVERY LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
david.esseks@allenovery.com
erin.sisson@allenovery.com
megan.sharkey@allenovery.com

Robert S. Hoff (ct27184)
WIGGIN AND DANA LLP
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Phone: 203-363-7626
Fax: 203-363-7676
Email: rhoff@wiggin.com

*Attorneys for Defendant Derar Islim*

3

**CERTIFICATION OF SERVICE**

I hereby certify that on this 15th day of December, 2023, a copy of the foregoing was served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

/s/ *David C. Esseks*
David C. Esseks (admitted *pro hac vice*)