UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, MICHAEL MORO, and DERAR ISLIM,<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU |

**JOINT MOTION FOR EXTENSION AND ALLOCATION OF PAGE LIMIT**

Lead Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Remo Maria Morone, ("Plaintiffs"), and Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy, Soichiro "Michael" Moro, Michael Kraines and Derar Islim (collectively, the "Parties") jointly move under Federal Rule of Civil Procedure 6(b)(1)(A), Rules 7(a)(5) and 7(d) of the Local Rules of Civil Procedure for the U.S. District Court for the District of Connecticut, and the Pretrial Preferences of Stefan R. Underhill, Senior United States District Judge for the District of Connecticut, requesting: 1) permission for Plaintiffs to file one omnibus opposition brief in response to Defendants' motions to dismiss with a page limit of up to 90 pages; and 2) permission for Defendants to allocate a collective 47 pages for reply memorandum amongst themselves.

The Court previously granted similar requests on behalf of Plaintiffs and Defendants. ECF Nos. 121, 129.

On December 15, 2023, Defendants filed four motions to dismiss and supporting briefs, totaling 83 pages of briefing, and a supporting affidavit. ECF Nos. 136-143. Under the operative schedule, Plaintiffs' opposition to any motions to dismiss shall be due on or before January 22, 2024, and Defendants' replies to Plaintiffs' opposition shall be due on or before February 21, 2024.

In accordance with the Court's previous order granting Plaintiffs a page limit extension equaling the total pages of Defendants' collective motion to dismiss briefing, ECF Nos. 119, 121, Defendants request an extension of seven pages (from 40 to 47) to align their page limit with Plaintiffs' request for a page limit of up to 90 pages, seven more than the collective 83 pages briefed by Defendants.

The Parties request is being filed at least seven (7) days before the deadline for the filing of the memoranda at issue.

For the reasons set forth above, the Parties have shown good cause and respectfully request that the Court: 1) permit Plaintiffs to file one omnibus opposition brief with a page limit of up to 90 pages; and 2) permit Defendants to allocate a collective 47 pages for reply memorandum amongst themselves.

Dated: January 8, 2024

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jeffrey P. Campisi*
Donald R. Hall
Jeffrey P. Campisi
Jason A. Uris

800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714
dhall@kaplanfox.com
jcampisi@kaplanfox.com
juris@kaplanfox.com

**SILVER GOLUB & TEITELL LLP**

*/s/ Ian W. Sloss*
Ian W. Sloss
Steven L. Bloch

One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com
sbloch@sgtlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**WEIL, GOTSHAL & MANGES LLP**

By: */s/ Caroline Hickey Zalka*
Jonathan D. Polkes
Caroline Hickey Zalka
Stefania D. Venezia

767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
stefania.venezia@weil.com

**DAY PITNEY LLP**

*/s/ Thomas D. Goldberg*
Thomas D. Goldberg

One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 977-7300
Facsimile: (203) 977-7301
tgoldberg@daypitney.com

*Attorneys for Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy*

By: */s/ David C. Esseks*
David C. Esseks (admitted *pro hac vice*)
Erin Sisson (admitted *pro hac vice*)
Megan Sharkey (admitted *pro hac vice*)

**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
david.esseks@allenovery.com
erin.sisson@allenovery.com
megan.sharkey@allenovery.com

Robert S. Hoff (ct27084)
**WIGGIN AND DANA LLP**
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Telephone: 203-363-7626
Facsimile: 203-363-7676
rhoff@wiggin.com

*Attorneys for Defendant Derar Islim*

**ARNOLD & PORTER KAYE SCHOLER LLP**
Marcus Asner (*pro hac vice*)
Tyler Fink (*pro hac vice*)
Kodjo Kumi (*pro hac vice*)
250 W 55th Street
New York, NY 10019
Telephone: (212) 836-8000
marcus.asner@arnoldporter.com

Christian D. H. Schultz (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
christian.schultz@arnoldporter.com

**SPEARS MANNING & MARTINI LLC**
Joseph W. Martini (CT07225)
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
jmartini@spearsmanning.com

*Counsel to Defendant Soichiro "Michael" Moro*

*/s/   Richard  Donoghue*
Richard Donoghue (admitted *pro hac vice*)
Ari Berman (admitted *pro hac vice*)
**PILLSBURY WINTHROP SHAW PITTMAN LLP**
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 858-1638
Facsimile: (212) 858-1500
richard.donoghue@pillsburylaw.com
ari.berman@pillsburylaw.com

Stephen P. Fogerty
Federal Bar No. 01398
**FLB LAW, PLLC**
315 Post Road West
Westport, CT 06880
Telephone: (203) 247-9299
Facsimile: (203) 293-9999
fogerty@flb.law

*Counsel for Defendant Michael Kraines*

**CERTIFICATION OF COMPLIANCE WITH RULE XI (ATTORNEY SIGNATURES) OF THE ELECTRONIC FILING POLICIES AND PROCEDURES OF THE U.S. DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT (REVISED JAN. 9, 2023)**

I, Jeffrey P. Campisi, under Rule XI(D) (Multiple Signatures) of the Electronic Filing Policies and Procedures of the U.S. District Court for the District of Connecticut (Revised Jan. 9, 2023), represent that I have obtained the consent of the other attorneys who have signed the document above.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 8th day of January 2024.

*/s/ Jeffrey P. Campisi*

**CERTIFICATE OF ELECTRONIC FILING**

      I hereby certify that on January 8, 2024 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                                                 */s/  Jeffrey P. Campisi*