**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, DERAR ISLIM, and MATTHEW BALLENSWEIG, <br><br> *Defendants*. | Case No. 3:23-CV-00082-SRU <br><br> Hon. Stefan R. Underhill <br><br><br><br><br> February 15, 2024 |

**NOTICE OF APPEARANCE**

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Johanna S. Lerner, in the above-captioned matter as counsel for Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan and Mark Murphy.

          DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, AND MARK MURPHY

          By: /s/ *Johanna S. Lerner*
              Johanna S. Lerner (ct31495)
              Day Pitney LLP
              Goodwin Square
              225 Asylum Street
              Hartford, CT 06103
              Telephone: (860) 275-0100
              Fax: (860) 275-0343
              jlerner@daypitney.com

          *Their Attorneys*