# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br><br>Plaintiffs,<br><br>v.<br><br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br><br><br><br>FEBRUARY 28, 2023 |

## <u>MOTION TO WITHDRAW APPEARANCE</u>

Pursuant to Local Rule 7(e) of the United States District Court of the District of Connecticut, the undersigned counsel for Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy, hereby moves to withdraw her Appearance.  In support of this motion, the undersigned represents that Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy are currently represented by Attorneys Thomas P. Goldberg and Johanna S. Lerner of Day Pitney LLP.

DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, AND MARK MURPHY

By: /s/ *Jennifer M. Palmer*
  Jennifer M. Palmer (ct31099)
  Thomas D. Goldberg (ct04386)
  Johanna S. Lerner (ct31495)
  DAY PITNEY LLP
  One Stamford Plaza
  263 Tresser Boulevard
  Stamford, CT 06901
  Telephone: (203) 977-7300
  Fax: (203) 977-7301
  tgoldberg@daypitney.com
  jlerner@daypitney.com

  *Attorneys for Defendants*