UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>*Defendants*. | Civil Action No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

## MOTION TO WITHDRAW PRO HAC VICE APPEARANCE

Pursuant to D. Conn. L. Civ. R. 7(e), counsel for Defendants Digital Currency Group, Inc. ("DCG"), Barry Silbert ("Mr. Silbert"), Glenn Hutchins, Lawrence Lenihan and Mark Murphy (collectively, "Defendants") respectfully move this court to withdraw the pro hac vice appearance of Dylan L. Ruffi ("Mr. Ruffi") from the above-captioned action (the "Action"). In support of this Motion to Withdraw Pro Hac Vice Appearance, the undersigned counsel state as follows:

1. On February 9, 2023, a Motion for Attorney Dylan L. Ruffi to Appear Pro Hac Vice in the Action for DCG and Mr. Silbert was filed (ECF No. 13), which was granted on February 10, 2023 (ECF No. 21).

2. On February 9, 2023, a Motion for Attorney Jonathan D. Polkes to Appear Pro Hac Vice in the Action for DCG and Mr. Silbert was filed (ECF No. 10), which was granted on February 10, 2023 (ECF No. 18). On July 26, 2023, Attorney Jonathan D. Polkes filed an

additional Notice of Appearance on behalf of Glenn Hutchins, Lawrence Lenihan and Mark Murphy (ECF No. 63).

3.   On February 9, 2023, a Motion for Attorney Caroline Hickey Zalka to Appear Pro Hac Vice in the Action for DCG and Mr. Silbert was filed (ECF No. 11), which was granted on February 10, 2023 (ECF No. 19).  On July 26, 2023, Attorney Caroline Hickey Zalka filed an additional Notice of Appearance on behalf of Glenn Hutchins, Lawrence Lenihan and Mark Murphy (ECF No. 62).

4.   On February 9, 2023, a Motion for Attorney Nicole E. Prunetti to Appear Pro Hac Vice in the Action for DCG and Mr. Silbert was filed (ECF No. 12), which was granted on February 10, 2023 (ECF No. 20).

5.   On May 2, 2023, a Motion for Attorney Stefania D. Venezia to Appear Pro Hac Vice in the Action for DCG and Mr. Silbert was filed (ECF No. 46), which was granted on the same day (ECF No. 47).  On July 26, 2023, Attorney Stefania D. Venezia filed an additional Notice of Appearance on behalf of Glenn Hutchins, Lawrence Lenihan and Mark Murphy (ECF No. 64).

6.   On September 5, 2023, a Motion for Attorney Joshua M. Wesneski to Appear Pro Hac Vice in the Action for DCG, Mr. Silbert, Glenn Hutchins, Lawrence Lenihan and Mark Murphy was filed (ECF No. 83), which was granted on the same day (ECF No. 84).

7.   Mr. Ruffi is no longer affiliated with Weil, Gotshal & Manges, LLP and is no longer representing Defendants in connection with this Action.  Weil, Gotshal & Manges LLP and Day Pitney LLP continue to represent Defendants.  Therefore, successor counsel is not necessary, and Defendants continue to be represented in the Action.  Moreover, no hardship will be caused to Defendants based upon Mr. Ruffi's proposed withdrawal due to the fact that Defendants remain represented by counsel.

WHEREFORE, undersigned counsel respectfully requests that Dylan L. Ruffi's pro hac vice appearance be withdrawn in the above-captioned case.

Dated: March 6, 2024
New York, New York

Respectfully Submitted,

 */s/ Caroline Hickey Zalka*
Jonathan D. Polkes (admitted *pro hac vice*)
Caroline Hickey Zalka (admitted *pro hac vice*)
Stefania D. Venezia (admitted *pro hac vice*)
Nicole E. Prunetti (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
stefania.venezia@weil.com
nicole.prunetti@weil.com

Joshua M. Wesneski (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Tel: (202) 682-7000
Fax: (202) 857-0940
joshua.wesneski@weil.com

 */s/ Thomas D. Goldberg*
Thomas D. Goldberg (ct04386)
Jennifer M. Palmer (ct31099)
DAY PITNEY LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 977-7300
Fax: (203) 977-7301
tgoldberg@daypitney.com
jpalmer@daypitney.com

*Attorneys for Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy*

-4-

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of March, 2024, a copy of the foregoing Motion to Withdraw Pro Hac Vice Appearance was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing.  Parties may access this filing through the court's CM/ECF system.

                                           */s/ Caroline Hickey Zalka*
                                           Caroline Hickey Zalka