UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, AND REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>　　　　　Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

<u>**NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES**</u>

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

　　PLEASE TAKE NOTICE that as a result of the combination of Allen & Overy LLP and Shearman & Sterling LLP, effective May 1, 2024 the name of one of the firms representing the Defendant Derar Islim is Allen Overy Shearman Sterling US LLP. The new email addresses of counsel are david.esseks@aoshearman.com; erin.sisson@aoshearman.com; and megan.sharkey@aoshearman.com. The mailing address, telephone number, and facsimile number will for now remain the same.

Dated: New York, New York
　　　　May 1, 2024

Respectfully submitted,

ALLEN OVERY SHEARMAN
STERLING US LLP


By:   /s/ David Esseks
     David Esseks (*admitted pro hac vice*)
     Erin Sisson (*admitted pro hac vice*)
     Megan Sharkey (*admitted pro hac*)
     1221 Avenue of the Americas
     New York, NY 10020
     Tel: (212) 610-6300
     Fax: (212) 610-6399
     Email:
     david.esseks@aoshearman.com
     erin.sisson@aoshearman.com
     megan.sharkey@aoshearman.com


     Robert S. Hoff (ct27084)
     WIGGIN AND DANA LLP
     Two Stamford Plaza
     281 Tresser Boulevard
     Stamford, CT 06901
     Phone: 203-363-7626
     Fax: 203-363-7676
     Email: rhoff@wiggin.com

     *Attorneys for Defendant Derar Islim*