**KAPLAN FOX & KILSHEIMER LLP**　　　　**WEIL, GOTSHAL & MANGES LLP**
**SILVER GOLUB & TEITELL LLP**　　　　　**DAY PITNEY LLP**


June 26, 2024

**By ECF**
Honorable Stefan R. Underhill
United State District Court for the District of Connecticut
Brien McMahon Federal Building, United States Courthouse
915 Lafayette Boulevard, Suite 411
Bridgeport, Connecticut 06604

Re:  *McGreevy et al. v. Digital Currency Group, Inc. et al.*, No. 23-cv-00082-SRU

Dear Judge Underhill:

For the reasons set forth below, all Parties[1] in the above-referenced action (the "Action") respectfully request leave to file supplemental briefing to address the impact of certain developments in the Genesis chapter 11 bankruptcy proceeding on Defendants' pending Motions to Dismiss (ECF Nos. 136, 138, 140, 142), currently scheduled for oral argument on July 3, 2024.

This case involves claims under the Securities Act of 1933 ("Securities Act") and the Securities Exchange Act of 1934 regarding Plaintiffs' loans of digital assets (*e.g.*, Bitcoin) to non-party Genesis Global Capital, LLC ("Genesis"), which froze redemptions of loans on November 16, 2022 and has been in a chapter 11 bankruptcy proceeding since January 19, 2023.[2] Over the past week, the DCG Defendants and Plaintiffs met and conferred telephonically regarding certain recent developments in the Genesis chapter 11 bankruptcy proceeding, and the related impact on Defendants' Motions to Dismiss.  On May 17, 2024, the Bankruptcy Court confirmed Genesis' chapter 11 reorganization plan (the "Plan"), and the deadline for appeal passed on June

---

[1] Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy are referred to herein as the "DCG Defendants"; Defendants Michael Kraines, Soichiro "Michael" Moro, and Derar Islim are referred to herein, collectively with the DCG Defendants, as "Defendants"; and Lead Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto LP, Christopher Buttenham, and Remo Maria Morone are referred to herein as "Plaintiffs."  Collectively, Lead Plaintiffs and Defendants are referred to herein as the "Parties."

[2] *In re: Chapter 11 Genesis Global Holdco, LLC, et al*, Case No. 23-10063 (SHL).

Hon. Stefan R. Underhill
June 26, 2024
Page 2

14, 2024, with no appeal taken by any party.  Ex. A (Memorandum of Decision).  Accordingly,

the Bankruptcy Court has entered a final order approving the Plan (the "Final Approval Order").

Ex. B (Final Approval Order).

**Defendants' Position**

Further to the Bankruptcy Court's earlier orders in Genesis' chapter 11 proceeding, the

Gemini Lenders[3] already have received full recovery of the digital assets frozen by the Debtors in

November 2022.  Ex. C (Notice of Distribution).  The Final Approval Order and Plan also provide

for distributions to other creditors, including the Institutional Lenders, to commence once the Plan

becomes effective, which we understand may be around the week of July 8, 2024.

In light of these developments, Defendants submit that Plaintiffs have suffered no

cognizable damages, can no longer maintain live claims against Defendants, and the action should

be dismissed as moot.  For all the reasons that will be set forth in the supplemental briefing,

Defendants disagree with Plaintiffs' position that the interest owed under the lending agreements

is recoverable in the Action.

**Plaintiffs' Position**

The fundamental flaw in Defendants' position is that it, in effect, equates Class members'

recoveries as creditors in the Genesis chapter 11 bankruptcy proceeding with recoverable damages

in the Action. While the Amended Complaint for Violations of the Federal Securities Laws and

State Consumer Protection Laws (ECF No. 135) ("Complaint") seeks to recover all digital assets

invested with Genesis, the Complaint also seeks the recovery of interest as damages.

---

[3] The proposed class claims are pursued by the following Plaintiffs:  (1) Plaintiffs who lent digital assets to non-party Genesis via the "Gemini Earn" program (operated by Gemini Trust Company, LLC ("Gemini")) (the "Gemini Lenders"), and (2) Plaintiffs who lent digital assets directly to non-party Genesis, without any intermediary (the "Institutional Lenders").

Hon. Stefan R. Underhill
June 26, 2024
Page 3

Genesis' return of all of Gemini Earn investors' crypto assets does not moot their claims because none of the interest owed under the lending agreements that has accrued over nearly 18 months has been paid to Gemini Earn investors.  Moreover, Defendants ignore that the Complaint seeks an award of interest under Section 12(a)(1) of the Securities Act, which provides for recovery of "the consideration paid for such security ***with interest thereon***, less the amount of any income received thereon . . . ." Compl. ¶448 (emphasis added).  The recovery obtained by Gemini Earn investors (or that is expected to be provided to direct investors) in the Genesis bankruptcy is not coterminous with damages recoverable under the Securities Act.

Defendants' assertion that, in effect, Plaintiffs have no recoverable damages under the federal securities laws is wrong, and, at best, is premature at this stage of the case and requires expert analysis of damages.

**Requested Relief**

The Parties agreed that supplemental briefing on these developments before argument on the pending Motions to Dismiss is appropriate, subject to the Court's approval.  Specifically, the Parties jointly request to file supplemental briefing and jointly propose a schedule as follows:  (1) Defendants shall file a supplemental brief in support of dismissal on July 5, 2024 (not to exceed 10 pages); (2) Plaintiffs shall file a supplemental opposition brief in response on July 15, 2024 (not to exceed 10 pages); and (3) Defendants shall file a supplemental reply brief on July 19, 2024 (not to exceed 5 pages).

If the Court grants the Parties' request for supplemental briefing, the Parties further request an adjournment of the oral argument currently scheduled for July 3, 2024 to a date convenient for the Court after briefing is completed.  If the Court grants the request, Plaintiffs' preferred dates for a hearing are July 22-26, or July 29-August 1, 2024.

Hon. Stefan R. Underhill
June 26, 2024
Page 4

Dated: June 26, 2024

**KAPLAN FOX & KILSHEIMER LLP**

*/s/ Jeffrey P. Campisi*
Donald R. Hall
Jeffrey P. Campisi
Jason A. Uris
800 Third Avenue, 38th Floor
New York, NY 10022
Telephone: (212) 687-1980
Facsimile: (212) 687-7714

**SILVER GOLUB & TEITELL LLP**

*/s/ Ian W. Sloss*
Ian W. Sloss
Steven L. Bloch
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
isloss@sgtlaw.com
sbloch@sgtlaw.com

*Co-Lead Counsel for Lead Plaintiffs*

**WEIL, GOTSHAL & MANGES LLP**

*/s/ Caroline Hickey Zalka*
Jonathan D. Polkes (*pro hac vice*)
Caroline Hickey Zalka (*pro hac vice*)
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com

Joshua M. Wesneski (*pro hac vice*)
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7248
joshua.wesneski@weil.com

**DAY PITNEY LLP**

Thomas D. Goldberg
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 977-7300
Fax: (203) 977-7301
tgoldberg@daypitney.com

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Christian D. H. Schultz*
Marcus Asner (*pro hac vice*)
Tyler Fink (*pro hac vice*)
Kodjo Kumi (*pro hac vice*)
250 W 55th Street
New York, NY 10019
Telephone: (212) 836-8000
marcus.asner@arnoldporter.com

Christian D. H. Schultz (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001-3743
Telephone: (202) 942-5000

Hon. Stefan R. Underhill
June 26, 2024
Page 5

christian.schultz@arnoldporter.com

**SPEARS MANNING & MARTINI LLC**

Joseph W. Martini (CT07225)
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
jmartini@spearsmanning.com

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Richard Donoghue*
Richard Donoghue (*pro hac vice*)
Ari Berman (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Tel. No.: (212) 858-1638
Fax No.: (212) 858-1500
richard.donoghue@pillsburylaw.com
ari.berman@pillsburylaw.com

**FLB LAW, PLLC**

Stephen P. Fogerty
Federal Bar No. 01398
315 Post Road West
Westport, CT 06880
Tel. No.: (203) 247-9299
Fax No.: (203) 293-9999
fogerty@flb.law

**ALLEN & OVERY LLP**

*/s/ David C. Esseks*
David C. Esseks (*pro hac vice*)
Erin Sisson (*pro hac vice*)
Megan Sharkey (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
david.esseks@allenovery.com
erin.sisson@allenovery.com
megan.sharkey@allenovery.com

**WIGGIN AND DANA LLP**

Hon. Stefan R. Underhill
June 26, 2024
Page 6

<div style="margin-left:50%">

Robert S. Hoff (ct27084)
Two Stamford Plaza
281 Tresser Boulevard
Stamford, CT 06901
Phone: 203-363-7626
Fax: 203-363-7676
rhoff@wiggin.com

*Attorneys for Defendants*

</div>