UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, : <br> TRANSLUNAR CRYPTO, LP, CHRISTOPHER : <br> BUTTENHAM, and ALEX SOPINKA, : <br> individually and on behalf of all others similarly : <br> situated, : <br>     *Plaintiffs* : <br> : <br> v. : <br> : <br> DIGITAL CURRENCY GROUP, INC., and : <br> BARRY SILBERT, : <br>     *Defendants* : <br> : | Civil Action No. 3:23-cv-00082 <br><br><br><br><br><br> June 28, 2024 |

**NOTICE OF APPEARANCE**

To the Clerk of the Court and all parties of record:

Please enter the appearance of the undersigned, Robert A. Rhodes, in the above captioned matter as counsel for the Defendant, Michael Kraines.

                                                        THE DEFENDANT,
                                                        MICHAEL KRAINES

                                                        By: ***/s/ Robert A. Rhodes***
                                                           Robert A. Rhodes, Esq.
                                                           Federal Bar No. ct13583
                                                           FLB Law, PLLC, located
                                                           315 Post Road West
                                                           Westport, CT  06880
                                                           Telephone: (203) 635-2200
                                                           Facsimile: (203) 293-9999
                                                           Email: rhodes@flb.law
                                                           *Counsel for Defendant* Michael Kraines

- 2 –

## CERTIFICATE OF SERVICE

    I hereby certify that on this 28th day of June 2024, a copy of the foregoing was filed electronically and served by regular first-class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                            By: /s/ Robert A. Rhodes
                                            Robert A. Rhodes (ct13583)