UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, individually and on behalf of all others similarly situated,<br><br>              Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>              Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br>JULY 2, 2024 |

**DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, AND MARK MURPHY'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, and Mark Murphy (collectively, the "DCG Defendants") respectfully submit this Notice of Supplemental Authority to bring to the Court's attention the decision of the United States District Court for the District of Columbia in *Securities and Exchange Commission v. Binance Holdings Limited*, No. 23-1599 (ABJ) (D.D.C. June 28, 2024), a copy of which is attached hereto as **Exhibit A**. In particular, the court's discussion of Count III of the complaint at issue in that case (Exhibit A, at 51–54), is relevant to the DCG Defendants' argument that the Lending Agreements are not securities. *See* ECF No. 137, at 30–36; ECF No. 149, at 21–27.

Respectfully Submitted,

DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, AND MARK MURPHY

By: /s/ Caroline Hickey Zalka
Caroline Hickey Zalka (admitted *pro hac vice*)
Jonathan D. Polkes (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com

Joshua M. Wesneski (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7248
joshua.wesneski@weil.com

Thomas D. Goldberg (ct04386)
Johanna S. Lerner (ct31495)
DAY PITNEY LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 977-7300
Fax: (203) 977-7301
tgoldberg@daypitney.com
jlerner@daypitney.com

*Their Attorneys*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of July, 2024, a copy of the foregoing Notice of Supplemental Authority was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by regular first-class mail to counsel unable to accept electronic filing. Parties may access this filing through the court's CM/ECF system.

                                            */s/ Caroline Hickey Zalka*
                                           Caroline Hickey Zalka