## UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT
## CIVIL STANDARD MINUTES

Date: **7/3/2024**

**MCGREEVY ET AL**

Vs.

**DIGITAL CURRENCY GROUP, INC. ET AL**

Start Time: **9:35 AM**   End Time: **12:15 PM**

Recess (if more than ½ hr) _____ to _____

Total Time: **2** hour(s) **40** minute(s)

Case #: **3:23-cv-00082-SRU**
Honorable Judge: **Stefan R. Underhill**
Deputy Clerk: **J. Reis**
Counsel for Pla(s): **Jeffrey Campisi and Ian Sloss**
Counsel for Dft(s): **J.Polkes, C.Zalga, T.Goldberg, M.Azner, D.Essex, M.Donahue**
Reporter/ECRO/Courtsmart: **Melissa Cianciullo**
Interpreter: **NA**   Language: **NA**
Hearing held: ✓ in person ☐ by video ☐ by telephone

### HEARING AND TIME

- ■ Motion/Oral Argument
- ☐ Show Cause Hearing
- ☐ Evidentiary Hearing
- ☐ Judgment Debtor Exam
- ☐ Pretrial Conference
- ☐ Scheduling Conference
- ☐ Status Conference
- ☐ Settlement Conference
- ☐ Other: _____

### MOTIONS

☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ Brief(s) due _____   ☐ Proposed Findings due _____   Response due _____
☐ Status report due _____
☐ Hearing continued until _____ at _____

### NOTES

**The motions to dismiss, doc. nos. 97, 98, 100, 101, 104, 136, 138, 140, and 142, are taken under advisement.**
**Plaintiffs shall update the Court as to whether they wish to file an amended complaint.**
**The parties shall notify the Court should they wish to be referred to a Magistrate Judge for settlement purposes.**

Rev. 3/21/24