**KAPLAN FOX & KILSHEIMER LLP**  **WEIL, GOTSHAL & MANGES LLP**
**SILVER GOLUB & TEITELL LLP**  **DAY PITNEY LLP**

July 10, 2024

**By ECF**
Honorable Stefan R. Underhill
United States District Court for the District of Connecticut
Brien McMahon Federal Building, United States Courthouse
915 Lafayette Boulevard, Suite 411
Bridgeport, Connecticut 06604

Re: *McGreevy et al v. Digital Currency Group, Inc. et al*, 3:23-cv-00082-SRU (D. Conn.)

Dear Judge Underhill:

Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Remo Maria Morone (together, "Plaintiffs") and defendants Digital Currency Group, Inc., Barry Silbert, Glenn Hutchins, Lawrence Lenihan, Mark Murphy, Michael Kraines, Soichiro "Michael" Moro, and Derar Islim (together, "Defendants") ("Plaintiffs" and, together with Defendants, the "Parties") jointly submit this letter to advise the Court that: (1) Plaintiffs intend to accept the Court's invitation to file a Third Amended Complaint; and (2) the Parties have conferred accordingly and agreed upon the following briefing schedule:

| | |
|---|---|
| Plaintiffs' Third Amended Complaint | July 31, 2024 |
| Defendants Response to Plaintiffs' Third Amended Complaint | September 16, 2024 |
| Plaintiffs' Opposition (if necessary) | October 31, 2024 |
| Defendants' Reply (if necessary) | December 2, 2024 |

The Parties respectfully request that the Court approve their proposed schedule. The Parties are available to discuss should the Court have any questions.

Dated: July 10, 2024

| | |
|---|---|
| **KAPLAN FOX & KILSHEIMER LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| */s/ Jeffrey P. Campisi* | By: */s/ Caroline Hickey Zalka* |
| Donald R. Hall | Jonathan D. Polkes |
| Jeffrey P. Campisi | Caroline Hickey Zalka |
| Jason A. Uris | Stefania D. Venezia |
| 800 Third Avenue, 38th Floor | 767 Fifth Avenue |
| New York, NY 10022 | New York, NY 10153 |
| Telephone: (212) 687-1980 | Telephone: (212) 310-8000 |
| Facsimile: (212) 687-7714 | Facsimile: (212) 310-8007 |
| | jonathan.polkes@weil.com |
| | caroline.zalka@weil.com |
| **SILVER GOLUB & TEITELL LLP** | stefania.venezia@weil.com |
| */s/ Ian W. Sloss* | **DAY PITNEY LLP** |
| Ian W. Sloss | |
| Johnathan Seredynski | */s/ Thomas D. Goldberg* |
| | Thomas D. Goldberg |
| One Landmark Square, Floor 15 | |
| Stamford, Connecticut 06901 | One Stamford Plaza |
| Telephone: (203) 325-4491 | 263 Tresser Boulevard |
| isloss@sgtlaw.com | Stamford, CT 06901 |
| jseredynski@sgtlaw.com | Telephone: (203) 977-7300 |
| | Fax: (203) 977-7301 |
| *Co-Lead Counsel for Lead Plaintiffs* | tgoldberg@daypitney.com |

**ARNOLD & PORTER KAYE SCHOLER LLP**

*/s/ Marcus Asner*
Marcus Asner (*pro hac vice*)
Tyler Fink (*pro hac vice*)
Kodjo Kumi (*pro hac vice*)
250 W 55th Street
New York, NY 10019
Telephone: (212) 836-8000
marcus.asner@arnoldporter.com

Christian Schultz (*pro hac vice*)
601 Massachusetts Ave, NW
Washington, DC 20001-3743

Hon. Stefan R. Underhill
July 10, 2024
Page 3

    Telephone: (202) 942-5000
    christian.schultz@arnoldporter.com

**SPEARS MANNING & MARTINI LLC**

Joseph W. Martini (CT07225)
2425 Post Road, Suite 203
Southport, CT 06890
Telephone: (203) 292-9766
jmartini@spearsmanning.com

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

*/s/ Richard Donoghue*
Richard Donoghue (*pro hac vice*)
Ari Berman (*pro hac vice*)
31 West 52nd Street
New York, NY 10019-6131
Tel. No.: (212) 858-1638
Fax No.: (212) 858-1500
richard.donoghue@pillsburylaw.com
ari.berman@pillsburylaw.com

**FLB LAW, PLLC**

Stephen P. Fogerty
Federal Bar No. 01398
315 Post Road West
Westport, CT 06880
Tel. No.: (203) 247-9299
Fax No.: (203) 293-9999
fogerty@flb.law

**ALLEN & OVERY LLP**

*/s/ David C. Esseks*
David C. Esseks (*pro hac vice*)
Erin Sisson (*pro hac vice*)
Megan Sharkey (*pro hac vice*)
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 610-6300
david.esseks@allenovery.com

Hon. Stefan R. Underhill
July 10, 2024
Page 4

                                                  erin.sisson@allenovery.com
                                                  megan.sharkey@allenovery.com

                                                  **WIGGIN AND DANA LLP**

                                                  Robert S. Hoff (ct27084)
                                                  Two Stamford Plaza
                                                  281 Tresser Boulevard
                                                  Stamford, CT 06901
                                                  Phone: 203-363-7626
                                                  Fax: 203-363-7676
                                                  rhoff@wiggin.com

                                                  *Attorneys for Defendants*