UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, and REMO MARIA MORONE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, GLENN HUTCHINS, LAWRENCE LENIHAN, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM<br><br>Defendants. | Case No.: 3:23-cv-00082-SRU |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE THIRD AMENDED COMPLAINT

Plaintiffs William McGreevy, Ashwin Gowda, Translunar Crypto, LP, Christopher Buttenham, and Remo Maria Morone (together, "Plaintiffs") respectfully move under Federal Rule of Civil Procedure 6(b)(1)(A), Rule 7(b) of the Local Rules of Civil Procedure for the U.S. District Court for the District of Connecticut, and the Pretrial Preferences of Stefan R. Underhill, requesting that Plaintiffs receive an additional twelve (12) days (from July 31, 2024 to August 12, 2024) to file their Third Amended Complaint, and that the corresponding deadlines relating to Defendants' anticipated motions to dismiss be adjusted by the same.

Plaintiffs' counsel conferred with counsel for defendants by email on July 31, 2024 and Defendants indicated that they "take no position" on Plaintiffs' request.

On July 12, 2024, the Court approved the parties' proposed schedule (ECF No(s). 166, 165), which set the due date for Plaintiffs to file their Third Amended Complaint as July 31,

2024.

On July 30, 2024, at 8:54 pm EST, counsel for Genesis Global Holdco, LLC and its debtor affiliates, as debtors and debtors-in-possession (collectively, the "Debtors") in the chapter 11 case *In re: Genesis Global Holdco, LLC, et al.*, Case No. 23-10063 (SHL) (Bankr. S.D.N.Y.) (the "Genesis Bankruptcy Action") filed a *NOTICE OF PROJECTED EFFECTIVE DATE FOR THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN* (attached as Exhibit A) which stated, in relevant part, that:

(1) the debtors anticipate the Effective Date of the Chapter 11 plan will occur on Friday, August 2, 2024; and

(2) the debtors further anticipate that distributions to Holders of General Unsecured Claims denominated in USD, BTC and ETH will be made the same day, on Friday, August 2, 2024.

The details of the anticipated distributions—including the percentage recovery the distributions represent and the type of digital assets or currency distributed—are likely to impact Plaintiffs' claims and Defendants' defenses in this action.

Plaintiffs' proposal is designed to conserve judicial resources by granting Plaintiffs' modest requested extension so that Plaintiffs may review the currently unavailable details of the anticipated forthcoming distributions and include allegations regarding those distributions and their impact on Plaintiffs' claims in Plaintiffs' Third Amended Complaint, rather than have these details be the subject of subsequent supplemental filings by the parties.

Plaintiffs therefore propose the following schedule be adopted:

| **Filing** | **Due Date** |
|---|---|
| Plaintiffs' Third Amended Complaint | August 12, 2024 |
| Defendants' Response to Plaintiffs' Third Amended Complaint | September 30, 2024 |
| Plaintiffs' Opposition (if necessary) | November 14, 2024 |
| Defendants' Reply (if necessary) | December 14, 2024 |

For the reasons set forth above, Plaintiffs have established good cause and that compelling circumstances have arisen warranting an extension of time and respectfully request that the Court extend the deadline for Plaintiffs to file their Third Amended Complaint, as well as the other deadlines previously set by the Court, by twelve (12) days.

Dated: July 31, 2024

Respectfully submitted,

**SILVER GOLUB & TEITELL LLP**

*/s/ Ian W. Sloss*
Ian W. Sloss ct31244
Steven L. Bloch ct31246
Johnathan Seredynski ct30412
Krystyna Gancoss (*pro hac vice* forthcoming)
One Landmark Square, Floor 15
Stamford, Connecticut 06901
Telephone: (203) 325-4491
Facsimile: (203) 325-3769
isloss@sgtlaw.com
sbloch@sgtlaw.com
jseredynski@sgtlaw.com
kgancoss@sgtlaw.com

**KAPLAN FOX & KILSHEIMER LLP**
Donald R. Hall (CT Bar No. 416065)
Jeffrey P. Campisi (admitted *pro hac vice*)
Jason A. Uris (*pro hac vice* forthcoming)
800 Third Avenue, 38th Floor
New York, NY 10022

3

                                        Telephone: (212) 687-1980
                                        Facsimile: (212) 687-7714
                                        dhall@kaplanfox.com
                                        jcampisi@kaplanfox.com
                                        juris@kaplanfox.com

*Lead Counsel for Lead Plaintiffs and the Proposed Class, and counsel for the Additional Named Plaintiffs*