# Exhibit A

Sean A. O'Neal
Luke A. Barefoot
Jane VanLare
Thomas S. Kessler
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Counsel to the Debtors
and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| Genesis Global Holdco, LLC, *et al.*,[1] | Case No.: 23-10063 (SHL) |
| Debtors. | Jointly Administered |

**NOTICE OF PROJECTED EFFECTIVE DATE
FOR THE DEBTORS' AMENDED JOINT CHAPTER 11 PLAN**

**PLEASE TAKE NOTICE** that, on January 19, 2023 (the "Petition Date"), Genesis Global Holdco, LLC ("Holdco") and its debtor affiliates, as debtors and debtors-in-possession in the above-captioned chapter 11 cases (collectively, the "Debtors"), each filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq*. (the "Bankruptcy Code") with the United States Bankruptcy Court for the Southern District of New York (the "Court").

**PLEASE TAKE FURTHER NOTICE** that, on July 21, 2024, the Debtors filed the *Debtors' Amended Joint Chapter 11 Plan* (ECF No. 1874, and as further amended and supplemented, the "Amended Plan").[2] The Amended Plan provides that the Effective Date of the Amended Plan is the date on which: (i) no stay of the Confirmation Order is in effect; (ii) all conditions precedent specified in the Article IX of the Amended Plan have been satisfied or

---

[1] The Debtors in these Chapter 11 Cases, along with the last four digits of each Debtor's tax identification number (as applicable), are: Genesis Global Holdco, LLC (8219); Genesis Global Capital, LLC (8564); Genesis Asia Pacific PTE. LTD. (2164R). For the purpose of these Chapter 11 Cases, the service address for the Debtors is 175 Greenwich Street, Floor 38, New York, NY 10007.

[2] Capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Amended Plan.

waived; and (iii) the Amended Plan is declared effective in accordance with its terms. *See* Amended Plan Art. I.A ¶ 85.

**PLEASE TAKE FURTHER NOTICE** that, on May 17, 2024, the Court entered the *Memorandum of Decision* (ECF No. 1691), approving, *inter alia*, the Debtors' Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that, on May 31, 2024, the Court entered the *Findings of Fact, Conclusions of Law, and Order (I) Confirming the Debtors' Amended Joint Chapter 11 Plan and (II) Granting Related Relief* (ECF No. 1736, the "Confirmation Order").

**PLEASE TAKE FURTHER NOTICE** that, on June 5, 2024, the Debtors filed the *Notice of Distribution Record Date for the Debtors' Amended Joint Chapter 11 Plan* (ECF No. 1744), providing notice that June 14, 2024 was the Distribution Record Date for all purposes under the Amended Plan.

**PLEASE TAKE FURTHER NOTICE** that, on June 14, 2024, the appeal period expired and the Confirmation Order became final and non-appealable.

**PLEASE TAKE FURTHER NOTICE** that, the Debtors anticipate the Effective Date will occur on **August 2, 2024**, subject to further extensions of time following consultation with the Committee and Ad Hoc Group.

**PLEASE TAKE FURTHER NOTICE** that the Debtors anticipate that distributions to Holders of General Unsecured Claims denominated in USD, BTC and ETH will be made on the Effective Date, which shall be the Initial Distribution Date. Distributions to Holders of General Unsecured Claims denominated in Alt-Coin will be made after the Effective Date in accordance with the Amended Plan as determined by the Wind-Down Oversight Committee.

**PLEASE TAKE FURTHER NOTICE** that copies of all pleadings filed in these chapter 11 cases can be viewed and/or obtained: (i) by visiting the Debtors' case website at https://restructuring.ra.kroll.com/genesis/, (ii) otherwise from the Debtors' notice and claims agent, Kroll Restructuring Administration LLC, located at 55 East 52nd Street, 17th Floor, New York, NY 10055, or by calling +1 888-524-2017 or (iii) accessing the Court's website at www.nysb.uscourts.gov. Note that a PACER password is needed to access documents on the Court's website.

Dated: July 30, 2024  
    New York, New York

/s/ Sean A. O'Neal  
Sean A. O'Neal  
Luke A. Barefoot  
Jane VanLare  
Thomas S. Kessler  
CLEARY GOTTLIEB STEEN & HAMILTON LLP  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999

*Counsel for the Debtors  
and Debtors-in-Possession*

3