UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, REMO MARIA MORONE, DOMINIC MACRI, LARRY WIENER, DEREK WILSON, DANIEL AMELI, and LEE JACOBSON, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>　　　　　　　　　Defendants. | Civil Action No. 3:23-cv-00082-SRU<br><br>CLASS ACTION<br><br>Hon. Stefan R. Underhill |

**DEFENDANT MICHAEL MORO'S**
**MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

PLEASE TAKE NOTICE that Defendant Soichiro "Michael" Moro, by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiffs' Third Amended Complaint for Violations of the Federal Securities and State Consumer Protection Laws, as well as Common Law Fraud allegations, dated August 12, 2024, pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6). In support of the motion, Mr. Moro relies upon (i) the accompanying memorandum, (ii) the arguments in defendant Digital Currency Group, Inc.'s memorandum of law in support of its own motion to dismiss, and (iii) any other written or oral argument as may be requested or permitted by the Court.

ORAL ARGUMENT REQUESTED

Dated: September 30, 2024               Respectfully submitted,


                                        */s/ Christian D. H. Schultz*
                                        ─────────────────────────────

**SPEARS MANNING & MARTINI LLC**        **ARNOLD & PORTER KAYE SCHOLER LLP**
Joseph W. Martini (CT07225)             Marcus Asner (*pro hac vice*)
2425 Post Road, Suite 203               Tyler Fink (*pro hac vice*)
Southport, CT 06890                     Kodjo Kumi (*pro hac vice*)
Telephone: (203) 292-9766               250 W 55th Street
jmartini@spearsmanning.com              New York, NY 10019
                                        Telephone: (212) 836-8000
                                        marcus.asner@arnoldporter.com

                                        Christian Schultz (*pro hac vice*)
                                        601 Massachusetts Ave, NW
                                        Washington, DC 20001-3743
                                        Telephone: (202) 942-5000
                                        christian.schultz@arnoldporter.com

                                        *Counsel to Defendant Soichiro "Michael" Moro*


## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2024, I caused a copy of the foregoing to be filed electronically. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.


                                        */s/ Christian D. H. Schultz*
                                        ─────────────────────────────