UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, REMO MARIA MORONE, DOMINIC MACRI, LARRY WIENER, DEREK WILSON, DANIEL AMELI, and LEE JACOBSON, individually and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM, <br><br> Defendants. | Case No. 3:23-cv-00082-SRU <br><br> Hon. Stefan R. Underhill <br><br><br><br><br> SEPTEMBER 30, 2024 |

### DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, AND MARK MURPHY'S MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(6) and 9(b), Defendants Digital Currency Group, Inc., Barry Silbert, and Mark Murphy respectfully move to dismiss with prejudice the Amended Class Action Complaint in this action for failure to state a claim upon which relief can be granted, and for any further relief that the Court may deem just and proper, as more fully set forth in the accompanying Memorandum of Law.

Respectfully Submitted,

DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, AND MARK MURPHY

By: /s/ Jonathan D. Polkes
Jonathan D. Polkes (admitted *pro hac vice*)
Caroline Hickey Zalka (admitted *pro hac vice*)
Tania C. Matsuoka (*pro hac vice pending*)
Amber Venturelli (*pro hac vice pending*)
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007
jonathan.polkes@weil.com
caroline.zalka@weil.com
tania.matsuoka@weil.com
amber.venturelli@weil.com

Joshua M. Wesneski (admitted *pro hac vice*)
WEIL, GOTSHAL & MANGES LLP
2001 M Street NW, Suite 600
Washington, DC 20036
Telephone: (202) 682-7248
joshua.wesneski@weil.com

/s/ Thomas D. Goldberg
Thomas D. Goldberg (ct04386)
Johanna S. Lerner (ct31495)
DAY PITNEY LLP
One Stamford Plaza
263 Tresser Boulevard
Stamford, CT 06901
Telephone: (203) 977-7300
Fax: (203) 977-7301
tgoldberg@daypitney.com
jlerner@daypitney.com

*Their Attorneys*

**CERTIFICATION OF COMPLIANCE WITH RULE XI(D)**

    I hereby represent pursuant to Rule XI(D) (Multiple Signatures) of the Electronic Filing Policies and Procedures of the United States District Court for the District of Connecticut that the other attorneys whose signatures appear on the foregoing consented to the inclusion of their signatures.

                                             /s/ *Jonathan D. Polkes*
                                             Jonathan D. Polkes