UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, REMO MARIA MORONE, DOMINIC MACRI, LARRY WIENER, DEREK WILSON, DANIEL AMELI, and LEE JACOBSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>September 30, 2024 |

## DEFENDANT DERAR ISLIM'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT

Defendant Derar Islim moves to dismiss the Third Amended Complaint in the above-captioned action (Dkt. 171) for failure to state a claim under Rule 12(b)(6) of the Federal Rules of Civil Procedure and for such other and further relief as this Court may deem just and proper.

For the reasons explained in more detail in the accompanying Memorandum of Law and the Memorandum of Law filed by Digital Currency Group, Inc., Barry Silbert, and Mark Murphy in support of their Motion to Dismiss and related papers:

(i) the claim for alleged violations of the Exchange Act (Claim II) against Mr. Islim should be dismissed because Plaintiffs fail to adequately plead any of the necessary elements of the claim;

ORAL ARGUMENT REQUESTED

(ii) the claims for control liability for alleged violations of the Securities Act (Claim I) and Exchange Act (Claim III) against Mr. Islim should be dismissed because Plaintiffs fail to plead control by Mr. Islim;

(iii) the claims for alleged violations of California, Florida, Illinois, New York, Texas, Kansas, and Nevada state laws for deceptive trade practices (Claims IV–X) against Mr. Islim should be dismissed because Plaintiffs fail to plead allegations about Mr. Islim's conduct that would give rise to a violation of any of the cited state laws;

(iv) the New York state law claim for alleged common law fraud (Claim XI) against Mr. Islim should be dismissed because Plaintiffs fail to demonstrate a materially false representation made by Mr. Islim with the intent to defraud, reliance, or damages.

September 30, 2024                                             Respectfully submitted,

By: */s/ David C. Esseks*
David C. Esseks (admitted *pro hac vice*)
Erin Sisson (admitted *pro hac vice*)
Megan Sharkey (admitted *pro hac vice*)
ALLEN OVERY SHEARMAN STERLING US LLP
599 Lexington Avenue
New York, New York 10022
Tel: (212) 848-4000
david.esseks@aoshearman.com
erin.sisson@aoshearman.com
megan.sharkey@aoshearman.com

2

                Robert S. Hoff (ct27084)
                WIGGIN AND DANA LLP
                Two Stamford Plaza
                281 Tresser Boulevard
                Stamford, CT 06901
                Phone: 203-363-7626
                Fax: 203-363-7676
                Email: rhoff@wiggin.com

*Attorneys for Defendant Derar Islim*

2

**CERTIFICATION OF SERVICE**

    I hereby certify that on this 30th day of September, 2024, a copy of the foregoing was served electronically via the Court's CM/ECF system. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF system.

                                                /s/ *David C. Esseks*
                                    David C. Esseks (admitted *pro hac vice*)