UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, REMO MARIA MORONE, DOMINIC MACRI, LARRY WIENER, DEREK WILSON, DANIEL AMELI, and LEE JACOBSON, individually and on behalf of all others similarly situated,<br><br>           Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>           Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br>SEPTEMBER 30, 2024 |

### DECLARATION OF CAROLINE HICKEY ZALKA IN SUPPORT OF DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, AND MARK MURPHY'S MOTION TO DISMISS

I, Caroline Hickey Zalka, declare the following under penalty of perjury:

1. I am an attorney duly admitted to practice before this Court and a member of Weil, Gotshal & Manges LLP, counsel for Defendants Digital Currency Group, Inc. ("DCG"), Barry Silbert, and Mark Murphy (collectively, the "Defendants"). I submit this Declaration in support of Defendants' Motion to Dismiss the Third Amended Complaint (the "Motion").

2. True and correct copies of the following documents cited in the accompanying Memorandum of Law in Support of the Motion are attached as exhibits A through M:

| **Exhibit** | **Description** |
|---|---|
| A | Master Borrow Agreement among Genesis Global Capital, LLC and each Institutional Lender. |

| | |
|---|---|
| B | Master Digital Asset Loan Agreement among Genesis Global Capital, LLC, Gemini Trust Company, and each Gemini Earn Lender. |
| C | Gemini Press Release dated June 20, 2024. |
| D | Cleary Gottlieb Press Release dated August 26, 2024. |
| E | Redline of Third Amended Complaint to Second Amended Complaint. |
| F | Gemini Webpage titled "Why Did Gemini Earn Rates Change." |
| G | Gemini Webpage titled "Earn Interest on Crypto with Gemini Earn." |
| H | Genesis Webpage titled "Yield Services." |
| I | Genesis Global Holdco, LLC Operating Agreement. |
| J | Genesis Global Capital, LLC Operating Agreement. |
| K | Gemini Earn Authorization Agreement. |
| L | Bitcoin Price Chart in USD for February 2, 2021 – August 12, 2024. |
| M | Ethereum Price Chart in USD for February 2, 2021 – August 12, 2024. |

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 30, 2024
New York, New York

/s/ *Caroline Hickey Zalka*
Caroline Hickey Zalka
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8000
Fax: (212) 310-8007

*Counsel for Defendants Digital Currency Group, Inc., Barry Silbert, and Mark Murphy*

2