# EXHIBIT C

  Prices    Derivatives    All Products    Institutions    R

# Announcing the Successful Resolution of Earn

Final Earn distributions are now available in your Gemini account.

With this final distribution, Earn users will have received 100% of the assets owed to them in kind. This represents a 237% recovery — $1 billion more in value — from when Genesis halted withdrawals.

We are thrilled that we have been able to achieve this **full recovery in kind** for you. We recognize the hardship caused by this lengthy process and appreciate your continued support and patience throughout. And we are thankful that it has now officially concluded!

# Updates

June 20, 2024 (Thursday)

Today, we are pleased to announce that your final Earn distribution — approximately 3% of the remaining digital assets owed to you by Genesis as of the suspension date (November 16, 2022) — is now available in your Gemini account.

The following message was shared with Earn users today:

^

Hi there,

Today, we are pleased to announce that your final Earn distribution — approximately 3% of the remaining digital assets owed to you by Genesis as of the suspension date (November 16, 2022) — is now available in your Gemini account.

**With this final distribution, Earn users will have received 100% of the assets owed to them in kind. This represents a 237% recovery — $1 billion more in value — from when Genesis halted withdrawals.**

In order to access the final Earn distribution in your account, please follow these steps:

1. Log into your Gemini account

2. Navigate to your account settings

3. Visit the "Earn Distributions" section

4. Read through the materials

5. Click or press the "Access" button to initiate the distribution process

After you take these steps, we will update your available balance to reflect your final Earn distribution in your Gemini account. Please allow up to several hours for your final distribution to appear in your account.

If you take no action, we will automatically update your available balance to reflect this final distribution in your account by **Friday**, **June 21, 2024**. For more information, please review our FAQ here.

We are thrilled that we have been able to achieve this **full recovery in kind** for you. We recognize the hardship caused by this lengthy process and appreciate your continued support and patience throughout. And we are thankful that it has now officially concluded!

Onward and Upward,
Team Gemini