# EXHIBIT F



Look for a topic

# Gemini Earn & Gemini Custody

Learn about Gemini Earn, our Segregated Custody Solution, and other product offerings.

**Gemini Earn & Gemini Custody**

Gemini  >  Gemini Earn & Gemini Custody  >  Earn

## Why did Gemini Earn rates change?

Since Gemini Earn is a lending program, it is subject to the same market forces of supply and demand that affect every lending market.

Our partner adjusts their interest rates based on market-wide shifts for specific crypto. We are committed to offering competitive rates on all assets offered through Gemini Earn. Gemini will notify you whenever our rates change and generally we strive to change rates less frequently than once a month.

To view our current rates, please visit our page **here.**

Articles in this section



Buy and sell bitcoin, ether, and other cryptocurrency.

## Stay up to date

Enter your email address below.

**Submit**

This site is protected by reCAPTCHA and the Google Privacy Policy and Terms of Service apply.

## Products

Gemini

Gemini Earn®

Gemini Credit Card®

Gemini ActiveTrader®

Gemini dollar®

Gemini Custody®

Gemini Clearing®

Gemini Pay®

Gemini Wallet®

Gemini Mobile

View All

## Partners

Samsung

TradingView

Brave

Nifty Gateway®

Affiliate Program

View All

## Security

## Institutions

## Company

About Us

Blog

Newsroom

Careers

Community

Frontier Fund

## Resources

Prices

Cryptopedia®

Videos

API Docs

Refer a Friend

Auction Data

Opportunity Fund

Help Center

Help Desk

Status

Marketplace & Fees

Areas of Availability

Legal Agreements

Privacy Policy

**Get the app**





   

© Copyright 2021 Gemini Trust Company, LLC.
NMLS #1518126
For trademarks and patents, please see the Legal Notice.