# EXHIBIT G



# Earn interest on crypto with Gemini Earn®

Put your crypto to work. With Gemini Earn, you can receive up to 8.05% APY on your cryptocurrency, including stablecoins.¹

Get started

Calculate your earnings



## How to earn interest on crypto



Unlike other opportunities to earn interest on your crypto holdings, you can redeem and move your cryptocurrency back to your trading account (plus interest) at any time, with no minimums, and no transfer or redemption fees

## Why choose Gemini?

Gemini is one of the safest cryptocurrency exchanges where you can buy, sell, store, and earn interest on bitcoin and other cryptocurrencies.

### Industry-leading security

Gemini is a New York trust company regulated by the New York State Department of Financial Services (NYSDFS). We are subject to the capital reserve requirements, cybersecurity requirements, and banking compliance standards set forth by the NYSDFS and the New York Banking Law—on par with traditional financial institutions.
More about our commitment to security

### Crypto Security

The majority of your crypto is held in our offline, air-gapped Cold Storage system. Only a small portion is held in our online Hot Wallet, which is insured against certain types of losses.

### Account Security

Two-Factor Authentication (2FA) is required when you log in to your account or make crypto withdrawals.

### Competitive features and rates

Interest compounds daily. Deposit and receive more than 110x the average national interest rate$^2$, with high-yield crypto returns.
See our interest rates here



cryptocurrency investments, with no minimums and no transfer or withdrawal fees.

**Available in every U.S. state, Singapore, and Hong Kong.**

No other cryptocurrency exchange or financial institution offers the opportunity for users to earn interest on crypto in every U.S. state, including New York. Gemini Earn is also available in Singapore and Hong Kong.

### Earn on stablecoins

Stablecoins are digital assets that are tied to traditional fiat currencies and are designed to minimize crypto price volatility, while maintaining the mobility and utility of cryptocurrency. Gemini Earn supports stablecoins like Gemini dollar (GUSD) and Dai.$^4$

More about stablecoins

**Gemini dollar (GUSD)**

Gemini dollar™ is a stablecoin redeemable at any time for $1 USD at Gemini, anytime.

**Beat inflation**

Gemini Earn allows users to outpace inflation rates by receiving returns through stablecoins.

## Calculate your crypto earnings

Enter an amount, pick a cryptocurrency, and select a time frame to find out how much interest you can earn.



$10,000     USD

approx. 5978.715771INCH

Crypto

1inch
8.05% APY

**Projected 2 years interest**

# $1,674.80

Calculated based on the current 1INCH price of $1.67

 4 yr

Annual Percentage Yield (APY) as of April 08, 2022. APY may change at any time before or after account is opened. This calculator is for illustrative purposes only and may not apply to your individual circumstances. Calculated values assume that principal and interest remain on deposit and are rounded to the nearest dollar. All APY's are subject to change.

## Get started

Signing up is fast, easy, and secure.



1.  Download the **Gemini Mobile App** or log into the **Gemini Exchange** in your web browser. Click the "Earn" tab.

## How Earn Works

Buy, sell, store, spend, and earn cryptocurrency all through one platform.



On the Gemini platform, customers can view their combined trading balance and Earn balance, as well as the interest they've earned. Interest is paid daily at 4p.m. ET, on the following business day that funds are moved to Gemini Earn.



Gemini partners with accredited third-party borrowers like **Genesis**, who are vetted through a risk management framework that reviews our partners' collateralization management process. Additionally, on a periodic basis we conduct analyse of our partners' cash flow,





Gemini notifies customers when interest payments hit their accounts and users can check balances in real time. Gemini will continue to add high-quality partners in order to ensure competitive rates and allow users to diversify borrowers.

## Crypto interest rates

Check here to find the latest rates for interest-earning accounts. Rates may increase or decrease in the future.

| Asset | APY |
|---|---|
| 1inch<br>1INCH | 8.05% |
| Aave<br>AAVE | 1.01% |
| Alchemix<br>ALCX | 1.51% |
| Amp<br>AMP | 0.50% |
| Ankr<br>ANKR | 1.01% |

# GEMINI

| | | |
|---|---|---|
| | Balancer<br>BAL | 1.25% |
| | Basic Attention Token<br>BAT | 1.01% |
| | Bitcoin Cash<br>BCH | 5.33% |
| | Bitcoin<br>BTC | 1.01% |
| | Compound<br>COMP | 2.28% |
| | Curve<br>CRV | 8.05% |
| | Dai<br>DAI | 6.43% |
| | Dogecoin<br>DOGE | 1.01% |
| | Ether<br>ETH | 1.26% |
| | Filecoin<br>FIL | 7.25% |
| | Fantom<br>FTM | 2.66% |



| | | |
|---|---|---|
| | Gemini dollar<br>GUSD | 6.90% |
| | Injective<br>INJ | 1.51% |
| | Kyber Network<br>KNC | 1.25% |
| | Chainlink<br>LINK | 0.50% |
| | Livepeer<br>LPT | 0.50% |
| | Litecoin<br>LTC | 1.51% |
| | Terra<br>LUNA | 6.11% |
| | Decentraland<br>MANA | 0.75% |
| | Polygon<br>MATIC | 2.02% |
| | Mirror<br>MIR | 0.50% |
| | Maker | |

**GEMINI**

| | | |
|---|---|---|
| | OXT | 0.50% |
| | PAX Gold<br>PAXG | 0.50% |
| | Ren<br>REN | 0.50% |
| | Rally<br>RLY | 4.22% |
| | Synthetix<br>SNX | 2.53% |
| | Solana<br>SOL | 4.55% |
| | Storj<br>STORJ | 3.05% |
| | SushiSwap<br>SUSHI | 1.01% |
| | Uma<br>UMA | 0.50% |
| | Uniswap<br>UNI | 1.01% |
| | USD Coin<br>USDC | 6.36% |



| | Tezos<br>XTZ | 2.05% |
|---|---|---|
| | Yearn.finance<br>YFI | 1.73% |
| | Zcash<br>ZEC | 0.50% |
| | 0x<br>ZRX | 1.25% |

**We are proud to have been awarded The Ascent's Best-Of 2022:**

- Best Cryptocurrency Exchange Overall
- Best Cryptocurrency App for Earning Interest
- Best Cryptocurrency App for Beginners

## Frequently asked questions

What is Gemini Earn?



On the Gemini platform, customers can view their combined trading balance and Earn balance, as well as the interest they've earned. Interest is paid daily and will start accruing at 4 p.m. ET on the next business day after funds are moved to Gemini Earn.

See related articles

### What are the risks of Gemini Earn?

Gemini is partnering with accredited third party borrowers including Genesis, who are vetted through our risk management framework which reviews our partners' collateralization management process. On a periodic basis we will conduct an analysis of our partners' cash flow, balance sheet, and financial statements to ensure the appropriate risk ratios and healthy financial condition of our partners.

Cryptocurrency, like many assets, can be volatile and subject to price swings. There is always a risk in investing, and each customer needs to assess their own risk tolerance before making any investment decisions. Our partners in Gemini Earn have an obligation to return funds according to the terms of their loan agreement. However, Gemini Earn customers (the lenders) always assume some level of risk when they decide to lend their funds. We believe Gemini Earn gives our retail investors another way to stay long-term in the asset class and have the option to invest and earn interest, all on the Gemini platform.

See related articles

### How do I redeem my Earn balance?

On the App

1. If you hold crypto in your Earn account, press "Redeem" on the crypto you would like to move.
2. Enter the quantity of the crypto you would like to redeem and press "Continue."
3. After reviewing the confirmation screen, swipe the Gemini icon right at the bottom of the screen to "Confirm" your redemption. Once you press redeem, you will stop earning interest on the redeemed crypto.
4. Your redeemed crypto will be available in your Gemini trading account as soon as it is processed. Please refer to "How long does a redemption take?" for more information.



2. Enter the quantity of the crypto you would like to redeem and press "Continue."

3. Review the confirmation page and click "Confirm." Once you click redeem, you will stop earning interest on the redeemed crypto.

4. Your redeemed crypto will be available in your Gemini trading account as soon as it is processed. Please refer to "How long does a redemption take?" for more information.

See related articles

### How long does a redemption take?

Typically, Gemini can process your redemption quickly after you request your funds. If our partners receive a high volume of redemption requests during the same period, it may take longer for them to respond to each request. However, in all cases our partners are required to return your funds to you within five business days.

You will need to redeem your crypto before you use that balance to trade. Redeeming from Earn moves your crypto from your Earn balance to your trading balance. You can easily view both your trading and Earn balances on the "My Portfolio" tab on the App and on the Web. ActiveTrader users can view balances on the Account tab.

See related articles

### Why would interest rates vary over time?

Rates vary based on the supply and demand for each cryptocurrency in crypto lending markets, similar to how interest rates vary for any type of currency.

See related articles

### Are the crypto moved to Earn insured?

Your funds in Earn are not insured by Gemini but are held with our trusted partners. Our partners are vetted through our risk management framework and always disclosed to you, so you know which institution has borrowed your funds. Currently, Gemini is partnering with accredited third party borrower Genesis.

Additionally, Gemini Earn is structured similarly to many non-deposit services offered by financial institutions and not insured by FDIC, SIPC, any other governmental program, or



for FDIC insurance, the GUSD tokens themselves are not insured, whether or not in Earn.

See related articles

---

**See all Earn FAQs**

[1] APY may vary based on coin type 1.25% - 8.05%. Depending on availability. Gemini Earn is a lending program through which you may choose to lend your cryptocurrency to certain institutional borrowers. Gemini, as your custodian and agent, will offer you lending opportunities when, and if, available. While we expect sufficient borrower capacity for all interested Gemini customers, we cannot guarantee demand for particular cryptocurrencies or at particular rates. This content is for general informational purposes only and is not investment advice. Buying, selling, and trading cryptocurrency involves risk. You should consult a qualified, licensed advisor before engaging in any transaction. Past performance is not a guarantee of future results.
[2] As of 05/20/2021
[3] Loans you make through Gemini Earn may be called back by you at any time. Most withdrawal requests will be funded immediately after you call back your funds. Under some conditions, it may take up to five (5) business days from the date you call back a loan for your funds to be available for withdrawal.
[4] Earn currently supports GUSD for U.S. and Hong Kong users only.

## The most trusted crypto-native finance platform

Create a free Gemini account in minutes

Get started