# EXHIBIT H

The Wayback Machine - https://web.archive.org/web/20221117001537/https://genesistrading.com/serv...

Services   Company   Insights   Contact

Sign In   →



# Yield Services

Lend bitcoin, stablecoins and other digital assets to earn yield.

Connect With Us   →

Genesis helps clients who are holders of digital assets, stablecoins and fiat currencies create new opportunities for yield.

 Loan terms and structures specifically designed to meet the needs of institutional funds, market makers and other entities.

 Dynamic yield offering across USDC, BTC, ETH and more than 20+ additional assets.

 Earn yields up to 10% based on supply and demand mechanics.

# 2021 Market Activity

## $130.6B
Loan
Originations

## $12.5B
Active Loans
Outstanding

## $116.5B
Spot Volume
Traded

# Yield Services Overview

Genesis is a trusted yield partner for leading
platforms including Gemini and Luno.

→ Yield agreements
structured as
open-term or

→ Easily track and
manage positions

fixed-term, ranging from one month to twelve months.

→ Rates based on prevailing market conditions, reflecting supply and demand mechanics within our portfolio of counterparties.

→ Deposit systematically via API to earn yield.

and interest payments.

→ Comprehensive real-time and historical analytics.

→ Easily transition between lending assets for yield and using assets as collateral to borrow.

# Regulatory Notes

→ **Genesis Global Capital, LLC ("GGC"):** GGC is a New Jersey-based provider of lending and borrowing services for digital assets and fiat currency to and from institutional and HNWI clients and is registered as a Money Services Business with FinCEN.



→ **Genesis Asia Pacific Pte. Ltd. ("GAP"):** GAP is a Singapore based digital payment token service provider which carries out digital asset trading and lending activities. As of July 2022, GAP has received an In-principle Approval ("IPA") for a Major Payment Institution("MPI") license under the Payment Services Act 2019 by the

Monetary Authority of Singapore ("MAS") and is operational under the pre-licensing regime.

# Built for Institutions

Genesis has driven results for some of the world's largest institutions. Our yield services are designed to meet the needs of:

**Family Offices**
**Miners**
**High Net Worth Individuals**
**Quant Funds**
**Crypto Funds**
**Brokerages and Exchanges**
**VC Funds**
**Market Makers**

# Yield Services FAQ

## Which assets are eligible to lend to Genesis?

→   We support lending for a wide array of digital assets - please confirm with your Genesis account representative whether your requested assets are supported.

## What are minimum asset lending volumes?

→   The minimum size a client can lend to Genesis is 100 units of BTC, 1,000 units of ETH and $2mm of USD. The max loan size is dependent on the underlying asset, unit amount and risk assessed counterparty concentration.

## How are rates determined?

→ Rates are based on prevailing market conditions and reflect supply and demand mechanics within our portfolio of counterparties.

## How is interest managed?

→ Loan balances, interest accrued, and interest owed are accessible through our Prime platform.

Services

Company

Insights

Support

Sign up for monthly and quarterly crypto market analysis.

Trading

About

Quarterly Reports

Contact

Yield

Careers

Borrowing

Newsroom

Market Reviews

Derivatives

Legal

Custody

Email

**Subscribe**     →

Genesis Global Trading, Inc. is a member of FINRA and SIPC. Genesis Global Trading, Inc. is licensed to engage in virtual currency business activity by the New York State Department of Financial Services.

© 2022 Genesis Global Trading, Inc.