# EXHIBIT I

# GENESIS GLOBAL HOLDCO, LLC

# AMENDED AND RESTATED OPERATING AGREEMENT

This Amended and Restated Operating Agreement (this "Agreement") of Genesis Global Holdco, LLC, a Delaware limited liability company (the "Company"), having an address at 250 Park Avenue South, 5th Floor, New York, New York 10003, is entered into as of July 19, 2022, by Digital Currency Group, Inc., a Delaware corporation (the "Parent") and any other individual who, or entity that, shall become a member of the Company in accordance with the terms hereof (hereinafter each individually referred to as a "Member" and collectively as the "Members").

**WHEREAS**, the Company was formed on November 28, 2017, pursuant to and in accordance with the Limited Liability Company Act of the State of Delaware (as amended from time to time, the "Act") and an Operating Agreement of the Company dated November 28, 2017 (the "Existing Agreement"); and

**WHEREAS**, the parties hereto desire to conduct a limited liability company pursuant to and in accordance with the Act.

**NOW THEREFORE**, in consideration thereof and other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereby agree to amend and restate the Existing Agreement as follows:

1. **Name**. The name of the limited liability company is Genesis Global Holdco, LLC.

2. **Term.** The term of the Company shall be perpetual, unless the Company is dissolved at the election of the Board (as defined below) at any time. The death, retirement, resignation, expulsion, bankruptcy or dissolution of a Member or the occurrence of any other event which terminates the continued membership of a Member shall not cause a dissolution of the Company if the Board elects to continue the business of the Company and there remains at least one Member.

3. **Purpose.** The purpose and nature of the business to be conducted by the Company is to conduct any business that may be lawfully conducted by a limited liability company organized pursuant to the Act, and to do anything necessary or incidental with respect to the foregoing.

4. **Members.** The names of the Members and their respective percentage interests in the Company ("Percentage Interests") are as set forth on Schedule A attached hereto, as may be amended from time to time.

5. **Management.**

    (a)    The business and affairs of the Company shall be managed by a Board of Directors (the "Board").  The size of the Board shall be set by the Members, but shall consist of at least three (3) directors (each, a "Director"). Each director shall be designated one of: a parent Director (each, a "Parent Director"), a Genesis Director (each, a "Genesis Director") or an independent Director (each, an "Independent Director"). Each Director shall serve as a "manager" of the Company within the meaning of the Act and the Board shall have overall management responsibility of the Company.

12135511.8 - 07/18/22