UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, REMO MARIA MORONE, DOMINIC MACRI, LARRY WIENER, DEREK WILSON, DANIEL AMELI, and LEE JACOBSON, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill |

**NOTICE OF DEFENDANT MICHAEL KRAINES'
MOTION TO DISMISS PLAINTIFFS' THIRD AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Rules 12(b)(6) and 9(b), Defendant Michael Kraines, by and through undersigned counsel, respectfully moves this Court to dismiss Plaintiffs' Third Amended Complaint [Dkt. No. 171] for failure to state a claim upon which relief can be granted (the "Motion"). Mr. Kraines hereby adopts each of the arguments in the Memorandum of Law filed on September 30, 2024, by Defendants Digital Currency Group, Inc., Barry Silbert, and Mark Murphy in support of their motion to dismiss (the "DCG Memorandum of Law" [Dkt. No. 177]). In support of this Motion, Mr. Kraines relies upon: (i) the accompanying memorandum of law; (ii) the DCG Memorandum of Law; and (iii) any other written or oral argument as may be requested or permitted by the Court.

ORAL ARGUMENT REQUESTED

Dated: September 30, 2024 　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Richard Donoghue*

Richard Donoghue (admitted *pro hac vice*)
Ari Berman (admitted *pro hac vice*)
Pillsbury Winthrop Shaw Pittman LLP
31 West 52nd Street
New York, NY 10019-6131
Tel. No.: (212) 858-1638
Fax No.: (212) 858-1500
E-mail: richard.donoghue@pillsburylaw.com
　　　　　ari.berman@pillsburylaw.com

Stephen P. Fogerty
Federal Bar No. 01398
FLB Law, PLLC
315 Post Road West
Westport, CT 06880
Tel. No.: (203) 247-9299
Fax No.: (203) 293-9999
Email: fogerty@flb.law

**Counsel for Defendant Michael Kraines**

2

3

## CERTIFICATE OF SERVICE

I, Richard Donoghue, hereby certify that this document filed through the ECF system will be sent electronically via the ECF system to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 30th day of September, 2024.

*/s/ Richard Donoghue*
Richard Donoghue
