**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, REMO MARIA MORONE, DOMINIC MACRI, LARRY WIENER, DEREK WILSON, DANIEL AMELI, and LEE JACOBSON, Individually and on Behalf of All Others Similarly Situated, | Case No. 3:23-cv-00082-SRU <br><br> Hon. Stefan R. Underhill <br><br> October 2, 2024 |
| Plaintiffs, | |
| v. | |
| DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM, | |
| Defendants. | |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Tania C. Matsuoka, in the above captioned

matter as counsel for Defendants Digital Currency Group, Inc., Barry Silbert, and Mark Murphy.

DEFENDANTS DIGITAL CURRENCY GROUP,
INC., BARRY SILBERT and MARK MURPHY

By:    /s/ *Tania C. Matsuoka*
          Tania C. Matsuoka (admitted *pro hac vice*)
          Weil, Gotshal & Manges LLP
          767 Fifth Avenue
          New York, New York 10153
          Telephone: (212) 310-8429
          Facsimile: (212) 310-8007
          tania.matsuoka@weil.com

*Attorney for Digital Currency Group, Inc., Barry
Silbert, and Mark Murphy*