IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, REMO MARIA MORONE, DOMINIC MACRI, LARRY WIENER, DEREK WILSON, DANIEL AMELI, and LEE JACOBSON, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>           v.<br><br>DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM,<br><br>                    Defendants. | Case No. 3:23-cv-00082-SRU<br><br>Hon. Stefan R. Underhill<br><br>October 2, 2024 |

## NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record:

Please enter the appearance of the undersigned, Amber N. Venturelli, in the above captioned matter as counsel for Defendants Digital Currency Group, Inc., Barry Silbert, and Mark Murphy.

DEFENDANTS DIGITAL CURRENCY GROUP, INC., BARRY SILBERT and MARK MURPHY

By:  /s/ *Amber N. Venturelli*
Amber N. Venturelli (admitted *pro hac vice*)
Weil, Gotshal & Manges LLP
767 Fifth Avenue
New York, New York 10153
Telephone: (212) 310-8678
Facsimile: (212) 310-8007
amber.venturelli@weil.com

*Attorney for Digital Currency Group, Inc., Barry Silbert, and Mark Murphy*