**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
**CIVIL STANDARD MINUTES**

Date _4/14/2026_____

_____MCGREEVY ET AL_____

Vs.

_____DIGITAL CURRENCY GROUP, INC ET AL_____

BKY Appellant_____

BKY Appellee_____

BKY case # _____

Start Time_2:00 PM____ End Time _2:44 PM_____

Recess (if more than ½ hr) _____ to _____

Total Time _____hour(s) ___44___minute(s)

Case # _3:23-cv-00082-SRU_____

Honorable Judge _Stefan R. Underhill_____

Deputy Clerk _J. Reis_____

Counsel for Pla(s) _Jeffrey Campisi and Ian Sloss_____

Counsel for Dft(s) _C. Zalka, J. Wesneski, T. Goldberg, H. Harris, M. Asner, K. Kumi, A. Berman, R. Hoff, and R. Cecchini_

Reporter/Courtsmart _Melissa Cianciullo_____

Interpreter _NA_____

Language _NA_____

Hearing held

[✓] in person  [ ] by video  [ ] by telephone

## HEARING AND TIME

| | | |
|---|---|---|
| ☐ Motion/Oral Argument ____ | ☐ Show Cause Hearing ____ | ☐ Evidentiary Hearing ____ |
| ☐ Judgment Debtor Exam ____ | ☐ Pretrial Conference ____ | ◼ Scheduling Conference ____ |
| ☐ Status Conference ____ | ☐ Settlement Conference ____ | ☐ Other: _____ ____ |

## MOTIONS

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ ORAL Motion _____filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ Brief(s) due _____ ☐ Proposed Findings due _____ Response due _____

☐ Status report due _____

☐ Hearing continued until _____ at _____

## NOTES

A scheduling order shall follow.

Rev. 2/11/26