**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM McGREEVY, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, Plaintiffs, | No. 3:23-cv-82 (SRU) |
| v. | |
| DIGITAL CURRENCY GROUP, INC., ET AL., Defendants. | |

**CONFERENCE MEMORANDUM AND ORDER**

On April 14, 2026, I held an in-person conference on the record with counsel for Plaintiff William McGreevy and the putative class (collectively, "the Plaintiffs") and Defendants Digital Currency Group, Inc., Barry Silbert, Michael Kraines, Mark Murphy, Soichiro "Michael" Moro, and Derar Islim (collectively, "the Defendants"). Attorneys Jeffrey Campisi and Ian Sloss represented Plaintiffs. Attorney Caroline Hickey Zalka represented the Defendants.[1]

I focused first on the discovery process. Regarding discovery, I ordered that the parties meet with the Court every sixty days to discuss the progress of discovery and any disputes that arise. The tentative dates for the first three meetings are: (1) June 8, 2026 at 1:30 p.m.; (2) August 5, 2026 at 1:00 p.m.; (3) October 15, 2026 at 1:00 p.m. I also ordered counsel to serve privilege logs within 45 days of document production. Regarding depositions, I granted the Plaintiffs leave to take up to 20 depositions.

---

[1] Attorneys for Michael Kraines, Soichiro "Michael" Moro, and Derar Islim were also present during the conference.

I then turned to case management and scheduling. I adopted the proposed deadlines about which the parties were in agreement and set a timeline for the class certification motion. The modified case schedule is as follows:

| EVENT | DEADLINE |
| --- | --- |
| Initial disclosures | April 17, 2026 |
| Meet and confers re: ESI and other documents | April 30, 2026 |
| Both Parties to substantially complete production of documents in response to each Parties' First Request for Production of Documents | June 1, 2026 |
| Motion for class certification and related expert reports filed | October 1, 2026 |
| First draft of damages analysis served | October 1, 2026 |
| Any depositions relating to class certification must be completed | December 3, 2026 |
| Opposition to motions for class certification and related expert reports filed, and depositions of experts supporting class certification completed | January 7, 2027 |
| Reply in support of class certification and related expert reports filed, and depositions of experts opposing class certification completed | February 4, 2027 |
| Deadline to serve interrogatories and requests for admission | February 16, 2027 |
| Plaintiffs' motions to join additional parties and to amend the pleadings | February 17, 2027 |
| Defendants' motions to join additional parties and to respond to any motion to amend the pleadings | March 17, 2027 |
| Fact discovery completed | April 17, 2027 |
| Fact depositions completed | April 17, 2027 |
| Trial expert reports served | May 17, 2027 |
| Damages analysis served | May 17, 2027 |

| Rebuttal expert reports served | July 17, 2027 |
|---|---|
| Rebuttal damages analysis served | July 17, 2027 |
| Trial expert and rebuttal expert depositions completed | August 17, 2027 |
| Motions for summary judgment filed | September 17, 2027 |
| Oppositions to motions for summary judgment filed | October 29, 2027 |
| Replies in support of motion for summary judgment filed | December 3, 2027 |

So ordered.

Dated at Bridgeport, Connecticut, this 28th day of April 2026.

/s/ STEFAN R. UNDERHILL
Stefan R. Underhill
United States District Judge

3