**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| WILLIAM MCGREEVY, ASHWIN GOWDA, TRANSLUNAR CRYPTO, LP, CHRISTOPHER BUTTENHAM, REMO MARIA MORONE, DOMINIC MACRI, LARRY WIENER, DEREK WILSON, DANIEL AMELI, and LEE JACOBSON, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> DIGITAL CURRENCY GROUP, INC., BARRY SILBERT, MICHAEL KRAINES, MARK MURPHY, SOICHIRO "MICHAEL" MORO, and DERAR ISLIM, <br><br> Defendants. | Civil Action No.  3:23-cv-00082-SRU <br><br><br> CLASS ACTION <br><br> Hon. Stefan R. Underhill |

**DEFENDANT MICHAEL MORO'S MEMORANDUM OF LAW**
**IN OPPOSITION TO LEAD PLAINTIFFS' MOTION FOR REVISION**
**TO THE COURT'S INTERLOCUTORY RULING AND ORDER**

Defendant Soichiro "Michael" Moro, by and through undersigned counsel, respectfully submits this memorandum of law in opposition to Lead Plaintiffs' Motion for Revision to the Court's Interlocutory Ruling and Order (ECF No. 245).

For the reasons explained in the Memorandum of Law filed by Digital Currency Group, Inc., Barry Silbert, and Mark Murphy (the "DCG Defendants") (ECF No. 259), which are adopted herein, the Court should deny Lead Plaintiffs' motion.  Plaintiffs' Motion, albeit styled as a "Motion for Revision," seeks reconsideration of the Court's February 24, 2026 Ruling and Order and is therefore untimely under Local Rule 7(c), which provides that all motions for reconsideration shall be filed within seven days of the filing of the Court's order.  Reconsideration also is improper here because Plaintiffs fail to show "extraordinary circumstances," such as an intervening change in controlling law or manifest injustice.  *Christianson v. Colt Indus. Operating*

*Corp.*, 486 U.S. 800, 817 (1988); *see Off. Comm. of Unsecured Creditors of Color Tile, Inc. v. Coopers & Lybrand, LLP*, 322 F.3d 147, 167 (2d Cir. 2003).  In addition, as explained in the DCG Defendants' Memorandum of Law and in Mr. Moro's Motion to Dismiss the Third Amended Complaint, Plaintiffs' state-law claims fail on the merits.

Dated: May 8, 2026                              Respectfully submitted,


                                                /s/ Christian D. H. Schultz

**SPEARS MANNING & MARTINI LLC**     **ARNOLD & PORTER KAYE SCHOLER LLP**
Joseph W. Martini (CT07225)           Marcus Asner (*pro hac vice*)
2425 Post Road, Suite 203             Yiqing Shi (*pro hac vice*)
Southport, CT 06890                   Kodjo Kumi (*pro hac vice*)
Telephone: (203) 292-9766            250 W 55th Street
jmartini@spearsmanning.com            New York, NY 10019
                                      Telephone: (212) 836-8000
                                      marcus.asner@arnoldporter.com

                                      Christian Schultz (*pro hac vice*)
                                      601 Massachusetts Ave, NW
                                      Washington, DC 20001-3743
                                      Telephone: (202) 942-5000
                                      christian.schultz@arnoldporter.com

                                      *Counsel to Defendant Soichiro "Michael" Moro*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 8, 2026, I caused a copy of the foregoing to be filed electronically.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

*/s/ Christian D. H. Schultz*
Christian Schultz (*pro hac vice*)